# EXHIBIT LIST

Criminal No.  4:15-cr-00103
Caption:  U.S.A. v. BENTON et al

................................................................
..

## GOVERNMENT EXHIBITS

| GOVERNMENT NUMBER | DESCRIPTION | I | O | Obj | R | RSO | OS | DATE |
|---|---|---|---|---|---|---|---|---|
| 76 | emails AOL produced from Kesari's account | X | X | X | X | | | 10/13/15 |
| 87b | emails AOL produced from Kesari's account | X | X | X | X | | | 10/14/15 |
| 77 | emails re: ITC invoice payment | X | X | X | X | | | 10/13/15 |
| 59 | Feb 22 Cortes email | X | X | | X | | | 10/13/15 |
| 84b | email chain re: approval of invoice | X | X | X | X | | | 10/13/15 |
| 85 | email chain re: approval of invoice (2) | X | X | X | X | | | 10/13/15 |
| 88 | email chain: invoice attachment | X | X | X | X | | | 10/13/15 |
| 89 | email chain: re: April 2012 invoice | X | X | X | X | | | 10/14/15 |
| 93 | email between Cortes and Kesari | X | X | | X | | | 10/14/15 |
| 95 | email chain between Cortes and Koerber | X | X | X | X | | | 10/14/15 |
| 98 | email chain: re: June 2012 invoice | X | X | X | X | | | 10/14/15 |
| 100 | email chain: re June 2012 wire | X | X | X | X | | | 10/14/15 |
| 104 | email chain: continue June 2012 wire | X | X | X | X | | | 10/14/15 |
| 61 | Cortes 8/17/13 email | X | X | X | X | | | 10/14/15 |
| 62 | Benton 8/17/13 email | X | X | X | X | | | 10/14/15 |
| 74 | Tate & Kesari 2/7/2012 email | X | X | X | X | | | 10/14/15 |
| 75 | Tate & Kesari 2/7/2012 email (2nd) | X | X | X | X | | | 10/14/15 |
| 87c | April Invoice 5/2/12 email | X | X | X | X | | | 10/14/15 |
| 68 | Sorenson to Kesari Email | X | X | X | X | | | 10/14/15 |
| 69 | Kesari to Paul Kesari email | X | X | X | X | | | 10/14/15 |
| 70 | Sorenson to Kesari 1/26/12 email | X | X | X | X | | | 10/14/15 |
| 71 | Sorenson, Kesari, P Kesari 1/27/12 email | X | X | X | X | | | 10/14/15 |

I = Identified:  O = Offered:    Obj = Objection;   R = Received;    RSO = Received Subject to Objection;   OS = Objection Sustained;

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 78 | Sorenson to Kesari 3/4/12 | X | X | X | X | | | 10/14/15 |
| 79 | Sorenson to Kesari 3/4&18/12 email | X | X | X | X | | | 10/14/15 |
| 80 | Kesari to P Kesari 3/18/12 email | X | X | X | X | | | 10/14/15 |
| 81 | Sonny to Kesari 3/21/12 email | X | X | X | X | | | 10/14/15 |
| 82 | Sorenson email 3/26/12 | X | X | X | X | | | 10/14/15 |
| 83 | Sonny to Kesari 3/26/12 email | X | X | X | X | | | 10/14/15 |
| 86 | Sonny, Sorenson, Kesari emails 2/10/15 and 3/1-2/15 | X | X | X | X | | | 10/14/15 |
| 87a | April Invoice Email | X | X | X | X | | | 10/14/15 |
| 90 | Sorenson, Sonny, Kesari Feb-May 2012 | X | X | X | X | | | 10/14/15 |
| 92 | Sonny & Kesari 5/24/12 email | X | X | X | X | | | 10/14/15 |
| 97 | Sonny & Kesari email re: June Invoices | X | X | X | X | | | 10/14/15 |
| 101 | Email re:June Invoice 6/25/12 | X | X | X | X | | | 10/14/15 |
| 102 | Email re:June Invoice 6/25/12 (2nd) | X | X | X | X | | | 10/14/15 |
| 103 | Email re:June Invoice 6/25/12 (3rd) | X | X | X | X | | | 10/14/15 |
| 159 | Email from Kesari's computer | X | X | X | X | | | 10/14/15 |
| 63 | Kesari, Cortes, Benton, Tate 12/28/12 email | X | X | X | X | | | 10/14/15 |
| 49 | Benton & Weiner email 12/28/12 ***(received only as to Benton) | X | X | X | X | | | 10/14/12 |
| 50 | Benton & Feldmann email 12/29/12 ***(received only as to Benton) | X | X | X | X | | | 10/14/15 |
| 64 | email re:25K wire 12/29/11 | X | X | X | X | | | 10/14/15 |
| 65 | email re:25K wire 12/29/11 (2nd) | X | X | X | X | | | 10/14/15 |
| 67 | Tate/Cortes email 12/29/11 | X | X | X | X | | | 10/14/15 |
| 143 | FEC Form Exploratory Comm. | X | X | X | X | | | 10/14/15 |
| 144 | FEC Form #1 for RPPC | X | X | X | X | | | 10/14/15 |
| 145 | FEC Receipts/Disbursements | X | X | X | X | | | 10/14/15 |
| 146 | FEC Receipts/Disbursements | X | X | X | X | | | 10/14/15 |
| 147 | FEC Receipts/Disbursements | X | X | X | X | | | 10/14/15 |
| 148 | FEC Receipts/Disbursements | X | X | X | X | | | 10/14/15 |
| 4 | Email from Benton on 6/15/11 | X | X | X | X | | | 10/14/15 |

I = Identified:   O = Offered:    Obj = Objection;   R = Received;    RSO = Received Subject to Objection;   OS = Objection Sustained;

| # | Description | I | O | Obj | R | RSO | OS | Date |
|---|---|---|---|---|---|---|---|---|
| 5 | Email between Benton, Tate, Coburn 10/28/11 | X | X | X | X | | | 10/14/15 |
| 6 | Email between Tate & Kesari 10/28/11 | X | X | X | RSO | X | | 10/14/15 |
| 11 | Email between Tate & Kesari 10/31/11 | X | X | X | X | | | 10/14/15 |
| 14 | Email Tate, Kesari, Benton 11/13/11 | X | X | X | X | | | 10/14/15 |
| 16 | Email from Kesari 11/14/11 | X | X | X | X | | | 10/14/15 |
| 17 | Email between Tate, Kesari, Benton 11/15/11 | X | X | X | X | | | 10/14/15 |
| 18 | Email re:Dinner between Sorenson and Kesari | X | X | X | X | | | 10/14/15 |
| 19 | Email between Kesari & Benton 11/16/11 (unredacted version omitted) | X | X | X | X | | | 10/14/15 |
| 20 | Email between Kesari, Benton, Tate 11/17/11 | X | X | X | X | | | 10/14/15 |
| 21 | Email between Kesari, Benton, Tate 11/21/11 | X | X | X | X | | | 10/14/15 |
| 24 | Email between Kesari & Benton 12/7/11 | X | X | X | X | | | 10/14/15 |
| 25 | Email between Tate & Kesari 12/7/11 | X | X | X | X | | | 10/14/15 |
| 26 | Email between Tate & Kesari 12/9/11 | X | X | X | X | | | 10/14/15 |
| 27 | Email between Coburn, Tate, Kesari, Benton 12/20/11 (received as redacted) | X | X | X | X | | | 10/14/15 |
| 28 | Email between Sorenson & Kesari 12/23/11 ***(only admitted against Kesari) | X | X | X | X | | | 10/14/15 |
| 29 | Email between Tate, Stafford, Olson 12/23/11 ***(only admitted against Benton) | X | X | X | X | | | 10/14/15 |
| 30 | Email to Sorenson 12/24/11 | X | X | X | X | | | 10/14/15 |
| 31 | Email between Kesari, Tate, Coburn, Benton, Hawes | X | X | X | X | | | 10/15/15 |
| 32 | Email Chain 12/26/11 | X | X | X | X | | | 10/15/15 |
| 33 | Email re:Sorenson Statement 12/26/11 | X | X | X | X | | | 10/15/15 |
| 34 | Email 12/27/11 re:Sorenson cold feet | X | X | X | X | | | 10/15/15 |
| 35 | Email 12/27/11 re:Sorenson cold feet | X | X | X | X | | | 10/15/15 |
| 36 | Email 12/27/11 re:Sorenson cold feet | X | X | X | X | | | 10/15/15 |

I = Identified;  O = Offered;  Obj = Objection;  R = Received;  RSO = Received Subject to Objection;  OS = Objection Sustained;

| | | I | O | Obj | R | RSO | OS | |
|---|---|---|---|---|---|---|---|---|
| 37 | Email 12/27/11 re:Sorenson cold feet | X | X | X | X | | | 10/15/15 |
| 38 | Email 12/27/11 re: Kent | X | X | X | X | | | 10/15/15 |
| 39 | Email 12/27/11 re: Kent (2) | X | X | X | X | | | 10/15/15 |
| 40 | Kesari to Sorenson Email 12/28/11 | X | X | X | X | | | 10/15/15 |
| 41 | Email between Benton, Tate, and Kesari 12/27/11 | X | X | X | X | | | 10/15/15 |
| 42 | Kesari to Sorenson Email 12/27/11 | X | X | X | X | | | 10/15/15 |
| 43 | Kesari, Benton, Tate Email 12/27/11 | X | X | X | X | | | 10/15/15 |
| 44 | Tate email 12/27/11 | X | X | X | X | | | 10/15/15 |
| 45 | AJ Spiker Email 12/28/11 | X | X | X | X | | | 10/15/15 |
| 46 | Emails morning of 12/28/11 | X | X | X | X | | | 10/15/15 |
| 47 | Gary Howard email 12/28/11 with Press Release included | X | X | X | X | | | 10/15/15 |
| 56 | Email 1/16/12 re:Sorenson South Carolina | X | X | X | X | | | 10/15/15 |
| 57 | Gary Barrett 1/20/12 email | X | X | X | X | | | 10/15/15 |
| 51 | Email re: Sorenson Statement $ ***(received only against Benton) | X | X | X | X | | | 10/15/15 |
| 52 | Email re:KCCI Report 12/29/11 ***(received only against Benton) | X | X | X | X | | | 10/15/15 |
| 7 | Aaron Dorr email 10/29/11 | X | X | X | X | | | 10/15/15 |
| 10 | Response to Dorr email 10/31/11 | X | X | X | X | | | 10/15/15 |
| 12 | Dorr email response to response 11/2/11 | X | X | X | X | | | 10/15/15 |
| 13 | Benton response to Dorr | X | X | X | X | | | 10/15/15 |
| 23 | Benton to Dorr email 11/21/11 | X | X | X | X | | | 10/15/15 |
| 133 | Designer Goldsmith Inc Check | X | X | X | X | | | 10/15/15 |
| 91 | Email re: additional invoices 5/21/12 | X | X | X | X | | | 10/16/15 |
| 153 | Grassroots Strategy Bank Records | X | X | X | X | | | 10/16/15 |
| 60 | Sorenson/Kesari email 8/7/13 | X | X | X | X | | | 10/16/15 |
| 72 | P.Kesari to Sonny email 2/2/12 | X | X | X | X | | | 10/16/15 |
| 73 | Production Services Invoice | X | X | X | X | | | 10/16/15 |
| 96 | Sonny email re: June Invoice | X | X | X | X | | | 10/16/15 |

I = Identified:   O = Offered:    Obj = Objection;   R = Received;    RSO = Received Subject to Objection;   OS = Objection Sustained;

| | | I | O | Obj | R | RSO | OS | DATE |
|---|---|---|---|---|---|---|---|---|
| **166** | Fusaro/Sorenson phone conversation | X | X | | X | | | 10/16/15 |
| **134** | Text message itemization | X | X | X | X | | | 10/19/15 |
| **105-132** | Christmas Day Emails re: press release | X | X | X | X | | | 10/19/15 |
| **1** | CD containing Cellbrite report of Kesari phone search | X | X | X | X | | | 10/15/15 |
| **2** | Yoo search report for Kesari phone and computer | X | X | X | X | | | 10/15/15 |

## DEFENSE EXHIBITS

| DEFENSE NUMBER | DESCRIPTION | I | O | Obj | R | RSO | OS | DATE |
|---|---|---|---|---|---|---|---|---|
| **Kesari E** | Spanos 6/21/13 email | X | X | | X | | | 10/19/15 |
| **Kesari F** | Sorenson Plea Agreement | X | X | | X | | | 10/16/15 |
| **Benton 18** | Packet of docs from proffer session | X | X | | X | | | 10/19/15 |
| **Benton 19** | Coburn grand jury testimony | X | X | | X | | | 10/19/15 |
| **Benton 1** | Benton Calendar | X | X | | X | | | 10/19/15 |
| **Benton 20** | Benton's campaign cellphone | X | X | | X | | | 10/19/15 |

I = Identified:   O = Offered:    Obj = Objection;   R = Received;    RSO = Received Subject to Objection;   OS = Objection Sustained;