IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

- - - - - - - - - - - - - -X
UNITED STATES OF AMERICA,    :
                             :
          Plaintiff,         :     Criminal No. 4:15-103
                             :
     vs.                     :
                             :
JESSE R. BENTON and          :     TRANSCRIPT OF TRIAL
DIMITRIOS N. KESARI,         :          VOLUME VI
                             :
          Defendants.        :
- - - - - - - - - - - - - -X


                         Second Floor Courtroom
                         United States Courthouse
                         123 East Walnut Street
                         Des Moines, Iowa  50309
                         Tuesday, October 20, 2015
                         8:36 a.m.


BEFORE:  THE HONORABLE JOHN A. JARVEY, Chief Judge, and a Jury.


                  Terri L. Martin, CSR, RPR, CRR
                  United States Court Reporter
                  Room 189, U.S. Courthouse
                  123 East Walnut Street
                  Des Moines, Iowa  50309

APPEARANCES:

For the Plaintiff:             JONATHAN I. KRAVIS, ESQ.
                               U.S. Department of Justice
                               Criminal Division
                               10th and Constitution Avenue NW
                               John C. Keeney Building
                               Washington, D.C.  20530

                               RICHARD CHRISTIAN PILGER, ESQ.
                               U.S. Department of Justice
                               1400 New York Avenue NW
                               Suite 12100
                               Washington, D.C.  20005

For Defendant Benton:          ROSCOE C. HOWARD, JR., ESQ.
                               MEENA T. SINFELT, ESQ.
                               Barnes & Thornburg
                               1717 Pennsylvania Avenue NW
                               Suite 500
                               Washington, D.C.  20006

For Defendant Kesari:          JESSE RYAN BINNALL, ESQ.
                               Harvey & Binnall
                               717 King Street
                               Suite 300
                               Alexandria, Virginia  22314

1   P R O C E E D I N G S

2          (In open court, out of the presence of the jury.)

3          THE COURT:  Be seated.

4          Thank you.

5          It's time to make a record concerning the jury

6   instructions.  Start with the government.

7          MR. PILGER:  Yes, sir.

8          MR. BINNALL:  Does the government want to go first?

9          THE COURT:  That's what I said, we'll start with the

10  government.

11         MR. PILGER:  The government has no objection with the

12  court's instructions.

13         THE COURT:  Mr. Binnall?

14         MR. BINNALL:  Thank you, Your Honor.

15         Your Honor, it's Mr. Kesari's position that the

16  instructions in his initial final jury instructions presented to

17  the court and filed and the one sent to the court via e-mail

18  over the weekend, which will be filed, are correct, and we do

19  think those are the correct instructions to the extent that they

20  are not in conformance with what the court has already provided

21  us.

22         In addition, Your Honor, and specifically as to Count

23  2 of the indictment, instruction No. 5, the instruction now does

24  say, "knowingly made or caused to be made."  Because cause is

25  not part of the statute, we believe that's inappropriate to be

1   in the jury instruction even with aiding and abetting because,

2   of course, if you're causing someone to make something and that

3   person is neither a principal or would otherwise be culpable

4   under aiding and abetting it would not be appropriate at that

5   point for the causation.  Causation is simply just too broad to

6   be included within aiding and abetting, and there is an aiding

7   and abetting jury instruction that already explains what the

8   jury needs to know about that, and causation is simply too

9   broad.

10          Your Honor, I'm trying to find the instruction that

11  was added since last night, and I'm trying to do it on the fly

12  and I don't see it.  Does the court know?

13          THE COURT:  Middle of page 10 --

14          MR. BINNALL:  Middle of page 10.

15          THE COURT:  -- and top of page 12.

16          MR. BINNALL:  Your Honor, we do object to this

17  language.  First of all, we still -- it's our opinion that there

18  still should be something saying that it is not a crime to have

19  sub vendors and to fail to report an ultimate payee because

20  that's not required by the FEC, and here I'm going to make one

21  last very quick pitch because the court at this point I think is

22  pretty familiar with our position.

23          What our objection is about, saying must be false to

24  the recipient specifically, false to the recipient, if in this

25  case the Ron Paul Campaign had reported that the money had gone

1  to Grassroots Strategy or Kent Sorenson and then the Ron Paul

2  Campaign was audited by the Federal Election Commission, it

3  would be incorrect and they could be fined and there could even

4  be criminal charges if they would have put that in the FEC

5  reports because you have to report who you sent the check to and

6  who received the check.  And so in this case it would have been

7  if they were paying ICT at all as an umbrella vendor of sorts,

8  it would be a double-edged sword for them.  If under this theory

9  that the government has, if they would have reported it to ICT,

10  then that's not the actual person who received the money and

11  that's inaccurate.  If they would have reported it to Grassroots

12  Strategy, Grassroots Strategy isn't the company who actually

13  received the check from the Paul Campaign and an audit would

14  have turned that up and it would have been either criminal or

15  civil from the FEC, and so that is why we believe that is

16  inaccurate.

17        We believe that the instructions that we have given

18  are correct and, of course, the mens rea argument that we have

19  already discussed with the court at some length.

20        THE COURT:  Thank you.

21        Ms. Sinfelt.

22        MS. SINFELT:  Good morning, Your Honor.

23        THE COURT:  Good morning.

24        MS. SINFELT:  Mr. Benton just has one issue he would

25  like to put on the record concerning Count 5 on page 11.  I

1  believe we discussed this once already, and we'll just make a

2  record now that element 1 at the bottom of page 11, that on or

3  about July 21st or 22nd, defendant Benton made a statement, we

4  believe that the Eighth Circuit model instructions would advise

5  to insert the statements, the two statements there that are

6  alleged by the government.

7          THE COURT:  Thank you.

8          MS. SINFELT:  That's all, Your Honor.

9          THE COURT:  We had a discussion about this yesterday

10  off the record in which the court said there's two different

11  ways of proving the violation, and so it's the court's opinion

12  that it can be false or fraudulent and that the government is

13  electing to go with false.

14          MS. SINFELT:  Oh, Your Honor, I understand that.  I

15  was actually talking about element No. 1.

16          THE COURT:  Sorry.

17          MS. SINFELT:  Instead of saying made a statement, we

18  would -- the Eighth Circuit model instructions would instead put

19  in the actual alleged statements by the government.

20          THE COURT:  And here they are on page 12.

21          MS. SINFELT:  I understand, Your Honor.  I was saying

22  in the elements themselves.

23          THE COURT:  Thank you.

24          MS. SINFELT:  Thank you.

25          THE COURT:  Good.  So I also find with respect to the

1  statements offered by the government pursuant to Rule

2  801(d)(2)(E), that the declarants and the defendants, the

3  government has established were arguably within the conspiracy

4  and the statements were in the course of and during and in

5  furtherance of the conspiracy.  Those exhibits that were

6  conditionally admitted are now formally admitted.

7          All right.  At 9 o'clock I'll read the instructions.

8  I'll read all of the instructions except the ninth one, and

9  after you give your closing arguments, I'll read those.

10          With respect to the instructions, use them any way you

11  want, put them on the Elmo, ask them to pick up their copies and

12  read along.  Do whatever you want with the jury instructions

13  during your closing argument.

14          MR. BINNALL:  Is there anything from the court about

15  use of demonstratives in closing?

16          THE COURT:  Not knowing what you've got planned, it's

17  kind of hard in the abstract.  If you have one of those -- in

18  other jurisdictions it's okay to use a chart that shows how big

19  reasonable doubt is.  You can't do that here.

20          MR. BINNALL:  We weren't planning on doing that.

21          THE COURT:  No, I don't have any other bugaboos.

22          MR. BINNALL:  All right.

23          MR. KRAVIS:  And just so the court is aware -- and I

24  let defense counsel know about this yesterday evening -- the

25  government has a short PowerPoint to be used during closing.

1   All of the slides are exhibits that have already been admitted

2   in evidence.  There isn't anything new created in the

3   PowerPoint.  I just want to make sure everyone is aware that as

4   the slides come up, they're all admitted exhibits.

5            THE COURT:  That's fine.

6            (Recess at 8:45 a.m., until 9:00 a.m.)

7            (In open court, in the presence of the jury.)

8            THE COURT:  Please be seated.

9            Members of the jury, good morning.

10           So, as you recall from yesterday, the evidence is

11  complete in this case.  The remaining two portions of the trial

12  are the reading of the jury instructions and the lawyers'

13  closing arguments.  On your chair when you arrived in the

14  courtroom was a copy of the final instructions, and so I'm going

15  to read those out loud while you read them silently just like

16  the preliminary instructions.

17           And just like the preliminary instructions, the court

18  reporter doesn't need to take them down but just report any

19  place where I deviate from the written word.

20           So if you would turn with me now to instruction No. 1.

21           (Jury instructions 1 through 8 were read by the

22  court.)

23           THE COURT:  Okay.  So I'm going to suspend the reading

24  of the instructions.  I'll read the final one, No. 9, after the

25  parties make their closing arguments.

1    The closing arguments, as I said, are another

2  important part of the trial.  It's that opportunity for the

3  lawyers to attempt to persuade you that their client's position

4  is the one that you should adopt in your deliberations.  I've

5  given each side, each party an hour and 15 minutes here.  So the

6  government, of course, has the burden of proof, it goes first,

7  the defendants will go next, and then if the government reserves

8  some of its time, it can make what's called a rebuttal argument

9  so that everybody has the opportunity to comment on each other's

10  closing argument.

11    Mr. Kravis, you may make the government's closing

12  argument.

13    MR. KRAVIS:  Thank you, Your Honor.

14    Can I use the mic?  Is that okay?

15    This is a case about a coverup.  That man, Dimitri

16  Kesari, conspired with three other men, John Tate, Kent

17  Sorenson, and that man, Jesse Benton, to cover up payments from

18  the Ron Paul Campaign to Iowa State Senator Kent Sorenson.

19    Those payments were first offered to Senator Sorenson

20  around Halloween 2011 by Mr. Benton as part of the deal to get

21  Senator Sorenson to leave the Bachmann Campaign, endorse Ron

22  Paul and take a job with the Paul Campaign for $8,000 a month.

23  These men covered up the payments because after Sorenson finally

24  endorsed Ron Paul on the night of December 28, 2011,

25  Representative Bachmann went to the media and told the media

1    that the Paul Campaign had paid Sorenson for the endorsement.

2    And once Representative Bachmann made that allegation, these men

3    knew that the other campaigns, the public, and the media was

4    going to be looking for evidence of campaign payments to

5    Sorenson, and the first place they were going to look was the

6    campaign's FEC reports.

7              So these men decided to hide the payments to Sorenson

8    from the FEC.  They hid the payments to Sorenson from the FEC

9    because they did not want the media and the public to know that

10   they had lied when they denied Bachmann's allegation.  They hid

11   the payments from the FEC because Sorenson would have gotten in

12   trouble with the Iowa Senate Ethics Commission.  They hid the

13   payments from the FEC because they knew that their own

14   candidate, Ron Paul, would not approve of what they had done.

15             Now, from the start, let's be very clear about who's

16   charged with what here.  No. 1, no one is charged with the

17   payments to Sorenson themselves standing alone.  This is not a

18   bribery case.  That is not what this case is about.  The

19   payments to Sorenson themselves are not the crime.  The crime is

20   covering up the payments.

21             That's what Dimitri Kesari is charged with.  He's

22   charged with a conspiracy, causing false records, causing false

23   FEC reports, causing false statements to the FEC.  He's also

24   charged with obstruction of justice for trying to tamper with

25   that $25,000 check that Mr. Kesari gave to Senator Sorenson on

1   the night of December 26, 2011.

2           Now, Mr. Benton is not charged with those crimes in

3   this proceeding.  Instead Mr. Benton is charged with lying to

4   the FBI about knowing about the payments during the campaign in

5   order to cover up his role in the conspiracy.

6           Now, that coverup, that coverup of the payments from

7   the campaign to Sorenson played itself out before your very eyes

8   right here in this courtroom in the documents, in the e-mails

9   that you saw.  That evidence came in in bits and pieces.  We're

10  going to put those pieces together now, and when you put the

11  pieces together, you'll see the coverup.  And remember what

12  Mr. Pilger told you at the very beginning of this trial:  Follow

13  the money.  If you want to see the coverup, follow the money.

14  And the money trail begins right here.

15          These exhibits are all in evidence.  You will have a

16  chance to look at them.  January 2012 Kent Sorenson sends an

17  e-mail to Dimitri Kesari.  This e-mail attaches an invoice.  The

18  invoice is from Kent Sorenson's political consulting company,

19  Grassroots Strategy, Inc.  The invoice is for consulting

20  services, $25,000 retainer, $8,000 payment for January,

21  consulting services.  So far so good.  But now look at who the

22  invoice is to.  ICT, Inc. in Hyattsville, Maryland.  What is

23  ICT, Inc.?  ICT, Inc. is a video production company called

24  Interactive Communication Technology run by Noel Izon, an

25  independent filmmaker.

1          So what does Kesari do with this invoice from a

2   political consulting company in Iowa for consulting services to

3   ICT?  Dimitri Kesari forwards it to his brother, Pavlo Kesari.

4   Here is the invoice again, attached to an e-mail from Dimitri

5   Kesari to Pavlo Kesari.  And look at what Dimitri Kesari tells

6   his brother, Pavlo, to do with this invoice.

7          Here is the invoice that needs to be taken care of.

8   Send me an invoice for video services.  33k plus.

9          Pavlo Kesari works in the video production industry.

10  What is going on here?  Why is Dimitri Kesari sending an invoice

11  from a political consulting company in Iowa to a video

12  production company asking for an invoice for video services?

13  Pavlo Kesari told you the answer.  Pavlo told you that in late

14  December of 2011, early January of 2012, Dimitri comes and

15  visits him at his office.  Pavlo tells you this is pretty

16  unusual, Dimitri doesn't usually come to his office and anyway

17  Dimitri is right in the middle of a really big presidential

18  campaign.

19          And when Dimitri Kesari goes to Pavlo Kesari's office,

20  Dimitri asks Pavlo to do a favor for the campaign.  Dimitri

21  tells him there's this graphic designer.  He's been working for

22  the campaign since 2011 doing banners and posters and things

23  like that.  He's been doing good work, but we can't pay him

24  directly because some people on the campaign, they don't really

25  like him.  So Dimitri asks Pavlo to pay the graphics designer

1   off the books.

2            Is this true?  Is there a graphics designer out here

3   in Iowa who's been making posters and banners for the Paul

4   Campaign who can't get paid directly because people in the

5   campaign don't like him?  No.  That's not true.  That's a lie.

6            Why is Dimitri lying to his brother, Pavlo, about this

7   invoice and what it's for?  Dimitri is lying to Pavlo because

8   Dimitri has decided that he's going to use his brother, Pavlo,

9   to pay Kent Sorenson and cover it up.  Now, Pavlo, he's not

10  going to do this, but what Pavlo does do is he puts Dimitri

11  Kesari in touch with Mr. Izon, the guy from ICT, Inc.  So Pavlo

12  takes the invoice that Dimitri Kesari sends him and he sends an

13  e-mail from Pavlo Kesari to Sonny Izon.  This e-mail has some

14  invoices attached to it.  The first invoice is an invoice that

15  Pavlo created based on the Grassroots Strategy invoice that

16  Dimitri Kesari sent him, still an invoice from Grassroots

17  Strategy to ICT, Inc., description consulting services.  You can

18  see here that Pavlo has broken out the services over the course

19  of the second half of 2011, and Pavlo told you he did that based

20  on the information that Dimitri gave him.

21           Pavlo attached this invoice along with another invoice

22  for something separate, some work that Pavlo's own company did

23  for the campaign that they never got paid for.  Pavlo forwards

24  these two invoices to Sonny Izon at ICT.

25           Sonny Izon turns around and sends an e-mail back to

1   Dimitri Kesari.  It's this e-mail right here (indicating),

2   attaching another invoice.  Now take a look at this invoice, the

3   invoice that comes back to Dimitri Kesari.  This is an invoice

4   from Interactive Communication Technology, Inc.  It's an invoice

5   to the Ron Paul Campaign, attention:  Dimitri Kesari.  Now it's

6   an invoice for production services for Kent Sorenson, $33,000,

7   plus Pavlo Kesari's unpaid bill, plus a commission for ICT.

8          So look what's happened here.  We started with an

9   invoice for consulting services from a political consulting

10  company of an Iowa State Senator.  It's turned into an invoice

11  for production services from a video production company in

12  Hyattsville, Maryland.

13         What does Kesari do with the invoice?  He forwards it

14  on to the campaign's financial staff.  He sends the ICT invoice

15  to Fernando Cortes, and he tells Cortes in the e-mail the

16  invoice has been approved by Jesse.  Who is Jesse?  That man

17  right there (indicating), Jesse Benton.

18         Okay.  Now ask yourself this.  Why is this happening?

19  Why is Dimitri Kesari lying to his brother about some unpaid

20  graphics designer?  Why are all of these fake invoices flying

21  around all of a sudden on e-mail?  You know the answer to that

22  question.  You heard it from Fernando Cortes.

23         Fernando Cortes testified at this trial.  He told you

24  his job on this campaign was to get the bills paid and Fernando

25  Cortes told you how he did that job.  He said when an invoice

1   comes in, first he makes sure the invoice is approved by

2   management, Jesse Benton and John Tate.  Then Cortes and the

3   staff put together this campaign record.  It's an e-mail that

4   Cortes and his staff send to the campaign's financial office, so

5   Lori Pyeatt and Deana Watts in Texas.  And in this e-mail Cortes

6   and his staff tell the financial office what the invoice is,

7   who's getting paid, how much, and what it's for.  Pyeatt and

8   Watts over in Texas, they use the information on this record, on

9   this e-mail that Cortes and his staff send them to make sure the

10  bill gets paid and to fill out the campaign's FEC reports.

11          Now, here's the key, here's the key to this whole

12  thing.  All the way up the line, from Cortes and his staff, all

13  the way up to Pyeatt and Watts, all the way up to the FEC

14  reports, the financial staff is relying on the information

15  provided by the campaign employee who submits the invoice.

16  Cortes looks at the invoice, see what it's for, who's getting

17  paid and how much, and he puts that information into a campaign

18  record that ends up being the record the campaign uses to fill

19  out its FEC forms.

20          And these guys know this.  It's their campaign.

21  They're the ones who set it up.  They know exactly how all of

22  this works.  Cortes told you during this trial, he said everyone

23  on the campaign had a responsibility to make sure the invoices

24  they submitted had a proper explanation of what they were.

25  Those were his exact words on the stand, and it's that system of

1    the campaign staff looking at the invoices, using the

2    information on the invoices to pay and report them.  It is that

3    system that Kesari, along with Tate and Benton, used in their

4    scheme to hide the payments to Sorenson.

5           So what happens here?  Here is the invoice:

6    Interactive Communication Technology, production services.

7    Cortes looks at this information.  He decides that based on that

8    information this is an invoice for an audiovisual expense.  He

9    sends his campaign record up the line to Pyeatt and Watts.

10   Interactive Communication Technology gets paid.  And a few weeks

11   later the campaign puts out an FEC report with this line in it.

12   It shows the payment to Interactive Communication Technology.

13          Now, the FEC gets this report, and it basically looks

14   fine to them.  What did Mr. Hartsock keep saying over and over

15   when he was testifying?  Facially sufficient to publish.  All of

16   the boxes are filled in.  The information is all there.  So the

17   FEC goes ahead and they put the report online.  This is what the

18   FEC does.  It collects information from political campaigns

19   about where the money comes from and how they spend it, and the

20   FEC puts that information out to the public.

21          So this is in the report that the FEC publishes.  Is

22   it true?  Did the Ron Paul Campaign pay Interactive

23   Communication Technology, Inc. in Hyattsville, Maryland, $38,125

24   for audiovisual expenses?  No.  It's not true.  It's not even a

25   little bit true.  The campaign is not paying ICT this money.

1  They're paying the money to Kent Sorenson.  The whole reason

2  these invoices were created, the only reason these invoices were

3  created was to get Kent Sorenson paid.  And look where the money

4  goes:  $33,000 into the bank account of Kent Sorenson's company,

5  Grassroots Strategy.  This expenditure was not to pay ICT.  It

6  was to pay Kent Sorenson.

7          Now look at the purpose of the expenditure,

8  audiovisual expenses.  ICT is not doing audiovisual expenses.

9  They're not doing audiovisual work for the Ron Paul Campaign.

10  They're not doing any work for the Ron Paul Campaign.  Kent

11  Sorenson is doing hardly anything at all, certainly not doing

12  anything they could call audiovisual expenses.  So that part of

13  the report is false, too.

14          And there's something else that's false about this

15  report.  ICT is getting some money from the Ron Paul Campaign.

16  Remember what Izon told you.  He's collecting a commission on

17  these payments.  So ICT is getting some money from the campaign,

18  but they're not getting the money from the campaign for

19  audiovisual expenses.  The real purpose of disbursement to ICT,

20  what this line should really say is, commission for helping the

21  campaign hide a payment to a state senator in exchange for his

22  endorsement.  It's not on the FEC report.  That's false, too.

23          And, by the way, while we're talking about these

24  companies, let's get one thing straight.  Grassroots Strategy is

25  not a subcontractor to ICT.  As anyone who has ever done any

1  work on their house knows, a contractor and a subcontractor are

2  people who work together to get a job done.  That's what the

3  defense's own expert, David Mason, said over and over again.

4  Contractor and subcontractor, vendor and sub vendor means the

5  same thing in the role of political campaigns as everywhere

6  else.  Those are people working together to get a job done.

7         Ladies and gentlemen, Kent Sorenson is not working

8  with ICT to get a job done.  Kent Sorenson told you he never

9  heard of ICT.  He has no idea who these people are.  He's never

10 talked to them.  He's not doing any work with them.  ICT, they

11 never heard of Kent Sorenson.  They don't know who he is.

12 They're not doing any work at all.  They're not doing anything

13 with Sorenson.  They're not doing anything for the campaign.

14         So when Mr. Binnall gets up here and tells you, oh,

15 it's so confusing, how are campaigns supposed to know how to

16 report on their FEC filings, about a contractor who works with a

17 subcontractor and a vendor who works with sub vendor, how does

18 that go in the report, your answer to him is, who cares?  That

19 is not what this case is about.  These people are not

20 contractors and subcontractors.  They are not vendors and sub

21 vendors.  They are not working together.  They are not working

22 at all.  This is a pass-through payment scheme designed to

23 conceal the true recipient and the true purpose of the payments.

24         And, look, there are lots of complicated election

25 laws.  Ladies and gentlemen, this ain't one of them.  The law

1   says a political campaign has to tell the FEC how it spends its

2   money.  You've got to show them who you're paying, what you're

3   paying them for and how much you're paying.  And, ladies and

4   gentlemen, the law does not say that you can go out and lie to

5   the FEC just because you were able to dupe some company in

6   Hyattsville into giving you a fake invoice.

7           How did this happen?  How did the Ron Paul Campaign

8   end up filing a false FEC report?  You now know the answer.

9   Dimitri Kesari made it happen.  Dimitri Kesari knew that when he

10  fed those fake ICT invoices into the financial machinery of the

11  campaign, this false FEC report would come out the other end.

12  Garbage in, garbage out, fake invoice goes in, false report

13  comes out.  That's what Dimitri Kesari knew would happen and

14  that's what he wanted to happen.  That was the whole point of

15  the ICT invoices.  That's the whole reason that Dimitri Kesari

16  is taking time in the middle of a busy presidential campaign to

17  cook up fake invoices from a video production company in

18  Hyattsville is because he knows and he intends that when those

19  invoices go into the campaign's financial machinery, this is

20  what's going to come out the other end because he knows the

21  campaign staff is relying on him to provide the information

22  about what the invoice is and what it's for.

23          By the way, before we leave this first payment, before

24  Dimitri Kesari forwarded the invoice to Cortes, he did something

25  else.  He gets permission from Benton to pay Kent Sorenson.

1   These are two e-mails from February of 2012, and before you look

2   at them, I just want to remind you what's happening during this

3   time.  This campaign has just come off the national scandal,

4   Kent Sorenson dramatically endorsing Ron Paul at the Iowa

5   Fairgrounds, Michelle Bachmann going to the media with

6   allegations about Sorenson being paid.  Sorenson himself on

7   national TV denying those allegations.  The campaign putting out

8   press releases about all of this.  All of that like just

9   happened, and now look at what these people say on February 7,

10  2012.  Kesari writes John Tate, "Did Jesse get Kent paid?"  Tate

11  writes back, "No idea, ask him."  So he does.  Kesari writes

12  Benton, "Did you get Kent paid or should I submit the payment

13  and pay him?"  Benton writes, "Yo handle," probably means you

14  handle.

15          Now look at Benton's response and first look at what

16  Benton does not say to Kesari.  Benton does not say, wait, why

17  are we paying Kent Sorenson?  Didn't I just tell the press he

18  wasn't getting paid by our campaign?  Benton does not say, if we

19  pay Kent Sorenson, won't our own campaign FEC reports expose us

20  as liars?  Benton does not ask Kesari these questions because he

21  already knows the answers.

22          By February 7, 2012, Benton already knows the campaign

23  is going to pay Sorenson and it's not going to show up on the

24  FEC reports because they're going to hide the payments through a

25  third party.  That is why Benton doesn't say anything to Kesari

1   except you handle it, and that's what Kesari does.

2           He submits another invoice in February, another

3   invoice for the month of March.  Then we get to April, and this

4   time, this time Kesari actually forwards the invoice to Benton.

5   This is the e-mail from Izon to Kesari attaching an invoice for

6   the month of April.  Attached to it is another one of these

7   bogus ICT invoices.

8           Kesari then takes that bogus invoice, forwards it to

9   Benton, "Kent's bill.  Pay?"  Look how Benton responds.  Less

10  than an hour later, Benton responds, "Yes - last time."

11          Once again, take a look at what Benton doesn't say.

12  He doesn't say, why are we paying Kent Sorenson?  He doesn't

13  say, if we pay Kent Sorenson, won't our own FEC reports expose

14  us as liars?  Benton also doesn't say, by the way, what is ICT?

15  Benton does not ask Kesari those questions because he already

16  knows the answers.

17          By May 2, 2012, Benton knows exactly what this is.  He

18  knows the campaign is paying Sorenson and they're doing it

19  through a third party.  When Benton responds, it takes him less

20  than an hour to respond to Kesari, and you heard during this

21  trial what a busy man Jesse Benton is, all of the e-mails he

22  gets every day, all the phone calls, all of the travel with the

23  campaign.  Out of that busy, busy schedule, Benton it takes him

24  less than an hour to write back to Kesari, not asking any

25  questions, approving the invoice.

1    Benton says something else in this e-mail, too.  Look,

2    "Yes - last time."  Why does Benton write last time?  Benton

3    writes last time because he knew about all the other times

4    because Benton knew that Sorenson was getting paid by the

5    campaign since January.  And every time Dimitri Kesari sent an

6    invoice to Fernando Cortes, he wrote, approved by Jesse,

7    approved by Jesse, approved by Jesse.  And Jesse knew about

8    these invoices.  Jesse Benton knew of the invoices, he approved

9    them, and that's why on May 2, 2012, Benton writes back,

10   "Yes - last time" because he knows about all of the other times.

11   Kesari does it again in May.  He does it again in

12   June, and with this payment, the June payment, this time Tate

13   follows up.  So this time Kesari gets the invoice, the ICT

14   invoice from Fernando Cortes.  He sends the invoice along -- he

15   gets the invoice from Izon.  He sends the invoice along to

16   Cortes, and this time Cortes asks John Tate himself for approval

17   of the invoice, and Tate has a momentary lapse here.  Tate

18   forgets for a moment that ICT is the company they're using to

19   hide the payments to Sorenson.  So Tate writes to Cortes, I'll

20   find out what it is.  And then Tate forwards the invoice, the

21   June ICT invoice to Kesari, and he asks, what is this, what is

22   it for, who is it, why do we keep paying it?  Kesari writes

23   right back.  Take a look at his response.  Kesari writes, "This

24   the last payment for Kent Sorenson.  The deal Jesse agreed to

25   with Kent."

1          Kesari writes in another response a few seconds later

2  saying, "Is was for 6 months," probably meaning it was for six

3  months.

4          And, once again, one last time look at what John Tate

5  does not say back to Kesari.  John Tate does not say what deal

6  that Jesse agreed to with Kent?  We're not supposed to be paying

7  Kent Sorenson.

8          John Tate does not write back, if we pay Sorenson,

9  won't our own FEC reports expose us as liars?

10         Tate does not say, by the way, what is Interactive

11 Communication Technology and what does it have to do with Kent

12 Sorenson?

13         John Tate does not ask Dimitri Kesari these questions

14 because he already knows the answers.  Because by June of 2012,

15 Tate knows that the campaign is paying Sorenson through a third

16 party and that's how they're hiding the payments.

17         As you go through the documents in the case you'll see

18 the same pattern every time.  These invoices, these Grassroots

19 Strategy invoices for consulting services to ICT, the ICT

20 invoices to the campaign for production services.  These

21 invoices, ladies and gentlemen, these invoices are about as

22 legit as a $3 bill.  Grassroots Strategy is not doing any

23 political consulting for ICT.  ICT is not doing any production

24 services work for the Ron Paul Campaign.  Nobody is doing

25 anything here.  All they're doing is passing around a piece of

1  paper, people who don't even know each other, and that's the

2  coverup, that's the scheme, fake invoice from Grassroots

3  Strategy to ICT for consulting, fake invoice from ICT to the

4  campaign for production services, payment from the campaign to

5  ICT for work that was never done, payment from ICT to Grassroots

6  Strategy for work that was never done.  And at the end, the end

7  product, a false FEC report listing the payments to Sorenson as

8  a payment to ICT for audiovisual expenses.

9          That's the crime.  That's the coverup.

10          Why did they do it?  Dimitri Kesari at this time was

11  the deputy campaign manager of a major presidential campaign.

12  Jesse Benton and John Tate were his bosses.  They were running

13  the campaign.  Why are these guys messing around with fake

14  invoices from a video production company in Hyattsville,

15  Maryland, that is doing no work for their own campaign?  The

16  answer is painfully obvious.  They did it because they wanted

17  Sorenson's endorsement, and at the end of the day, they thought

18  that this was what they had to do to get it and to keep it.  And

19  you can see that in their own e-mails from 2011.

20          Now, we're not going to read all of those e-mails

21  together.  We've read our fair share of the e-mails together,

22  and you'll have a chance to review them when you deliberate; but

23  when you go back and look at them, you're going to see two

24  things.  The first is that Kesari and Benton and Tate wanted

25  Sorenson's endorsement.

1    It begins when Benton e-mails Sorenson around

2  Halloween of 2011 offering him a job at $8,000 if he'll abandon

3  Bachmann and endorse Ron Paul and come to work for the campaign.

4  And as October turns to November and as November turns to

5  December, as the caucuses get closer and closer, these guys

6  still want Sorenson, and they want him more, not less.

7    But there's something else about those 2011 e-mails

8  you'll notice, and that is that this little project of the Ron

9  Paul Campaign, this project of Kent Sorenson had a very definite

10  structure to it.  Every step of the way Benton and Tate told

11  Kesari what to do and how to do it and Kesari happily followed

12  their orders and reported back.  You'll see the e-mails, make

13  him an offer in person not in writing.  Talk to Jesse about what

14  you have to say.  We need to be careful.  Don't firm anything up

15  yet.

16    You'll see the e-mails back from Kesari.  I talked to

17  Kent last night.  I had dinner with Sorenson and his wife last

18  night.  I talked to Kent again.  He's thinking about his future.

19  I'm going to talk to him when I land.  He needs a little hand

20  holding.  I'll make it happen.

21    Every step of the way Benton and Tate are telling

22  Kesari what to do and Kesari is reporting back to them.  And the

23  reason that's important is because that structure from 2011

24  carries over into 2012.  Just like in 2011, Benton and Tate are

25  telling Kesari what to do with Sorenson and Kesari's reporting

1  back about the negotiations, by 2012 Benton and Tate are telling

2  Kesari what to do to get Sorenson paid and hide it, and Kesari

3  is doing it and reporting back.  It's the same structure in 2011

4  as 2012.

5        So we get to Christmas Day 2011, a major holiday in

6  the middle of a busy presidential campaign, time to sit back,

7  spend a few hours with your family, reflect on what's happened

8  that year.  And what are these guys doing?  Kesari, Tate and

9  Benton are spending Christmas Day editing a press release

10  announcing Sorenson's endorsement.

11        And then we get to December 26, 2011.  At this point

12  we know from the campaign e-mails that the campaign has created,

13  has written a draft press release announcing that Sorenson is

14  endorsing Ron Paul, a few days before Jesse Benton writes an

15  e-mail saying that they can, quote, stick a fork in Michelle

16  Bachmann because Sorenson is about to endorse Ron Paul.

17        Why would Benton say this?  Because he knows this is a

18  really big deal.  He knows that when the Iowa Chair of another

19  major candidate's campaign comes out and endorses his guy the

20  week before the caucus, that is big, that is huge.  Benton knows

21  that that endorsement is going to be a body blow to Michelle

22  Bachmann's campaign, and he knows that his guy is going to get

23  tons of free publicity out of it, over and over again the media

24  announcing Sorenson's endorsement of Ron Paul.

25        But as Sorenson testified, on December 26, 2011, he's

1  not quite ready to make a switch.  That night Sorenson, his

2  wife, and Dimitri Kesari have dinner at a restaurant, Claxton's

3  Barbecue in Altoona.  At the dinner Kesari and Sorenson talk

4  about politics.  They talk about money.  Kesari e-mails back to

5  the campaign, working on it, eating now.  Sorenson is not ready

6  to do the deal.  At the end of the meal, he gets, up goes to the

7  bathroom, went back to the bar, and then his wife gives him this

8  (indicating), a $25,000 check from Kesari's jewelry company,

9  Designer Goldsmiths, Inc., to Kent Sorenson's political

10  consulting company, Grassroots Strategy, for $25,000 signed by

11  Dimitri Kesari.

12         Ladies and gentlemen, this check tells you everything

13  you need to know about how badly Dimitri Kesari wanted this

14  endorsement.  Dimitri Kesari was so desperate to get Sorenson's

15  endorsement that he is willing to write a check from his own

16  business to a sitting Iowa senator for an endorsement for the

17  candidate that he is working for who is running for President.

18         Then comes December 27th.  By December 27th Kesari has

19  to tell his bosses that Sorenson is not on board.  He writes an

20  e-mail saying that Kent is getting cold feet.  And then Benton

21  starts firing off some angry replies.  And those angry replies,

22  as they're angry and frustrated with Sorenson, just like the

23  e-mails from November and December, show that they still want

24  Sorenson, even after Sorenson has blown every deadline the

25  campaign set for him, crossed every line that the campaign has

1   drawn, they still want him.  I'm just going to show you one

2   e-mail from that day.  This is after Kesari tells Benton that

3   Sorenson is getting cold feet.  Benton responds, "I am tempted

4   to say this is hard ball tie."  Should be time probably.

5   "Either he honors his commitment or we have to expose him as the

6   money-grubbing shakedown artist that he is."

7           What is Benton saying in this e-mail?  Benton is

8   saying in this e-mail that even as late as December 27th, even

9   knowing that Mr. Sorenson is not ready to commit, Benton is

10  saying, either he honors his commitment, either he endorses my

11  guy, Ron Paul, or I'm going to blow the whole thing up in the

12  media.  That's how bad these guys still want Sorenson.

13          And then we get to December 28th, and on the night of

14  December 28th, Dimitri Kesari, John Tate, and Jesse Benton

15  finally get their prize.  Sorenson shows up at the Iowa

16  Fairgrounds at a Ron Paul event.  Sorenson shakes Benton's hand.

17  Benton says to him, you're bleeding for us, we'll take care of

18  you.  Sorenson gets on the stage and endorses Ron Paul, shakes

19  some more hands with the media.  Sorenson told you that night he

20  is absolutely convinced that he is getting paid by the Paul

21  Campaign because that was the deal all along.

22          But now there's a problem, and this is where things

23  start to get a little hairy for Kesari, Benton, and Tate.  The

24  problem is that Sorenson couldn't keep his mouth shut.  In the

25  two days between the dinner at Claxton's Barbecue and the

1  endorsement of Ron Paul, Sorenson has told people, including

2  people who work for the Bachmann Campaign, about this check

3  right here (indicating), and Kesari knows that.  So Kesari tells

4  Sorenson, don't cash the check, too many people know about it,

5  we'll pay you by wire.

6          And that was Sorenson's testimony during this trial

7  right here in this courtroom, and the e-mails back him up.  The

8  e-mails back up his testimony.  Take a look at this e-mail.

9  This is an e-mail from Dimitri Kesari to Fernando Cortes, Jesse

10 Benton, and John Tate the night of December 28, 2011, the night

11 of the endorsement.  Kesari writes, "I will need a wire for

12 25,000 first thing in the morning."

13         Twenty-five thousand, where have you seen that number

14 before?  It's the same number on this check (indicating).

15 Ladies and gentlemen, this letter from Dimitri Kesari is an

16 e-mail setting up a payment to Kent Sorenson by wire so Sorenson

17 won't have to cash the check.

18         Now, look, Kent Sorenson is not on that e-mail.  Kent

19 Sorenson has no reason to know that that e-mail exists, and yet

20 that e-mail backs up Sorenson's testimony.  He sat here and told

21 you on the night of the 28th, Kesari says to him, don't cash the

22 check, I'll get you a wire.  And here's the e-mail right here

23 that night of Kesari saying we need a wire.

24         But then the problem gets worse.  It gets a lot worse.

25 It gets worse because Bachmann comes out and tells the media

1  that the campaign paid Sorenson to switch.  Okay.  So now the

2  problem is not just the check.  Now the problem is that the Paul

3  Campaign is going to have to say something about Bachmann's

4  allegation.  And let's be honest, there's really only one thing

5  they can say.  They have to deny it because they know, the Paul

6  Campaign -- Dimitri Kesari, Jesse Benton, and John Tate, they

7  know that if they come out and tell the truth that Jesse Benton

8  offered Kent Sorenson $8,000 a month back on Halloween and that

9  they have every intention of paying him $8,000 a month, plus

10 this little $25,000 signing bonus, if they come out and say that

11 in the media, the endorsement will be worthless, Sorenson will

12 be in hot water with the Iowa Senate Ethics Committee, and their

13 boss, their candidate, Ron Paul, is going to be really mad at

14 them.

15         You heard Ron Paul testify during this trial.  He told

16 you he doesn't think much of political endorsements and he

17 thinks even less of paying money for a political endorsement.

18 You may remember I asked him, I said, did anyone on your staff

19 ever ask you for permission to pay Sorenson for his endorsement?

20 Ron Paul couldn't even answer that question.  He was

21 flabbergasted by it.  He was shocked.  He said he couldn't even

22 conceive that he would think of doing such a thing.  And these

23 guys know this.  They know how their candidate feels about

24 political endorsements, about paying money for political

25 endorsements.  How many times do you think Jesse Benton has

1  heard that story about Nolan Ryan?  They know exactly what their

2  candidate's reaction is going to be if he finds out what they

3  have done.

4        And this, ladies and gentlemen, this is where they

5  cross the line.  Now we're not talking anymore about do we pay

6  Sorenson by check or by wire.  We're not talking anymore about

7  do we pay Sorenson's directly or do we pay his company.  Now

8  we're talking about a coverup.  Now we're talking about hiding

9  the payments, including hiding the payments on the FEC reports.

10 The coverup starts that very night.

11       This is an e-mail from Benton to a reporter asking for

12 a response to the Bachmann charges.  "We are not paying Senator

13 Sorenson."

14       This continues the next day.  Benton sends a similar

15 e-mail to another reporter.  Is Sorenson getting a salary from

16 the Paul Campaign?

17       No.

18       Will Sorenson get a salary from the Paul Campaign?

19       No, he will not.

20       Sorenson plays his part, too.  He goes on national

21 television, goes on CNN, goes on Fox News with Megyn Kelly.

22 This is now a national political scandal.  This is now one

23 member of the United States House of Representatives accusing a

24 campaign of another member of the United States House of

25 Representatives of paying a state senator for a political

1  endorsement.

2         And Kent Sorenson plays his part.  He goes on CNN,

3  goes on Fox News.  No, I was never offered any money, I would

4  never take any money.  And then he goes a step further.  He says

5  the FEC reports will show that what he is saying is true.

6  Sorenson says that on national television and he says it again

7  in a statement put out through the campaign, a statement

8  approved by Jesse Benton, and that statement says this:  Deny

9  the allegations, I was never offered money from the campaign or

10  anyone associated with them.

11         Well, that's false.  Benton offered him the payment

12  starting on Halloween.

13         And certainly would never accept any.  Financial

14  reports come out in just days which will prove what I'm saying

15  is true.

16         These are lies.  Why is Sorenson telling these lies?

17  Because that's what Dimitri Kesari and Jesse Benton told him to

18  do.  Because by December 29, 2011, these guys know that the FEC

19  reports -- the FEC reports are not going to be a liability for

20  them.  The FEC reports are going to be a weapon that they use in

21  their statements.  The FEC reports are going to be a weapon for

22  them because they know they are going to pay Sorenson, but Kent

23  Sorenson's name will never, never show up on an FEC report from

24  the Ron Paul Campaign because they are not going to pay Sorenson

25  directly.  They're going to hide it.  They're going to cover it

1   up, and the coverup of the money starts that very night.

2          Take a look at what happens to Dimitri Kesari's

3   $25,000 wire.  On the 29th Cortes e-mails the group, Benton,

4   Kesari and Tate, and he says, look, guys, if you're going to get

5   this wire out, we've got to do it now.

6          Look at Benton's response, 25K wire, hold for a couple

7   of days.  Tate responds, yep, we're going to.  Kesari responds,

8   we are holding until after the filing.  And just for good

9   measure, Kesari writes, I don't want it showing up on this

10  quarter filing.

11         Why are they sending these e-mails, this wire that

12  Kesari needed at the last minute first thing in the morning just

13  last night, now we're holding it for a couple of days, now we

14  don't want it showing up on filings?  Why is that?  It's because

15  they know they now need a little time.  They need a little time

16  to find their ICT.  They need a little time to find their

17  pass-through company to hide the payments, and they need a

18  little time to put some distance on the FEC report.  And just

19  for good measure, John Tate to Fernando Cortes, get rid of the

20  evidence, wipe it off the books.

21         Sorenson testified that just a few days later after

22  all of this happens, Dimitri Kesari comes to him with the scheme

23  to pay him through ICT.

24         That's a crime and that's the motive, but it's not the

25  end of the story.  Fast forward to August 2013.  Kent Sorenson

1   is under investigation from the Iowa Senate Ethics Committee.

2   The FBI is investigating the reports of payments from the

3   campaign to Sorenson.  There are news stories in the media about

4   this.  Sorenson told you he's talking to his friend, Dimitri

5   Kesari, about the investigation all the time.  And in August of

6   2013, Kent Sorenson drafts a press release, a press release

7   about that check right there.  In the press release Kent

8   Sorenson admits that he got the check from a Ron Paul staffer in

9   December of 2011.  Kent Sorenson forwards that draft press

10  release to Dimitri Kesari.  And when Dimitri Kesari gets that

11  draft press release, he freaks out.  He freaks out because he

12  cannot have the world knowing about this check.

13          So what does Kesari do?  He flies to Omaha, Nebraska,

14  rents a car and drives back to Des Moines, tells Sorenson, I'm

15  going through Omaha so no one will see me in Des Moines.  When

16  Kesari gets to Sorenson's house, he tells Sorenson to lift up

17  his shirt to make sure he's not wearing a wire.  Remember when

18  Mr. Sorenson described this moment?  He said, when Kesari said

19  that to me, I laughed, I thought it was joke.  But then I looked

20  at his face and I realized he's not joking, he's serious, he's

21  really worried about something.  So Sorenson did.  He lifted up

22  his shirt showing he's not wearing a wire.

23          And after that Dimitri Kesari asks Kent Sorenson to

24  give him back this $25,000 check.  Sorenson says no.  Then

25  Dimitri Kesari asks Sorenson to alter the check, to doctor it to

1   write loan in the memo line so it would seem like a loan and not

2   what it really was, a payment to get Sorenson's endorsement.

3          Why does Dimitri Kesari do this?  He's doing this

4   because he knows that this check right here (indicating), this

5   check is powerful physical evidence that connects him to a

6   crime.  This check is direct evidence that Dimitri Kesari was

7   involved in a scheme to pay Kent Sorenson from the campaign off

8   the books, the Designer Goldsmiths check signed by Dimitri

9   Kesari.

10          Now ask yourself this.  Are these the actions of an

11  innocent man?  Are these the actions of a person who thinks that

12  what he is doing is legal?  Does a person who thinks he's done

13  nothing wrong fly to Omaha, Nebraska, and rent a car so he won't

14  be seen in Des Moines, ask his friend to lift up his shirt to

15  make sure he's not wearing a wire, and then try to tamper with

16  physical evidence in an ongoing criminal investigation?  No.

17  That is not what innocent people do.  You know who does stuff

18  like that?  Guilty people.  You know why they do it?  Because

19  they're guilty and because they know they're guilty and because

20  they're trying to cover up the evidence of their guilt.

21          But that's not the end of Kesari's little coverup

22  scheme.  You heard that in the summer of 2013, Kesari approaches

23  Sorenson about running for the United States Senate.  And when

24  Kent Sorenson testified about his little U.S. Senate run,

25  Sorenson laughed.  He said, this is a joke.  I'm under

1  investigation here about payments from the campaign.  There's no

2  way I'm getting elected to the United States Senate.  And

3  Dimitri Kesari, he knows that.  He's an experienced political

4  operative.  He knows that Sorenson has about as much chance of

5  winning the Iowa Senate seat as I do.

6         So why is Dimitri Kesari telling Kent Sorenson to run

7  for the Iowa -- run for the United States Senate?  It's because

8  Dimitri Kesari knows that if Sorenson runs for the U.S. Senate,

9  the Iowa Senate Ethics investigation into the payments from the

10  campaign to Sorenson goes poof and nobody is asking any

11  questions of Sorenson anymore about those payments through ICT.

12  And that's exactly what Dimitri Kesari wants.

13         And to see what Dimitri Kesari wants, all you have to

14  do is look at the text message from Dimitri Kesari's phone sent

15  to Jesse Benton on September 19, 2013.  One more time I'm going

16  to ask you to take a look at what Kesari does not say.  Kesari

17  does not say, good news, KS running for U.S. Senate.  Kesari

18  does not say, hey, Jess, can you help Kent Sorenson raise money

19  for his U.S. Senate run?

20         "I think I have KS ready to resign."  That's the

21  message that Kesari sends to Benton.  Kesari didn't give a fake

22  about who gets elected to United States Senate out here in Iowa.

23  What Kesari wants, what Kesari wants is the resignation.

24         Now, this brings us to the last chapter in our story

25  to tell, the Benton theory.  July 21, 2014, Jesse Benton comes

1   out here to Des Moines, comes out here to this building to do an

2   interview with the FBI about this investigation before he

3   testifies to the grand jury.

4        FBI Special Agent LoStracco told you all about that

5   interview.  She told you Benton had a lawyer.  Benton was

6   advised from the beginning the interview was voluntary, he could

7   stop at any time.  Benton was told he could take breaks, he

8   could talk to his lawyer.  Benton was shown documents to refresh

9   his recollection.  He was shown this document, the e-mail from

10  February 7, 2012, instructing Dimitri Kesari to handle paying

11  Kent Sorenson.  Mr. Benton was shown this e-mail from May 2,

12  2012, the e-mail where he approves the payment of the ICT

13  invoice, "Pay Kent?"  Mr. Benton, "Yes - last time."

14       Mr. Benton was given these documents.  He was given an

15  opportunity to review them.  He was given an opportunity to

16  discuss them with his lawyer.  Jesse Benton during that

17  interview never said he was confused, never said he didn't

18  understand the questions.  He had two days to think about the

19  documents in front of him and what the questions were.  And in

20  that two-day interview Jesse Benton was asked about whether he

21  knew about the payments from the campaign to Sorenson at the

22  time of the campaign, and Benton said, no, he did not know about

23  the payments while they were happening.  Benton said, I'm not

24  splitting hairs, didn't know about payments to Sorenson directly

25  or through a third party.  Benton said, I couldn't just lie to

1  the media, it would be on an FEC report.  Benton's words to the

2  FBI.  Those words were a lie.  They were a lie that Jesse Benton

3  told the FBI over and over and over again over two days.

4          Ladies and gentlemen, of course, Benton knew about the

5  payments.  Benton is the one who first offered Sorenson a salary

6  to join the Paul Campaign back on Halloween of 2011.  Remember

7  those Grassroots Strategy invoices we looked at a moment ago?

8  Do you remember how much they were paying him?  $8,000 a month.

9  Who first offered Sorenson $8,000 a month?  That man

10  (indicating), Jesse Benton.

11          Benton was part of the plan to deny the payments.  You

12  can see him saying to the media he's denying the payments and

13  then turning around and telling Kesari to go ahead and get Kent

14  paid, turning around and approving the invoices.  Benton knew

15  about the scheme.  Those e-mails that the FBI showed him prove

16  that he knew about the scheme when it was happening.

17          And, look, it's not like Jesse Benton didn't remember

18  all of this.  It's not like he sat down in the interview and

19  said, I'm sorry, Kent who?  Which state senator are we talking

20  about?  Benton told the FBI he remembered the e-mails about the

21  $25,000 wire and what they were for.  He told the FBI he

22  remembered about his statements to the media.  He remembered

23  about the issue of the FEC report coming up.  Of course, he

24  remembered this.  He was caught in the middle of a national

25  political scandal.  And just in case any of this has slipped his

1  mind, his colleague, Fernando Cortes, refreshed his recollection

2  back in 2013.  Fernando Cortes sent him an e-mail August of

3  2013:  I've seen these stories about the payments.  Here are the

4  invoices.  He shows him -- Cortes forwards him the ICT invoices

5  11 months before the FBI interview.  You think Benton doesn't

6  remember this when he sits down with Special Agent LoStracco?

7  It's ridiculous.  Of course, he remembers it.

8            So why does he lie in the interview?  He lies because

9  he knows that he's mixed up in something bad.  He lies because

10 he knows that he's mixed up in something serious, and this is

11 his way to try and get out of it.

12           All right.  That's what they did.  That's why they did

13 it.  That's how they tried to cover it up.

14           Let's talk for a minute about the charges.  Let's talk

15 about Mr. Kesari's charges first.  Count 1 charges Mr. Kesari

16 with conspiracy.  A conspiracy is an agreement to commit a

17 crime, and here the agreement is to commit a crime to cover up

18 the payments to the FEC.  And you can see the agreement.  You

19 can see the agreement among Kesari, Sorenson, Benton and Tate in

20 the concerted action, the way they worked together in 2012 to

21 make the scheme happen.  You can see Kesari and Sorenson talking

22 about the fake invoices, Sorenson sending to Kesari the bogus

23 Grassroots Strategy invoices, Kesari going out and getting the

24 bogus ICT invoices, Benton and Tate approving the bogus invoices

25 to make sure they're paid without any questions being asked.

1  All of these people are working together to commit the crime,

2  and that shows you the conspiracy.

3           Count 2 is the crime of causing false records.  This

4  crime is exactly what it sounds like.  To be guilty of causing

5  false records, you have to knowingly cause a false entry in a

6  record with the intent to impede the work of the FEC.  Here

7  Dimitri Kesari caused false records by going out and getting

8  those bogus ICT invoices and submitting them to the campaign's

9  financial staff knowing and intending exactly what was going on

10  would come off the other side.

11           When he submitted those fake ICT invoices to Cortes,

12  Kesari knew that all kinds of false records are going to come

13  out the other end, false FEC reports to be sure, but also the

14  campaign records, the e-mails that Cortes and the staff sent to

15  Pyeatt and Watts, that spreadsheet that you saw that reports the

16  payment as a payment to Interactive Communication Technology for

17  audiovisual expenses.  These are all false records.  They all

18  have the same false statement in them.  That is, they're listing

19  the payments to Sorenson as payments to ICT, and they're listing

20  the purpose of the payment as audiovisual expenses.  It's the

21  same falsehood over and over again in the records, and Dimitri

22  Kesari put it there.

23           Count 3 is causing a false FEC report.  We talked

24  about this a little bit ago.  This might actually be the

25  simplest charge out there.  The law says a political campaign

1  has to tell the FEC where is your money going, who are you

2  spending money -- who are you giving money to, how much are you

3  giving them and what is the purpose of the expenditure.

4  To commit this crime, you have to cause the campaign to make

5  false reports to the FEC about those expenditures and you have

6  to do it knowingly and willfully.  That is, you know what you're

7  doing and you know that what you're doing is illegal.  Here

8  Kesari committed the crime when he caused the campaign to

9  falsely report those payments to the FEC.  He submitted those

10  ICT invoices knowing that what was going to come out was a false

11  report about where the money was going and what its purpose was

12  and he did it knowing that it was a crime.  Garbage in, garbage

13  out; fake invoice in, false report out over and over and over

14  again.  That's the crime.

15          The remaining counts are about the lies.

16          Count 4 is false statements to the FEC.  This means

17  causing the campaign to file a report with the FEC that conceals

18  or covers up something that's material or important to the FEC,

19  and you have to do it using a trick, scheme or device.  Here

20  Kesari committed the crime by using a scheme, the fake ICT

21  invoices that we just walked through.  And he used that scheme

22  to conceal a fact from the FEC, the fact that the true recipient

23  of that money was not ICT; it was Kent Sorenson, and the money

24  was not paid for audiovisual expenses.

25          Count 5 is for Benton's false statements to the FBI.

1  The charge is that Benton willfully said something false to the

2  FBI on a matter that was material or important to their

3  investigation, and that is exactly what Benton did when he told

4  Special Agent LoStracco that he was not aware of the payments to

5  Sorenson during the campaign, the very thing that Special Agent

6  LoStracco was there to investigate.

7          The last count, Count 6, is obstruction of justice.

8  Obstruction of justice means that Kesari knowingly tried to

9  corruptly persuade another person not to give law enforcement

10  information related to a possible crime.  Dimitri Kesari

11  committed that crime when he tried to convince Kent Sorenson to

12  give him back this check or alter this check knowing that this

13  check was an important piece of evidence in an ongoing federal

14  investigation into the campaign payments.

15          That's what you've heard from the government.  In a

16  minute, I'm going to sit down and the defense lawyers are going

17  to get up, and they're going to have a chance to make their

18  arguments, and then Mr. Pilger is going to talk to you one more

19  time before your deliberations.  Before I sit down, I just want

20  to take a minute to tell you what you might hear from the

21  defense lawyers and why it's completely wrong.  Mr. Binnall may

22  stand up here and tell you Mr. Kesari did not think he was

23  breaking the law, these campaign regulations are so complicated

24  and Dimitri Kesari just didn't know that what he was doing was

25  against the law.  That is not correct.  That is not what

1    happened here.

2            And as you're listening to that argument, I want to

3    keep this question, I want you to keep this question in mind.

4    If Dimitri Kesari thought he was not breaking the law, why is he

5    going to such great lengths to hide what he's doing?  If Dimitri

6    Kesari thought he was not breaking the law, why is he lying to

7    his brother, Pavlo, about this unpaid graphics designer who's

8    unpopular in the campaign?  If Dimitri Kesari thought he was not

9    breaking the law, why is he sending his brother an invoice from

10   an Iowa State Senator for consulting services and asking him to

11   turn it into an invoice for video services from a video

12   production company?  Why is he using a film production company

13   in Hyattsville, Maryland, that never did a lick of work for the

14   Ron Paul Campaign to funnel the payments to Sorenson?  Why is

15   Kesari going to Sorenson's house making him lift up his shirt to

16   check for a wire and demanding he give him evidence back?  Why

17   is he trying to cook up some fake U.S. Senate run so he can get

18   Sorenson to resign from the senate?  Are these the actions of a

19   person who thinks that what they're doing is okay?  No, no.

20   They're the actions of a person who knows he's breaking the law

21   and was trying to cover it up.

22           Mr. Howard may stand up here and tell you that

23   Mr. Benton did not remember any of this.  He may tell you about

24   what a busy man Jesse Benton was, all of those e-mails, all of

25   those phone calls, all of those trips.  Mr. Howard may tell you

1   Mr. Benton told the FBI he wasn't aware of those payments

2   because they just slipped his mind.  Ladies and gentlemen,

3   failure of memory?

4         Remember what Ms. Sinfelt asked you at the very

5   beginning of the case in opening statement, she asked you how

6   many of you remember how much you paid in taxes two years ago.

7   Well, that analogy is not quite right because it's not like

8   Benton is being prosecuted for falsely stating the amount of the

9   payments to Sorenson.  It's really more like what if someone

10  asks you, do you remember whether you paid the IRS two years

11  ago?  But maybe you don't.  Maybe you think, well, I'm a

12  law-abiding person, but, you know, I don't really remember

13  whether I paid the IRS two years ago.  Okay, fair enough.

14        Now, how about a special agent with the Federal Bureau

15  of Investigation sits down with you and your lawyer, puts the

16  documents down in front of you and gives you two days to look at

17  them and talk about them.  Now how about at the time you filed

18  the tax return, United States Representative Michelle Bachmann

19  came out and told the media that your tax returns were false.

20  Now, how about, just for good measure, a year later a colleague

21  e-mails you and says, hey, look, here's the false tax returns

22  that the media is talking about, you might want to take a look

23  at these.  Do you think you would remember then?  Of course, you

24  would.  Of course, you would.  I don't care how fancy you are,

25  how important your job is, how many e-mails you get in a day,

1  when something like this happens to you, when you get caught up

2  in the middle of a national political scandal, you remember.

3  And when Jesse Benton told the FBI that he was not aware of

4  those payments during the campaign, that was not a failure of

5  memory, that was a lie.

6         Now, ladies and gentlemen, the government has proved

7  to you that Dimitri Kesari, along with his co-conspirators,

8  covered up these payments to Senator Sorenson using documents,

9  the documents we looked at a moment ago, the e-mails, the

10 invoices, the campaign records.  But it wasn't just documents

11 they used.  They used people.  One of the people they used was

12 Ron Paul, the candidate himself, and you heard him testify.

13 When Ron Paul testified he told you, he was pretty upset about

14 his family getting dragged into the middle of this federal

15 criminal trial.  You know what?  He should be.  This campaign

16 was his family business.  This campaign was his family, and

17 Kesari, Benton and Tate used his family, his family business to

18 commit a federal crime.

19        But Ron Paul wasn't the only one.  Fernando Cortes,

20 Noel Izon, Lori Pyeatt -- Lori Pyeatt whose name now forever

21 appears on false FEC reports -- Deana Watts, Pavlo Kesari,

22 Dimitri Kesari's own brother.  Benton, Tate and Kesari

23 manipulated people who trusted them.  They did it because they

24 wanted to win.  They thought that's what they had to do to win.

25 They knew it was wrong, and because they knew it was wrong, they

1    covered it up.  False invoices, tampering with evidence, lying

2    to the FEC, lying to the FBI.  The lies stop here.

3           The evidence you have seen and heard in this courtroom

4    during this trial points to one conclusion, and that is that

5    Dimitri Kesari caused that campaign to file false reports with

6    the FEC and Jesse Benton lied to the FBI to cover up what he

7    knew about it and what he did to make it happen.  And because

8    that is what the evidence has shown you, the government asks

9    that you find these men guilty of all of the charges against

10   them.

11          Thank you.

12          THE COURT:  Okay.  We'll take our mid-morning recess,

13   and we'll come and get you in 20 minutes.

14          See you then.

15          (Recess at 10:33 a.m., until 10:55 a.m.)

16          THE COURT:  Please be seated.

17          Mr. Binnall, you may make Mr. Kesari's closing

18   argument.

19          MR. BINNALL:  Thank you, Your Honor.  I forgot to put

20   on the lavaliere earlier.  I believe that's probably best.

21          Thanks.

22          The government just told you a compelling story, and

23   there's a bunch of information within that story that's not in

24   dispute in this case.  There's a bunch of e-mails and invoices

25   that no one is disagreeing about.  But it's when they try to

1  fill in those holes, it's when they make those leaps of logic,

2  that's the important part.  That's where the reasonable doubt

3  is, and that's something I'm going to be saying a number of

4  times today.

5          This is going to be the last time that I talk to you

6  in this trial, and I ask you to remember the importance of

7  reasonable doubt, the importance to our society that we don't

8  convict someone of a criminal crime unless the government meets

9  its burden beyond a reasonable doubt.  And as they try to

10 connect those dots, as they try to fill in those gaps, the

11 government told you what they thought the purposes is, but they

12 have to prove those things to you beyond a reasonable doubt.

13 And here's the thing.  Still, even though they want to push away

14 Mr. Sorenson in their closing a little bit, so much of the dots

15 that they have to connect are based on the word of a man who

16 can't be trusted.

17         Mark Twain said, tell the truth and you don't have

18 anything to remember.  It's easy to tell the truth.  You don't

19 have to remember what your story is.  You don't have to remember

20 which story you told to which people, the different versions.

21         Mr. Sorenson has lied so many times about this case he

22 probably doesn't even remember what the truth is anymore.  And

23 it really has to be exhausting to remember all of the different

24 fibs you've told about the same story.  You saw him on the

25 witness stand, and you saw oftentimes how nervous he would be

1   about answering questions because he knows that there's some

2   things we can corroborate the story with and point out the

3   inaccuracies, and there's some things that he knows or thinks

4   that there's no way for it to corroborate whether or not he's

5   telling the truth.  And you see him sometimes getting nervous on

6   the witness stand, trying to figure out if there's any way that

7   we have anything that shows that he's not being correct.  That's

8   why you see him hedging a lot of times and other times just

9   hedging about what's wrong about what he said about this case in

10   the past.

11           We'll talk more about Mr. Sorenson in a little while,

12   but before we get there, I'm going to level with you.  If any of

13   you on this jury are cynics, this was not the case to restore

14   your faith in politics.  This wasn't -- this whole event was

15   perhaps not democracy's best moment.  I'm not saying that.  I

16   told you at the beginning of this case, I'm going to say it

17   again now, I'm not asking that you approve of my client's

18   ethics.  I'm not asking you to say that he used the best

19   judgment.  I am asking that you keep some things in context.

20   This is politics.  It's a little bit like watching sausage being

21   made.  It's not something you always want to see, and sometimes

22   people in politics do something not because it's legal or

23   illegal, but because it's politically expedient and they don't

24   want to be harmed politically, and that's the only reason they

25   do it is because they're concerned about their political future.

1  They're concerned about who might hire them in the future.

2  They're concerned about how their bosses might look in the

3  future, not necessarily about whether what they're doing is

4  within the law or not, but how it's perceived by other people.

5  And that's their motivation, that motivation that has absolutely

6  nothing to do with the law.

7           I also want you to keep into account that sometimes

8  our judgment lapses for reasons other than we want to obey the

9  law or we don't want to obey the law or we're not thinking about

10  the law at all sometimes to make things happen in our life.  And

11  the evidence here, you heard from Pavlo Kesari, is that Dimitri

12  Kesari lost his mom on December 7, 2011, and that's something --

13  and we're going to get into the intent requirement a little bit

14  that the government has to prove in order for you to return a

15  guilty verdict; but that's something that you can take into

16  account as to whether he was actually doing things trying to

17  think about whether what he was doing was legal or illegal or

18  whether there were other things going on in his life at the time

19  that made him not think as clearly as he otherwise would have.

20           This is America.  Bad politics isn't a crime.  It's

21  something that's protected.  Some people say that it's the worst

22  system in the world, except for all the others.  And this is

23  politics, and the decisions that were made were political

24  decisions, and that's going to be important for you to remember

25  in this case.

1    The government talked a lot about the Federal Election

2  Commission and whether Mr. Kesari and anyone else had any

3  intention to cause any false reports with the Federal Election

4  Commission, and that's very important to remember, that the

5  Federal Election Commission has to be a target.  They have to

6  target false filing with the Federal Election Commission.  They

7  have to prove that to you beyond a reasonable doubt; but you

8  heard evidence time and time again from witnesses on that stand

9  who told you that Mr. Kesari was not involved in the compliance

10 part of the campaign.  He was an operative.  He was on the

11 political side.  It was his job to go out and get people to vote

12 for his candidate, to get volunteers, to get staff, put together

13 a ground organization.  And things were busy.  You heard all the

14 arguments about -- or all of the evidence and testimony about

15 how busy things were.  He wasn't thinking about the reporting.

16 He was thinking about the election.  He was thinking about all

17 of the different caucuses and primaries that his candidate was

18 going to have to go through and how that would look.

19    Now, a lot of us have often heard the phrase that

20 ignorance of the law is no excuse.  It's bantered around a lot,

21 and actually oftentimes it's right; but in many of the charges

22 that are before you today that you've heard, that is not

23 correct.  And I want you to remember that up front.

24    In this case we're going to get into what willfully

25 means.  Ignorance of the law is an absolute excuse, and it's

1   more than that.  The government had to prove to you that

2   Mr. Kesari knew what he was doing violated the law.  Beyond a

3   reasonable doubt they had to prove to you that Mr. Kesari knew

4   what he was doing violated the law.  Let's remember that.

5           Mr. Sorenson came and tried to give you the

6   performance of a lifetime.  It's important because of the plea

7   agreement, and it's a substantial cooperation agreement.  You

8   have the substantial cooperation agreement in evidence.  I

9   encourage you to look at it, look over it very carefully.  The

10  devil is in the details.  And read that and see what his

11  incentive was in this case.

12          This is someone who pled guilty to lying about the

13  facts in this case.  How many times when he was under

14  examination from the government did he admit that he lied?  Lied

15  to the press, lied to other people he knew, lied under oath

16  about this case.  He has already lied about these facts in this

17  case.  When they're trying to plug those holes with things from

18  Kent Sorenson, what credibility do you give him?

19          The government wants you to believe that now he's gone

20  to work for them, under the substantial cooperation agreement,

21  to help the government with their case that he's cured of those

22  lies.  Matter of fact, it's kind of interesting how when

23  Mr. Sorenson was asked about whether he told the grand jury that

24  the Dennis Fusaro tape was correct, was true, the verbal

25  gymnastics that the government did to try to say, oh, no, no,

1   no, you weren't really saying that you thought the tape with

2   Mr. Sorenson was correct, the verbal gymnastics they did to try

3   to say no, no, no, that was true, at the same time they have

4   other people on trial without always putting things in context

5   for lying.

6           Mr. Sorenson came here.  He sat in that box.  Let me

7   tell you something.  He lied to you.  It's not something that I

8   say lightly, but it's true.  He lied on a number of times that

9   we can actually corroborate, and we did.  And, remember, it's

10  not our burden to show you anything.  We have no burden here to

11  show that anything is true and false.  They have to prove the

12  elements of their case beyond a reasonable doubt.  We have to

13  prove nothing; but we still brought witnesses in here.  We still

14  showed you some of his former testimony to show on a number of

15  occasions what he was saying was inconsistent with other things

16  that he had previously said.

17          And if you look at that substantial cooperation

18  agreement, the government gets to decide whether the help that

19  Mr. Sorenson gave them in this case was substantial.  If he lied

20  when he told his story to the government and was honest with you

21  here today -- or last week when he was here, they can prosecute

22  that.  Think about that.

23          And he's having financial trouble.  He told you about

24  that, told you his house is in foreclosure, he's got bills due

25  and he really can't afford to spend much time in prison and,

1   like I said, came here and tried to provide the performance of a

2   lifetime, and he admitted that he has a strong incentive to

3   please the government with his testimony.

4         He pled guilty over a year ago.  He failed a drug test

5   right after he pled guilty.  He's been charged with a

6   misdemeanor since then.  These are things that are not good for

7   where he sits right now.  He really needs to please the

8   government with this testimony.  He has that incentive to try to

9   put my client away so that he will spend less time in jail.

10  That is a big incentive for him to even otherwise -- if he

11  hadn't already told so many lies, that's something that

12  discredits a lot of the story that he's told you.

13        The government brought up the times that he lied.  He

14  talked about whether or not he had a deal with the campaign

15  before he switched.  He told you he was sure he did.  Well, then

16  when you think about it, he was driving to the fairgrounds to

17  switch, and he says -- or his testimony was that he had asked

18  Mr. Kesari if they still wanted him, then he had to ask

19  Mr. Benton if they were going to take care of him, these broad

20  general statements that could mean so many different things.

21  This is a man who's about to make a difficult political choice.

22  This is political choices that I've talked about.  He's about to

23  make a difficult political choice.  Take care of you?  Still

24  want you?

25        For all these people know at this point because,

1  remember, the evidence suggests that they've already pulled any

2  offer to him, okay.  The evidence suggests that that could

3  simply be a man who wants to know if he's going to have a

4  political backing of his new allies, if you can even believe

5  that they said that.

6          First he said that he didn't really care about the

7  check as far as leverage, not until later on in August of 2013.

8  But then after he heard the telephone call of Dennis Fusaro

9  again, he said, use it to get a deal with the campaign.  And

10 we'll talk a little bit more about that call later.  He was

11 thinking about using it as leverage over Mr. Kesari with that

12 check.

13         There was inaccuracies, other ones.  Who was on a

14 conference call.  You know, maybe some of those things are white

15 lies, they're not that important.  Maybe they're just not

16 remembering everything right; but, again, it's so hard to

17 remember things when you've told the same story so many

18 different ways, remember who you told what version to, what part

19 is consistent with another part.

20         He told you at first he didn't do any work with the

21 campaign.  Remember that?  And then he admitted he did robo

22 calls, which so many people make, e-mail blasts, TV appearances,

23 traveling with the candidate around Iowa, and he actually went

24 and campaigned in South Carolina for a number of days at the end

25 of January, work that he did for the campaign.

1    On the call with Mr. Fusaro -- well, first, he told

2   you that he got the check right after he got in the car from

3   that restaurant, public restaurant; but then he told Mr. Fusaro

4   that he still hadn't seen it and then admitted that he had lied

5   to Mr. Fusaro.

6    On the computer, could you bring that up?

7    (Pause.)

8    We'll move on.

9    He said he didn't get the check immediately.  He said

10  he was considering not working for anyone, he had no idea what

11  he was going to do, and he was holding the check as leverage

12  over Mr. Kesari.

13    And then let's remember the December 29th meeting that

14  he told you about where supposedly this is the meeting where the

15  Federal Election Commission came up, was talked about.  This is

16  the meeting where they confirmed that there was some sort of

17  deal the day after he switches.  This is the meeting that he

18  says exists, and he tells you that there's a number of people

19  that are at that meeting.  He tells you that Mr. Gamble, Jared

20  Gamble was there.  You heard testimony that, sadly, Mr. Gamble

21  passed away.  He told you that Brian Gentry was there.  He told

22  you that Nick Spanos was there or Sonny Spanos, his brother.  He

23  told you that Jedd Coburn was there, and he told you that

24  Dimitri Kesari was there and that Jesse Benton was on the

25  telephone with Mr. Kesari.

1          You saw Brian Gentry come here and talk to you and

2   tell you he has no memory of anything like that ever happening.

3   You heard Nick Spanos come and tell you the same thing.  We also

4   asked him if he had ever heard of Sonny Spanos, and he said no.

5   I think we asked someone else if they ever heard of Sonny

6   Spanos, and the answer was no.  I think we can agree it's not

7   particularly likely that there was ever any Sonny Spanos.

8          Then there's Jedd Coburn.  Now, Jedd Coburn didn't

9   actually come and testify, wasn't able to come and testify; but

10  when you go back there you will have Mr. Coburn's transcript

11  from his grand jury testimony.  This is what he says at the top:

12          "Do you remember Kent Sorenson sending a draft of the

13  statement he would put out from a ghost e-mail account under the

14  name of Pennyworth?"

15          Mr. Coburn responds:  "I remember seeing the

16  statement.  I do not know who Pennyworth was.

17          "No one ever explained to you that that was an alias

18  that Kent Sorenson was using?

19          "No, sir.  I should also say at the time, after --

20  when the Bachmann Campaign attacked the Paul Campaign for paying

21  Kent Sorenson, I was asked to write Sorenson a statement by

22  Senator Sorenson denying it, and Senator Sorenson told me that

23  he was not being paid.

24          "When was that exactly, as best you can recall?"

25          His answer:  "I'm sorry?"

1    The question again:  "As best you can recall, when was

2    that that he told you that?"

3    Answer:  "It was the morning after he endorsed Ron

4    Paul.

5    "The morning after the event he switched?

6    "The morning after the event, correct."

7    Now, we didn't have the opportunity to ask Mr. Coburn

8    exactly some of the questions we asked the other witnesses, but

9    he was pretty clear that Mr. Sorenson told him affirmatively he

10   wasn't being paid.  And then there's the fact that he says that

11   Mr. Kesari, Mr. Benton was on the telephone and that he could

12   hear Mr. Benton's voice.  Well, you heard several people tell

13   you that when Mr. Kesari was on the telephone, he always had

14   that Bluetooth headset, and you heard Mr. Gentry tell you you

15   couldn't hear anybody.

16   From the questions from the government they suggested

17   that that was a busy meeting place.  Let me ask you this.  Is it

18   someplace that's busy like that more or less likely that you can

19   hear someone's voice through a Bluetooth headset?

20   This is important, and I wanted to get out these

21   inaccuracies from Mr. Sorenson, the ones that couldn't be

22   corroborated, to remind you up front this is not a man you can

23   trust and this is not a man whose testimony you can believe

24   beyond a reasonable doubt.

25   But let's look briefly at the story of what happened

1  here.  Mr. Kesari, Mr. Sorenson are friends.  They're political

2  allies.  Mr. Kesari, the testimony was, served as a political

3  advisor to Mr. Sorenson.  There's testimony that Mr. Kesari

4  arranged to bring Senator Sorenson to Florida to receive an

5  award in 2011.  This is someone that Mr. Kesari was

6  investigating.  You heard testimony that Mr. Kesari would go

7  over to his family's house and cook him dinner.  And early on

8  Mr. Sorenson wanted to work with the Paul Campaign but

9  Congressman Paul didn't get in the race quick enough, so he

10 decided to endorse Michelle Bachmann.  After some time, which

11 you've heard the story a few times now, he decides he doesn't

12 want to be there.

13       Now, we get into October of 2011 and you remember the

14 testimony from Aaron Dorr who said that he sent that memo to the

15 campaign.  There's a couple of things I want you to remember

16 about that.

17       First of all, Mr. Kesari was not on that e-mail or the

18 response.

19       Second of all, Mr. Dorr said that he ran those terms

20 past Mr. Sorenson before sending them to the campaign.

21 Mr. Sorenson equivocates at best on that point.  But you know

22 what?  Really what happens then the next couple of months are of

23 limited importance.  I'm not going to say that they're of no

24 importance because it's giving context, but they're of limited

25 importance because none of that stuff that happens in late 2011

1   is against the law.  Even if it was a payment for an

2   endorsement, it might be a bad political judgment, it's not

3   against the law.  The $25,000 check, there was no FEC filing

4   requirement on that $25,000 check because no one in the campaign

5   ever actually made a disbursement for that check.  It's giving

6   you context for what's going on, and it's important context in

7   some ways and in other ways it's just noise.  It makes you see

8   that maybe there's some bad political judgments going on.  It

9   lets you see that, yeah, the campaign wanted Kent Sorenson to

10  endorse them.

11         One of the important things is that Mr. Sorenson

12  admitted that he was being paid through a company called

13  Grassroots Strategy -- I'm sorry, that he had a company called

14  Grassroots Strategy.  That was his company.  And on the Bachmann

15  Campaign, there was an intermediary involved, C & M.  And he

16  talked to you about the Iowa State Senate Ethics requirements,

17  the rules of the Iowa State Senate.  Now, there's laws, and they

18  have rules that can apply to their members where if you break

19  them, not that you can go to jail, but you can be kicked out of

20  a legislative office.  He's looking particularly at these rules,

21  the Bachmann Campaign pays him through an intermediary, and

22  that's why he wants to be paid through an intermediary later on

23  when we get to what happens in January.

24         Eventually Mr. Kesari does get involved in the

25  negotiations with Mr. Sorenson, and then eventually they have

1  that dinner at the barbecue restaurant with the check.  Now,

2  first Mr. Sorenson tells you he's not sure how the $25,000 came

3  around, and then he admits that there was $25,000 that was

4  supposed to go to another gentleman by the name of Guy Short and

5  that he was going to be paid from that amount.  I think that

6  gives us the context of where the $25,000 came from.

7  Mr. Sorenson already wanted the raise from 7,000 to 8,000.  He

8  actually wanted to get as much money out of this as possible,

9  and we see he was having some financial difficulties, again

10  giving you the context of just what was going on.

11       The check is given, never presented to the bank, never

12  cashed.  There's no payment from the campaign on that at all.

13  The $25,000 later, that's part of the $33,000 initial payment,

14  but for that $25,000, it never gets cashed, never gets

15  disbursed.  The campaign doesn't know anything about it.

16       And then you ask yourself what happens then?  Does

17  Kent Sorenson sign on the dotted line that he's going to

18  endorse?  No.  He goes -- he has some conference calls, tries to

19  decide what he's going to do.  He tells some people about the

20  check, tries to make a decision.  Then he goes to that event at

21  the Bachmann Campaign, and he doesn't feel respected anymore by

22  that campaign.  He feels that they don't trust him, and he

23  decides he is going to endorse Ron Paul.  He goes to the event,

24  he endorses Ron Paul.  He goes on the media and denies the

25  payments.  He tells you that Mr. Kesari told him not to cash the

1   check at that point.  Now there's the talk about that $25,000

2   wire.

3           And there's something important about this $25,000

4   wire.  If we could get that focused.  It says, "I don't want it

5   showing up on this quarter filings.  Can we program it in for

6   the 2nd?"  A couple of things.  First of all, the government

7   suggests that it's important because they're talking about

8   filings that that meant that somehow Mr. Kesari knew about the

9   FEC requirements.  It shows at the most that Mr. Kesari knows

10  that there's FEC filings, not what the requirements are, not

11  what you have to disclose and not what is specifically allowed

12  or not allowed by the FEC.  And we don't even know for sure that

13  they're FEC filings.  This is about a payment.  This is a

14  payment for the calendar year.  For all we know it could be

15  taxes.  Some people have to make quarterly tax payments.

16          Remember, this is the reasonable doubt standard.  You

17  don't have to believe that that's the purpose, but we don't have

18  to prove to you anything.  That's their burden.  And they're

19  putting a lot on just the word "filings."

20          Second, can't we program for the 2nd?  If there was a

21  wire that would have gone on the 2nd, it would have turned up on

22  the FEC reports.  And this is a December 29th e-mail.  They're

23  not talking at this point.  There's not any evidence really at

24  all that Mr. Kesari has gone to his brother's place in Maryland

25  and talked to him about what he wanted to do and eventually

1  getting ICT on.  Remember, Mr. Kesari is in Iowa during the run

2  up to the caucuses.  Remember that evidence.

3         So who's -- if that wire goes to Kent Sorenson -- and

4  there's no reason to think that it wouldn't because Mr. Kesari

5  is told not to cash the check -- then it would show up on FEC

6  reports.

7         Mr. Sorenson isn't sure that he has a deal.  Remember

8  Dennis Fusaro tells you -- you're going to have that recording

9  back in the deliberation room, and I encourage you to listen to

10 it again if you have any doubts about whether you can believe

11 Mr. Sorenson and some of the things that he said when he thought

12 no one was looking, when he thought he was just talking to a

13 friend.

14        He said, I'm going to give him his check back.

15        Mr. Fusaro asked, oh, you are?

16        Mr. Sorenson then said, do you think I should or

17 should I hold on to it?  I'm not cashing it.

18        Mr. Fusaro:  I understand.

19        Mr. Sorenson:  Do you think I should hold on to it or

20 do a deal?  Should I hold on to it so I have something over him?

21        Mr. Fusaro:  I don't think I would give it to him now.

22        Okay.

23        Mr. Fusaro:  Have you -- I don't presume you have been

24 paid by them.  Sounds to me like you're not going to be working

25 with them after this.  I'm confused.  I mean, if you were not

1    doing his bidding, he's not going to pay you.

2           If you're not doing work for the campaign, you're not

3    going to get paid.

4           Sorenson:  No, I agree with you.

5           The part I want to make clear, the part where I said,

6    if you're not going to work for the campaign, you're not going

7    to get paid, that's my commentary.  That's not in the

8    transcript.

9           Mr. Sorenson says, I honest to God don't know -- when

10   he's asked about the name of Mr. Kesari's jewelry store, he

11   says, I have to look at the check and I'll tell you.  I haven't

12   even seen it.

13          Mr. Fusaro then asks him later on, so I guess --

14   excuse me.

15          Yep, so I mean, I guess you're just not going to work

16   for anybody?

17          Mr. Sorenson:  You know, Dennis, I honestly don't know

18   what I am going to do and have got to quit talking to you people

19   because every time I talk to someone, they talk to somebody and

20   it comes back to bite me in the butt.

21          Mr. Fusaro:  Yeah, you've got that right.

22          Mr. Sorenson:  Aaron is freaking out if I quit because

23   I will hurt him and his groups.  I don't know what I'm going to

24   do.  I don't know, I don't know.

25          He doesn't know what he's going to do.  Now,

1  Mr. Sorenson originally told you this call happened on December

2  29th, still after the endorsement and at the same time he says

3  this mysterious meeting happens.  But on cross-examination

4  remember that recording -- and you can listen to it --

5  references the article by Kevin Hill in the Iowa Republican.

6  That story was on January the 1st.  So that call happened

7  sometime after January the 1st.  He doesn't know what he's going

8  to do on the campaign.  He does not know if --

9           MR. KRAVIS:  I object; not in evidence.

10          THE COURT:  That's for the jury to decide.  Overruled.

11          MR. BINNALL:  He doesn't know what he's going to do.

12  Whenever that call is, he doesn't know what he's going to do.

13  And here is why this is important.  Because while it's in the

14  government's interests to have everything flow nicely from

15  October through June, it doesn't.  There's the talks about

16  paying Mr. Sorenson in the fall and December of 2011.  They take

17  the offer off the table.  We don't know what happens at the end

18  of December.  At best they certainly haven't proven to you what

19  happens at the end of December.

20          But we know in that period in December, Mr. Kesari

21  tells him don't cash the check.  We know that they put up the

22  wire.  There's no evidence that that wire ever happens.  And we

23  know that Mr. Sorenson is saying, I don't know what I'm going to

24  do.  But we know he wants to get paid.  So eventually he does

25  get an agreement to be paid, according to the government's

1   evidence, and he gets the $25,000 retainer, he gets $8,000 a

2   month between January and June.  But that at that point is

3   something that's new, and he says he's using that check as

4   leverage over his friend, Mr. Kesari, to get that deal.  And he

5   admits that he was previously paid as an intermediary.  He

6   says -- he starts to equivocate about whether it was his idea to

7   be paid as -- through an intermediary to Mr. Kesari, whether it

8   was his idea or whether it was Mr. Kesari's.  On the witness

9   stand, he starts equivocating on that.

10          And then I asked him an interesting question.  This is

11  the transcript from the trial.

12          "Q.  In fact, you actually told Mr. Kesari that the

13      Bachmann Campaign people had checked and that it was legal

14      to do it that way, didn't you?"

15          He responds:  "I don't recall telling Mr. Kesari that.

16      At some point in time, that was discussed."

17          After that, if you remember, I made some effort to

18  clarify with him what exactly he meant by it being discussed,

19  and equivocated he wasn't clear.  But when I asked him if he had

20  any reason to testify that he didn't have a reason to dispute

21  that he told Mr. Kesari that the accounting to the Bachmann

22  Campaign was legal, he said he didn't have a reason to dispute

23  that.  Remember that intent requirement that we're going to get

24  to.

25          So the structure was set up and he was paid through an

1  intermediary, just like he was in the Bachmann Campaign.  And

2  you heard a lot of evidence from Fernando Cortes, who was the

3  deputy controller of the campaign and whose job it was to

4  actually code expenses for it to go to the FEC.  You remember

5  that it's not Mr. Kesari's job to code anything, to put expense

6  numbers on anything.  There's no evidence he knows what those

7  random numbers are.  He has his assistant, Mr. Gamble, doing his

8  expense reports.

9          MR. KRAVIS:  Objection; not a fact in evidence.

10         THE COURT:  The jury can decide whether that's a

11  reasonable inference from the evidence that was admitted.

12  Overruled.

13         MR. BINNALL:  And the invoices importantly didn't say

14  audiovisual on them.  They said production services.  And,

15  remember, I asked a bunch of questions about those reports,

16  about the ledger, about things in the different categories.

17  Here is why that's kind of important; a small point but an

18  important one.  It's because all of those different categories,

19  printing, advertising, there's a number of them, they could fall

20  under the umbrella of production services, but Mr. Cortes chose

21  audiovisual.  Why did he do that?  We don't really know why he

22  did that.  But what he testified to is that he thinks he asked

23  Mr. Kesari, but he doesn't remember what Mr. Kesari said, and

24  that's his testimony, he admits that's the testimony that he

25  gives to the grand jury, which, of course, is closer to the time

1    of the actual event than we are here today, all right.

2         And he says that later that he has his memory

3    refreshed that at some point Mr. Kesari said something about

4    videos.  He said he had his memory refreshed from an e-mail.  So

5    here's what I would like you to do if you could.  Go look at the

6    e-mails from Mr. Cortes where he's a party on, where Mr. Kesari

7    is a party and see which e-mails talk about videos.  I haven't

8    been able to find it.

9         There is that e-mail from Mr. Kesari to Pavlo Kesari

10   where he says, send me an invoice.  So let's take a look at that

11   one really quick.  This is Exhibit 69.  This is on January the

12   24th, 2012, Dimitri Kesari to Pavlo Kesari.  "Here is the

13   invoice that needs to be taken care of.  Send me an invoice for

14   video services.  33k plus."

15        You've got to remember the full picture here.

16   Mr. Kesari's brother is in the audiovisual industry, and

17   Mr. Kesari knows that his company did some work through the

18   campaign -- for the campaign.  This is a quick e-mail.  It's not

19   a long one.  Remember this, about how busy this time of the

20   campaign is, and you see a lot of e-mails that are obviously

21   very rushed.  And he says, "Here is the invoice that needs to be

22   taken care of."  And he says, "Send me an invoice for video

23   services."

24        His brother does send an invoice for the services that

25   his company performed.  Now, his testimony was it was audio

1   services, but the brother's company is an audio video company.

2   There would be nothing surprising if Mr. Kesari just said video

3   services not knowing exactly what work his brother did for the

4   campaign, not knowing if it was audio or video, or just using

5   shorthand video.  That's the only time you see video.  And if

6   this was what was used, because we don't know if it was used to

7   refresh Mr. Cortes's recollection, this isn't something that can

8   refresh his recollection because there's no evidence.  It wasn't

9   on there.  They showed you a lot of e-mails, read a lot of

10  e-mails, but never showed you anything that said this e-mail was

11  forwarded on to Mr. Cortes.

12          Fernando Cortes, he doesn't e-mail ICT.  He doesn't

13  call ICT.  He doesn't say how those should be properly reported.

14  He tells the grand jury that he doesn't remember what, if

15  anything, Mr. Kesari tells him.  But we know that Mr. Cortes

16  does not like Mr. Kesari.  He testified to that when Mr. Howard

17  asked him.  He's not friendly with Kesari, doesn't like him.

18  But he's a little bit afraid when the media comes out about what

19  was going on and he's visited by federal officials who start to

20  talk to him.  And who's the first person he tries to throw under

21  the bus?  Mr. Kesari, the guy in the campaign that he doesn't

22  like.  Remember, you heard how the compliance side of the

23  campaign works.  Most of the people in the campaign are on the

24  office side that get people to vote.  And then you've got people

25  on the compliance side, and that shows Mr. Cortes has an

1    assistant, then Mr. Cortes and then Deana Watts.  That was the

2    path to the treasurer.  Those were the people that it was their

3    job to make sure that the things that go to the FEC are correct.

4         But in this trial you heard from David Mason.  You

5    heard from someone who's twice been the chairman of the FEC,

6    served on the Federal Election Commission for over ten years,

7    and now has a business helping people with FEC reports and tells

8    you this is complicated.

9         Now, the government suggests that the issues here are

10   simple; but that's not exactly what Mr. Mason says on the stand.

11   In fact, it's not at all what Mr. Mason says on the stand.  When

12   he was asked specific questions, he said, well, that's kind of

13   an open issue right now.  He told you that they don't even know

14   exactly what the rules are on some of these things, about

15   ultimate payees, umbrella vendors.  One thing that they -- that

16   he does say is that normally the umbrella vendor is doing work

17   for the campaign and the sub vendor is doing work for the

18   campaign, oftentimes through the umbrella vendor.  But I asked

19   Mr. Mason on redirect examination if one of those services can

20   be paying other vendors, sub vendors.  He said yes.

21        There's a whole line of businesses that do this called

22   staffing agencies.  Mr. Izon says paymasters.  That's something

23   you can do.  Here is why it's important.  We're going to get to

24   the instructions and the intent requirement soon.  Because if

25   Mr. Kesari believes that there's a loophole there, believes that

1   that's something that's allowed by the law, then he's not

2   guilty.  That's why that's important.  I'm not trying to prove

3   to you what the law is or what the law isn't.  Remember, I don't

4   need to prove anything.  The government has to prove everything.

5   It's their burden to show that he was intending to break the

6   law, not Mr. Kesari's burden.

7          Mr. Mason talked to you about the nature of campaigns.

8   He told you in family run campaigns like this one, sometimes

9   it's even more complicated and that opinions are often difficult

10  to search.  There's over 400 pages of regulations, says the type

11  is really small.  He says that there's some very technical

12  issues involved.  And remember that Mr. Izon told you that

13  paymasters are normal in Mr. Izon's industry.  This is something

14  where it's easy to see why someone would believe that there's a

15  loophole there.

16         Now, we're going to talk about August 13th kind of at

17  the end when we get to that count, but I'm going to go through

18  some of the jury instructions with you right now because these

19  are important.  The devil is in the detail.  The burden is on

20  the government.  That's what I want you to keep remembering

21  here.

22         In instruction No. 7, instruction No. 7 you see what

23  intent and knowledge is.  There's two different levels of intent

24  that is relevant to some of these charges.  If it's just

25  knowledge, knowingly doing something, then if it's just

1  knowledge and not with the intent to do something else, then the

2  government doesn't have to prove to you that the defendant knew

3  that his actions were unlawful.  They just have to prove to you

4  that the defendant was aware of his act and it wasn't through

5  ignorance, mistake, or accident.  That's knowingly.

6          Willfully is a different story completely.  A person

7  may not be aware of a specific law or rule that his conduct may

8  be violating, but he must act with the intent to do something

9  that he knows the law forbids.  That is their burden when

10 willfully is involved, beyond a reasonable doubt that Mr. Kesari

11 knew that it was something that the law forbids.

12         Now we'll also talk in one of the instructions, it's

13 knowledge with intent to do something else, and we'll get there.

14 It's a little bit similar to you have to have more than just

15 knowledge that you're doing something.

16         Let's go to instruction No. 8.

17         Good faith is a complete defense.  If the defendant

18 acted in good faith, sincerely believing themselves to be exempt

19 by the law from the conduct constituting any of the above

20 charges, then the defendants did not act intentionally to

21 violate a known legal duty.  They didn't act willfully.

22         Now, it's important to remember that there's the

23 willfully ones, and then we're going to get to Count 2, which is

24 the knowledge plus.  For both of those counts, good faith is

25 intent.  And this is where it gets a little confusing.  I want

1    to make sure we're still on the same page.  It is still not

2    Mr. Kesari's burden to prove to you good faith.  It is the

3    government's burden to prove that he acted willfully.

4           Go to instruction -- turn back to instruction No. 4

5    for a minute.  All right.  I know I've been saying a lot.  In

6    the middle of the page there, there is no burden upon a

7    defendant to prove that he is innocent.  Accordingly, the fact

8    that a defendant did not testify may not be considered by you in

9    any way, or even discussed in arriving at your verdict.  You

10   didn't hear from either of the defendants in this case.  They

11   have a constitutional right not to testify, and even before

12   opening arguments, even when we're back in voir dire, we all

13   agreed that nobody is going to be held -- it wasn't going to be

14   held against anyone if they didn't testify because the

15   Constitution of the United States gives them that right.

16          Instruction No. 5 starts on the next page, but I'm not

17   going to start at 1.  I'm going to start at 2 and come back to

18   1.  Count 2, page 8.  All right.  There are three elements to

19   count No. 2, and the important thing that I want you to remember

20   about all of these elements is that if it's in an element, the

21   entire element, that has to be proven beyond a reasonable doubt.

22          Element No. 1 says that Mr. Kesari between February

23   2012 and August 2012, defendant Dimitrios N. Kesari knowingly

24   made or caused to be made a false entry in a record or document.

25          This specifically says on this one knowingly, right?

1   So he has to know what he was doing was causing a false

2   document.  In this case they say the FEC.  Now, certainly he

3   didn't make it.  We all know that wasn't part of his job

4   description.  So their case is that he caused someone to make

5   it; but there's no evidence again that that was what he was

6   thinking about doing.  There's political reasons to explain why

7   he was thinking about doing this.

8           Two -- remember I said knowledge plus; this is where

9   we get to the plus -- the defendant did so with the intent to

10  impede, obstruct, or influence the proper administration of a

11  matter.  That means if Mr. Kesari -- if they haven't proven to

12  you that Mr. Kesari caused any sort of a false record with that

13  specific intent, they have not proven their case beyond a

14  reasonable doubt.  The other reasonable explanations for this

15  show that he had other reasons for his actions, not with the

16  intent to impede, obstruct, or influence the proper

17  administration of the matter.  Let's remember the campaign

18  requirement in this job.  I'm not saying they were ethical

19  reasons, but that doesn't mean he's guilty of a crime.

20          Let's go to Count 3.  The first count (sic) is

21  important.  The devil is in the details, ladies and gentlemen.

22  Mr. Kesari has a right to have every single element proven

23  against him beyond a reasonable doubt.  That in or about

24  February 2012 to on or about August 2012, in the Southern

25  District of Iowa, a federal campaign committee made one or more

1   false reports to the Federal Election Commission.

2          Where did you hear any evidence at all that a report

3   was made from Iowa, from any district of Iowa?  You heard that

4   the people who were making reports were sitting in Texas.  You

5   heard that the Federal Election Commission is in Washington,

6   D.C.  You heard that the campaign had its headquarters office in

7   Virginia.  This is an element of the offense that has to be

8   proven beyond a reasonable doubt.  You did not hear any evidence

9   regarding this.

10         Two, more than $25,000 here, okay.

11         But we get to 3.  This one has to be knowingly and

12  willfully.  He knew that there was going to be this false report

13  and he willfully was breaking the law.  Not willfully working to

14  hide this from people in the campaign as Mr. Izon suggested he

15  thought it was something along the line of intramural politics,

16  not trying to evade the Iowa State Senate.  That's not a

17  violation here.  Now, they may say, well, wait, you hide it from

18  the Iowa State Senate, you hide it from the Federal Election

19  Commission.  They still have to prove that the intent was to the

20  Federal Election Commission beyond a reasonable doubt.  They

21  haven't done that.  They haven't proven to you that Mr. Kesari

22  knew one way or the other whether the Iowa State Senate, for

23  instance -- remember, not my burden -- for instance, looked at

24  the banking records of their members.  If that was the intent,

25  if the target was the Iowa State Senate, then you have to find

1   Mr. Kesari not guilty.

2           Then you get to Count No. 4.  Page 11 is where the

3   elements are.  Between February and August of 2012, defendant

4   Dimitrios N. Kesari knowingly and willfully caused the filing of

5   expenditure reports with the Federal Election Commission that

6   falsified, concealed, or covered up a fact.

7           We're right back at knowingly and willfully.  We've

8   talked about it a few times, I think.  You probably know what

9   I'm going to say about that.  There are other examples of that,

10  and it's not Mr. Kesari's burden to show why he acted.  It's

11  their burden to show that it was specifically to break the law,

12  to cause this false report and to break the law.  They haven't

13  done that.

14          I'm going to get to another point that may seem like

15  I'm splitting hairs, but it's actually important for the

16  reports.  They were accurate.  In most ways they were accurate.

17  The Paul Campaign did pay ICT.  You've heard no evidence, you

18  have no instruction to say that you can't pay an intermediary,

19  you can't pay someone who will turn around and pay someone else.

20  You've heard nothing.  Remember, the judge is the only one who

21  can give to you the law, and nothing in there says that people

22  cannot do that.  It might sound like a lawyer, I happen to be a

23  lawyer, but that's still important.

24          For the audiovisual expenses, the first expense, the

25  $32,000 one didn't include audiovisual expenses.  After that it

1    did.  But is there any evidence after the first one that anyone

2    asked Mr. Kesari about how to label anything on the FEC reports?

3    Is there any credible evidence that they did it on the first

4    one, asked him if it should be audiovisual or some other type of

5    expense?  They didn't.  So if that part is incorrect, that's not

6    because of Mr. Kesari.

7            THE COURT:  You've got about ten minutes left.

8            MR. BINNALL:  Thank you, Your Honor.

9            Count 1, let's go back for a second.

10           All right.  Here's the reason why I will do Count 1

11   now because what you see in the first element of Count 1 is that

12   from December 2011 through October 2014, two or more people

13   reached an agreement to commit one of the following offenses.

14   It's knowingly, willfully.  Willfully -- the intent requirements

15   are right there, and you need to look at those because if you

16   don't have them otherwise, the intent requirements, then you

17   still don't have them for the conspiracy count.

18           Also, Mr. Kesari voluntarily and intentionally joined

19   in an agreement.  Now, the interesting thing here is that some

20   of their evidence suggests that there may have been multiple

21   purposes, that maybe Mr. Kesari was trying to hide it from his

22   bosses from the campaign, from other people, whereas

23   Mr. Sorenson was trying to hide it from the Iowa State Senate.

24   There has to be that agreement.  Here is the important part.  It

25   has to be an illegal agreement.  It has to be one of those

1    things in element 1, not agreeing to do something we don't like.

2    It has to be an agreement to do something unlawful.  So if what

3    they're doing is for political expediency, we don't criminalize

4    that in this country.  And that charge also tells you that there

5    has to be among the people in the conspiracy unanimity in

6    purpose.

7              I know I've talked awhile.  Let's talk about Count

8    No. 6.  And there's something real easy about Count No. 6 that

9    I'm going to tell you at the end that makes it obvious; but

10   before we do, let's talk about the jury instruction on page

11   No. 12.  Actually the elements are on page No. 13.  Let's start

12   at 2 on this one.  That's the knowingly requirement here.  But

13   we're back to kind of the knowingly plus situation again because

14   element 3 says, the defendant acted with the intent to hinder,

15   delay or prevent the communication of information to a law

16   enforcement officer of the United States or judge of the United

17   States.

18             That's important here because the government's entire

19   case on Count 6, everything on Count 6 rests on the word of Kent

20   Sorenson, and even Mr. Sorenson told you that when Mr. Kesari

21   allegedly went to his house and asked about the wire, he didn't

22   know if Mr. Kesari was concerned about the FBI or if he was

23   concerned about Dennis Fusaro and the recordings.  In other

24   words, he doesn't know if he's concerned about the law, legally

25   what's required, or if he's concerned about politics.

1           But here is what we do know about the summer of 2013.

2   Mr. Kesari is still Kent Sorenson's political advisor, and he's

3   trying to help him out of a political jam.  He's in a

4   politically tough spot, and they start talking about

5   Mr. Sorenson running for U.S. Senate.  Mr. Kesari actually at

6   this point is starting to talk to a pollster.  Remember, that's

7   Mr. Spanos.  And even those text messages that they showed

8   you -- this one is, "I think I have KS ready to resign."  One,

9   two, three, up.  Remember are you polling up to the front or

10  side.  Lee Bright wants to meet Paul Broun.  They say, why would

11  Mr. Kesari worry about a senate election in Iowa?  Mr. Kesari is

12  a political operative.  That's what he does.  He's worried about

13  senate elections all over the country.  Remember, this is the

14  2014 cycle, a big cycle for senate elections.

15          They point out that it says resign instead of deciding

16  to run for senate or something like that.  This is a text

17  message.  You don't have a lot of characters.  This is something

18  that is obviously just something that is sent in a hurry.  And

19  how many times can text messages be read out of context?  It's

20  one sentence, and it shows that Mr. Kesari is thinking about

21  politics.  And if he's thinking about politics, you have to find

22  him not guilty of Count 1.

23          Remember that draft press release e-mail?  That's

24  important for a different reason, for a couple of reasons.  This

25  is Government's Exhibit 60.  Remember this?  This is the press

1  release about trying to save Mr. Sorenson's political hide.

2  Political advice, August 7.  What year?  2013.  Now, you

3  remember the government asks Mr. Sorenson about this e-mail.

4  They asked him if something happened about that time.  And that

5  e-mail in 2013 is when they say that Mr. Kesari allegedly made

6  this trip to Iowa.  Remember when I said I would make it easy

7  for you on this one?  Here it is.  No. 1, in August 2014

8  defendant Dimitrios N. Kesari corruptly persuaded or attempted

9  to corruptly persuade another person.  It's the wrong year.

10         MR. KRAVIS:  Objection.  This isn't the law.  It's a

11  typo.

12         MR. BINNALL:  It's also in the indictment, Your Honor.

13  It's correct.

14         THE COURT:  It's what the indictment says.

15         MR. BINNALL:  The wrong year.  That's important

16  because when you're trying to find out what people like Kent

17  Sorenson say, how are you supposed to figure out if you have an

18  alibi if you don't even know what year it is?

19         This one is easy.  If there's any doubt that that's

20  what Mr. Sorenson said on the stand -- do we have that?  We'll

21  try this one again.

22         (Pause.)

23         THE COURT:  Hold it.  If this is your last point, we

24  can do it after lunch.

25         MR. BINNALL:  Very well, Your Honor.

```
1              THE COURT:  It's up to you.

2              MR. BINNALL:  And I promise I'll be very, very quick

3    after lunch.

4              Thank you very much for your time.

5              THE COURT:  Members of the jury, we will go to lunch

6    until 1:30.

7              There was a mention of the Southern District of Iowa.

8    I'll just inform you that for the purposes of this case, all of

9    Polk County is within the Southern District of Iowa.

10             With that, we'll break until 1:30.  We'll see you

11   ready to go then.

12             (Recess at 12:10 p.m., until 1:30 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    AFTERNOON SESSION 1:27 p.m.

2         (In open court, out of the presence of the jury.)

3         THE COURT:  Please be seated.  Thank you.

4         Obviously, two issues just arose, nobody having

5    requested instructions on the issue of venue or the "on or

6    about" language that we typically give, typically where there's

7    an issue about the dates, we say the indictment charges that

8    offenses were committed on or about or between certain dates.

9    Although it is necessary for the government to prove beyond a

10   reasonable doubt that the offenses were committed on a date

11   reasonably near the date alleged in the indictment, it is not

12   necessary for the government to prove that the offenses were

13   committed precisely on the dates charged.

14        With respect to venue, when it's requested we

15   typically say two things:  That the offense has to be either

16   begun, continued or completed in the Southern District of Iowa

17   and that it is proved by a preponderance of the evidence or

18   evidence that is convincing -- more convincing than opposing

19   evidence or more likely true than not true.

20        What's the parties' position as to whether I should

21   give those now?

22        MR. KRAVIS:  The government requests those

23   instructions.

24        THE COURT:  Both of them?

25        MR. KRAVIS:  Yes, Your Honor.

1    THE COURT:  Mr. Binnall?

2    MR. BINNALL:  Your Honor, it's waived at this point.

3 The government had the opportunity to ask for those

4 instructions.  They haven't done it.  At this point we're

5 halfway through summations, and it would be very prejudicial to

6 have to go through and have to redo the issues with the jury

7 instructions now, especially since this was noticeable to the

8 jury.  And it's going to be unfairly prejudicial to my client to

9 change jury instructions midstream, and we would say that like

10 everything else, any objections have to be made at the proper

11 time, otherwise they're waived.  The government had a full

12 opportunity.  We went through these jury instructions in detail.

13 We sent them to the court, our proposed ones before trial.  The

14 court sent something back last Friday, and we provided our

15 changes to the court.  We told the court what we objected to,

16 what we didn't.  We had the working session last night.  We

17 handled them again this morning.  Anything else that the

18 government would have wanted on these, they have had ample

19 opportunity for, and it would be too prejudicial.  It's too

20 late.  It's our position it's waived.

21    THE COURT:  Mr. Howard or Ms. Sinfelt?

22    MR. HOWARD:  No position on it.

23    THE COURT:  Very well.  I'm giving both of those

24 instructions.  We mentioned in the instructions Southern

25 District of Iowa.  The issue has been raised, and the jury is

1   going to wonder how to deal with it.  Frankly, I thought the "on

2   or about" language helped your client, but you can decide

3   whether you like it or not.

4            All right.  Call the jury, please.

5            MR. BINNALL:  Your Honor, could I have just a couple

6   more minutes to address the new issues?  I will be very quick.

7            THE COURT:  Yes.  Absolutely, yes, any reasonable

8   amount of time that you want.

9            MR. BINNALL:  Thank you.

10           (In open court, in the presence of the jury.)

11           THE COURT:  Please be seated.

12           So two things came up in Mr. Kesari's closing argument

13  that I thought we would take just a moment to address.  The

14  first is the issue of what we call venue.  Venue has to do with

15  the connection between the alleged offense and the district

16  where it's prosecuted.  Obviously, you can't prosecute somebody

17  in Alaska for an alleged crime that occurred in Florida.  It has

18  to have some connection with the district.

19           So the government must prove that it is more likely

20  true than not true that the offenses charged either began or

21  continued or were completed here in the Southern District of

22  Iowa, and I told you that all of Polk County is in the Southern

23  District of Iowa.  You decide these facts by considering all of

24  the evidence and deciding what evidence is more believable.

25  This is a lower standard than proof beyond a reasonable doubt.

1   The requirement of proof beyond a reasonable doubt applies to

2   all the other issues in the case.

3           So the issue of venue we decide by whether the

4   evidence in favor is more convincing than evidence opposing it.

5           The second issue that came up is this issue about the

6   date on Count 6 of the indictment.  And with respect to all of

7   the dates alleged in the indictment, I instruct you as follows:

8           The indictment charges that the offenses were

9   committed on or about or between certain dates.  Although it is

10  necessary for the government to prove beyond a reasonable doubt

11  that the offenses were committed on a date reasonably near the

12  date alleged in the indictment, it is not necessary for the

13  government to prove that the offenses were committed precisely

14  on the dates charged.

15          Mr. Binnall, we had him kind of suspend his argument

16  because the court was having some IT issues, and we got those

17  resolved, so I believe that's working real well right now.

18          MR. BINNALL:  Thank you, Your Honor.

19          THE COURT:  At least I hope so.

20          MR. BINNALL:  Me too, Your Honor.

21          I'm not going to take much more of your time up.

22          As the instruction you just got explains, it is the

23  government's burden to show that it happened reasonably close to

24  those dates.  The evidence in this case, all of the evidence --

25  and I'm not going to walk you through all the testimony because

1  I've already hashed that out for too long.  I'm going to show

2  you just one thing real quick on the monitor hopefully.

3            There we go.

4            This was me asking Mr. Sorenson for the events that he

5  said happened in August of 2013 and said that Mr. Kesari was

6  over at your house a great number of times, and he said correct.

7  But that, again, was August of 2013.  You will remember

8  Mr. Pilger, when the government was talking to Mr. Sorenson,

9  talking about the alleged acts, everything was around August of

10  2013.  That time frame was important.  You remember the text

11  messages you saw from September of 2013, that e-mail with the

12  press release August 7th of 2013.  Everything was August of

13  2013.  That is entirely your way, and when you're on trial,

14  you're trying to figure out things like alibi defenses.  It's

15  important that you have a full understanding of when you're

16  accused to have done something, and the government has failed to

17  do that here, especially someone when you're being accused by

18  someone like Kent Sorenson.

19            For a lot of the other stuff that you saw, the

20  government had some sort of corroboration.  You remember reading

21  a lot of e-mails.  They subpoenaed some bank records, text

22  messages.  They have nothing to corroborate that Mr. Kesari was

23  ever in Iowa to meet with Mr. Sorenson in August of 2013 or, for

24  that matter, for August of 2014.  They have no corroboration for

25  that; just the word of Kent Sorenson.

1        Now, briefly on the venue issue, the judge gave you an

2   instruction on that, and I just ask that you read the

3   instructions closely.  Even with taking that instruction into

4   account, it talks about the campaign committee, not the other

5   aspects.  It talks about the campaign committee.  So even though

6   it's that lower burden, because the evidence of the campaign

7   committee was in Texas, there was an office in Virginia, I think

8   you will still find that Count 2 fails.

9        But at the end of the day, all of these counts, so

10  many of their holes are filled in by the word of one man.  And

11  if Kent Sorenson told you that the sky was blue, would you have

12  to go out and check?  He's just not credible, ladies and

13  gentlemen.

14       Mr. Kesari has put his freedom and his future in your

15  hands, and I ask that you look at all of these things carefully.

16  This is my last chance to talk to you.  I ask that when you hear

17  from the government -- they get to speak last because it's their

18  burden.  When you hear back from them, think critically about

19  what we would say in response to their arguments.  I think at

20  this point, you know, just like I said.  I've been up here for a

21  little while.

22       Thank you so much for your time, for your service.  I

23  ask that you find Mr. Kesari not guilty on all charges.

24       THE COURT:  Mr. Howard, you may make Mr. Benton's

25  closing argument.

1         MR. HOWARD:  Almost done.

2         As Mr. Binnall just said, this is my last chance to

3    address you, too.  The government has the burden of proof as

4    they always do in these cases.  They will get the last word.

5    But before I start, before I sit down, we know the sacrifice you

6    make.  We know you're away from your families.  We know some of

7    you have had emergencies.  On behalf of Mr. Benton and probably

8    everybody in this courtroom, we want to thank you for one of the

9    great services that this country relies on, serving as a juror.

10   You serve as that buffer between the government and the people,

11   and we appreciate that.

12        As you consider these charges, you've heard an awful

13   lot about conspiracies.  You've heard an awful lot about the

14   invoices, and I just want to remind you as you're considering

15   Mr. Benton, we're here for one charge and one charge only.  It's

16   hard not to be washed over by all the information that is coming

17   from the government.  And as you think about that charge and as

18   you think about what Mr. Benton is facing, I just want you to

19   remind yourself of one thing.  The only things that you can

20   consider are the documents that have been admitted and what

21   comes from that witness stand there.

22        Keep in mind the government gave a very interesting

23   closing and it would have been more interesting if Mr. Kravis

24   had actually been sworn.  This is about evidence.  It's not

25   about anybody's argument.  It's not about anybody's inference.

1  It's about evidence, what have people shown you, what have

2  witnesses said.  And you can pull all kinds of inferences from

3  documents, all kinds of inferences from documents; but they have

4  to make sense.  And, you know, we bring you in to the system as

5  you know, you were selected.  We asked you to serve mainly

6  because of your wisdom.  You know, you sit here and you're going

7  to hear arguments from all sorts of people.  You're going to sit

8  there and you're going to listen to all sorts of folks on that

9  witness stand.  As you know now, some of them lie, some of them

10 embellish; but this is all about what makes sense to you

11 collectively.

12        And so what I'm going to ask you is that when you

13 listen to these inferences, when you listen to the arguments of

14 the government and, quite frankly, any of the lawyers, this is

15 all about what makes sense to you.

16        I'm going to -- I've been a law professor in the past,

17 and I won't tell you where because I know that at least one of

18 our rival schools is here in the State of Iowa; but I used to

19 tell my class that you're not going to remember much from most

20 law school classes or almost all classes.  There's a lot of

21 information flow as there is here.

22        So at least as I talk, I would like to have you keep

23 your mind on four things.

24        First of all, your decision about Mr. Benton has

25 everything to do about what happened across the street here on

1    July 21, 2014 in his interview with the FBI and the Department

2    of Justice.  And as you remember that interview and if you can

3    just -- as you listen to all of the other information, quite

4    frankly, as you review all of the other information, keep in

5    mind with that interview there was no transcript, there was no

6    video.  The only information you have is from an agent who was,

7    according to her testimony, the lead prosecutor and, by her own

8    admission, not the note-taker.  We know that the notes that she

9    reviewed have errors.  And we know that few, if any, questions

10   were actually written down, but we want you to focus on that

11   interview.

12           The second thing we want you to focus on, and if I can

13   I will, just quote the government, follow the money.

14           Now, as you look at the evidence, for all of the

15   adjectives are used for what floats around in these bank

16   accounts, Mr. Benton agreed to pay Kent Sorenson and Chris Dorr,

17   Kent Sorenson $8,000 a month and Chris Dorr $5,000 a month to

18   work.  And I'm going to ask you to look at that exhibit from

19   Mr. Benton.  I believe it's going to be Government's Exhibit No.

20   10, and you will see that's the only thing he promised.  Despite

21   all the excitement, despite all the intrigue that is given by

22   the government, that's the only thing that he ever promised to

23   Mr. Sorenson.

24           Mr. Benton does not appear on any other payment

25   involving Sorenson.  As a matter of fact, one of the agents

1  testified that during Mr. Benton's interview, he said that he

2  was probably trying to screw Kent after he had worked with his

3  counsel.

4         There are two e-mails on which Mr. Benton's name

5  applies.  The one you see quite a bit, the February 7, 2012

6  e-mail, the "yo handle" e-mail, I think both sides have pointed

7  that out; but I want you to remind yourself of two things with

8  that, the "yo handle" e-mail.  First of all, that was given to

9  the government by Mr. Benton.  They didn't discover it.

10  Mr. Benton handed it to them.  It also demonstrates what you've

11  heard from the stand here from Mr. Baeza yesterday that he is

12  not a micromanager.  He wants people to do their jobs, and then

13  he gets out of their way.

14         And then the second e-mail in which a payment to

15  Mr. Sorenson is made and his name applies is the May 2, 2012

16  e-mail.  And what I want you to remember about that is -- and

17  this is what the government did not tell you in their closing is

18  that e-mail is never found on Mr. Benton's Gmail server.  It's

19  just not in his account, and it's never found on the Ron Paul

20  server.  Mr. Benton has said he has never seen it, which makes

21  all the sense in the world because the evidence indicates that

22  he never got it.

23         The third thing I would like you to remember as we go

24  through this is Kent Sorenson is a liar.  If you pulled nothing

25  else from this case, that you can take, if you will, to the

1  bank.  I'm not making an observation.  What I'm doing is I am

2  quoting Mr. Sorenson.  He admits he's a liar.  He says that, you

3  know, he's lied, and the list went on and on and on.  As a

4  matter of fact, when Mr. Pilger examined his own witness, he

5  used the term "lie" or "false" in describing Mr. Sorenson 18

6  times.  Now, I'm not going to take you through chronologically.

7  Right now I think you may be as well versed as anyone on what

8  happened; but if you remember the December 29th meeting,

9  December 29th when -- right after Mr. Sorenson had left the

10  Bachmann Campaign and come over to the Paul Campaign, what

11  Mr. Sorenson testified to was that everyone knew, everyone knew

12  he was getting paid, and he said this happened in a meeting with

13  Jared Gamble, Dimitri Kesari, Nick Spanos, Jedd Coburn, Brian

14  Gentry.

15          You know who Mr. Kesari is.  As Mr. Binnall pointed

16  out, Mr. Gamble is no longer with us.  Everybody else we've met.

17  One of the things you should have learned yesterday hopefully,

18  at least from their testimony, is that according to the other

19  gentlemen that were identified by Mr. Sorenson as being at that

20  meeting, the other gentlemen indicated unequivocally no meeting

21  like that ever happened.  And keep in mind, the government

22  didn't call these witnesses.  The prosecution -- the defense

23  did.  The government didn't want anybody contradicting

24  Mr. Sorenson, and clearly they did.

25          And you have to ask yourself as we go through this, is

1 this another lie to keep track of?  The evidence would seem to

2 indicate that it is.  And at this point in Mr. Sorenson's life

3 is he able to keep track of lies himself.

4          And the fourth point I want you to keep in mind is

5 that Mr. Kesari is a good friend and certainly a good friend to

6 Mr. Sorenson, and it's that friendship that has caused most of

7 the problems that we're dealing with here today.  They have been

8 friends for a long time.  They have a long history together.

9 He's cooked at his home.  This is Mr. Kesari cooked at

10 Mr. Sorenson's home, cooked for his family, and in the fall of

11 2011 Mr. Sorenson clearly needed money, and it was Mr. Kesari

12 who came to help.  And the evidence indicates that that help is

13 the cause of the issues here.

14          We can talk about the federal election campaign laws

15 all we want, but the issue is and what should have made sense is

16 that what Mr. Sorenson wanted was to remain an Iowa State

17 Senator and Mr. Kesari was going to help him do that.  And the

18 e-mails demonstrate this.

19          Ladies and gentlemen, the government has failed to

20 carry their burden in this case.  They've failed to give you

21 what they promised.

22          I'm going to go over the evidence.  Clearly, it's

23 going to be your recollection that carries the weight at the end

24 of the day, but I want you to again take a look at it

25 collectively based on what makes sense with this evidence.

1  Let's start with the interview on July 21st.  Keep in mind

2  Mr. Benton is asked to come to Des Moines, Iowa.  He thinks he's

3  being prepared by the government to go into a grand jury.

4  Exhibit 75, the "yo handle," he brings with him to give to the

5  government.

6          What do you know about the government preparing

7  witnesses?  What have we learned?  One of the things we've

8  learned, at least with Mr. Sorenson, is when he needs to be

9  prepared, he's interviewed seven times before he testifies.  If

10  you remember Agent LoStracco on the stand, she was asked if

11  people she interviews are allowed to change their 302s, the FBI

12  report of the interview.  And her answer was never.  But the

13  evidence and later her change in her testimony was that

14  Mr. Sorenson indeed was allowed to clarify his answers;

15  "clarify" her word, but change everybody else's word.

16  Mr. Benton was clearly not given that opportunity.

17          And it was also clear that by the time he had gotten

18  in that room on July 21st, the government had already made up

19  their mind what they were going to do to him.

20          Now, as we talk about Count 5, just the one count,

21  keep in mind as we go through this what the government has to

22  show.  They're going to have to show that Mr. Benton made a

23  statement that he knew was false at the time he made the

24  statement and it was material to the FBI.

25          Now, in trying to figure out what those statements

1   are, they will be -- and the court read them to you, they will

2   be in your charging document itself.  And what the government

3   alleges is false is that Mr. Benton falsely told agents that

4   Kent Sorenson was not paid by the campaign either directly or

5   indirectly and that -- or that Benton was not aware of any

6   payment to Kent Sorenson either directly or indirectly.  Those,

7   in essence, are the elements that the government has to prove.

8         Now, the way the interview went down if you remember

9   is that document after document after document were shown to

10  Mr. Benton.  Presumably the documents were followed by

11  questions.  And the government in trying to demonstrate this to

12  you indicated that certain documents were given to Mr. Benton

13  and he was allowed to review them, and in the response to those

14  documents, he gave statements that the government has decided

15  are false.

16        And if you will look at Defense Exhibit, when you get

17  back in the jury room, 18, it's a packet of documents that we

18  had admitted just this morning, those e-mails are there.  But

19  what's interesting as you look through those e-mails and each of

20  you review the testimony that went on, what you'll see is that

21  the government in its direct examination of Agent LoStracco said

22  that they gave her other documents -- I'm sorry; gave Mr. Benton

23  other documents.  And their argument was that these documents

24  showed Mr. Benton's knowledge of the payments to Mr. Sorenson.

25  And when you get back there, those documents we've tried to

1   identify, but they're Government's Exhibits 59, 67, 61 and 68,

2   and you'll find that none of those documents, none were provided

3   to Mr. Benton during his interview.

4          And I want you to especially take a look at document

5   Government's Exhibit 61.  And the reason I want you to take a

6   look at that is that the testimony of Agent LoStracco was that

7   the questions for Mr. Benton were about what he thought at the

8   time of the events, which would have been 2011, 2012 according

9   to the government's indictment.  But this document, this

10  document that was shown -- wasn't shown to Mr. Benton but

11  identified by Agent LoStracco came out, wasn't sent until 2013,

12  clearly an attempt by the government to prejudice Mr. Benton by

13  making it appear that he had knowledge of the existence of

14  invoices by having this universal approval by Agent LoStracco.

15  But the fact of the matter is at the time of the questioning by

16  the government attorneys and Agent LoStracco at the time of his

17  interview, this document didn't even exist according to its

18  date, and according to the package from the government, it

19  certainly wasn't shown to Mr. Benton.

20         And if you look at Exhibit 75, the "yo handle" -- and

21  we've talked about that -- this is a document that was shown to

22  Mr. Benton.  It was shown on July 21st.  And the question to

23  Agent LoStracco was, did he have any chance to change his

24  answers?  And her response was, he didn't change his answers.

25         But on cross when you -- when Agent LoStracco looked

1 at the notes from the day of the interview, it was shown that he

2 didn't change his answers because, one, the document was shown

3 to him at the end of the day and, two, no one asked him

4 questions about it.

5       Now, the other thing as you look at Exhibit 75 -- I

6 want you to also keep in mind Defense Exhibit 20.  This is the

7 phone that Mr. Benton used.  And you can see the size of it.

8 You've heard testimony about how he went about his business.

9 And keep in mind that reviewing an invoice on this was probably

10 next to impossible, and the yo handle is more than consistent

11 with someone who is a micromanager, someone who travels and

12 someone who gets thousands and thousands of e-mails over short

13 periods of time.

14       We identified some statements selected by the

15 government, identified by the government as being false

16 according to their indictment under Count 5.  These were shown

17 to Agent LoStracco from the notes of the interview.  One of the

18 statements was -- this is from Mr. Benton -- quote, we are not

19 paying him and there is no agreement to pay him.  That's the

20 quote that came from the government, and that was what was read

21 by Agent LoStracco.  However, the full quote from that statement

22 is, quote, I kind of remember thinking we are not paying him and

23 there is no agreement to pay him.  Then Mr. Benton said, I do

24 not recall Kent being paid by our campaign.  Full statement not

25 provided to you, clearly, manipulation by the government in

1  terms of what the proof is in this situation and, clearly, the

2  two statements are materially different in terms of what they

3  tell the reader.

4       And it's pretty obvious when you read that the

5  government had made a decision what they were going to do with

6  Mr. Benton.

7       The government also looked at -- showed Mr. Benton

8  they indicate Government's Exhibit 87c, and this is an e-mail,

9  and I'm not going to start flopping e-mails on the Elmo.  I hope

10  you guys don't miss the entertainment, but I don't want to

11  prolong this anymore than it needs to be.  But if you look at

12  Government's Exhibit 87 when you get back in the room to

13  deliberate, this is the one that says, "Yes - last time."  And

14  Mr. Benton's response was that he didn't see this e-mail.

15  Benton said, yes, looks like I was authorizing payment to

16  Sorenson.  Maybe I am sloppy.  Maybe it was done in haste and a

17  mistake.

18       What's interesting about Government's Exhibit 87 is

19  that it is not an exhibit.  It is not a document found on

20  Mr. Benton's Google server, and it's not on the Ron Paul server

21  either.

22       Now, when Agent LoStracco was asked about this change

23  in his statement, she said it was not a change, it was a

24  clarification.

25       You've also seen the e-mails on December 28th.  This

1   is the e-mail with Benton, Mr. Benton saying, hold for a few

2   days.  And the FBI asked during the interview of Mr. Benton,

3   were you aware that Kent Sorenson was getting paid?  And what's

4   interesting is on December 28th, if you remember, Mr. Benton was

5   getting ready for a rally for Dr. Paul.  And if you remember the

6   testimony, Mr. Sorenson leaves the Bachmann Campaign, drives to

7   the parking lot, contacts Dimitri Kesari, says he wants to

8   switch.  There he meets Jesse Benton backstage for the first

9   time.

10           Keep in mind he came over unannounced.  He came over

11  after an offer to work was made by Mr. Benton on October 31st,

12  and the fact of the matter is that statement itself was not

13  false because at that time -- and those are the questions that

14  were posed -- Benton had no way of knowing and there is no proof

15  that he knew of the $25,000 check that Sorenson received from

16  Dimitri Kesari's wife's jewelry store.

17           And on that statement itself the next day, after

18  working with his counsel, Mr. Benton actually gave a further

19  interview to Agent LoStracco, and in this trial she actually

20  used that statement.  And keep in mind Agent LoStracco was asked

21  if the FBI ever assumes things in their questions, and her

22  answer was, if you remember, absolutely not.  But when shown the

23  report of the interview with Mr. Benton, the question was there

24  where he was asked to speculate.  He's been asked to assume.

25           The danger in having incomplete records, the danger in

1   relying on notes, the kind of notes that we all took when we

2   were in school, the danger in not recording these interviews is

3   that you will get things wrong, and we know that they got things

4   wrong here.  But the -- probably the thing that is the most

5   troublesome is the fact that you can't tell the accuracy of an

6   answer, any answer until you know what the question is.  And

7   nowhere in the notes were there a series of questions, nowhere.

8   One question here or one question there as Agent LoStracco

9   testified, but nowhere else.  And if you remember when reading

10  one statement, Agent LoStracco said, well, I can assume what the

11  question is based on the frame of the answer.

12          The problem with that is that in a situation like

13  this, it's not Agent LoStracco's call; it's yours.  The proof

14  needs to be to you beyond a reasonable doubt.  And if you

15  remember the interview notes from Mr. Benton, there were typos.

16  They had wrong dates.  They had the wrong phraseology.  There

17  were just mistakes up and down.  She also said -- she admitted

18  that there was tension during the interview.  She did not catch

19  conversations at the end of the interview when Mr. Benton was

20  asking to return to continue to work with the agents.  She had

21  heard some of it, but none of it was written down.

22          And interestingly, although she gave a question that

23  was -- gave the question in response to, I believe it was

24  Mr. Kravis asking the questions, she gave an exact question, and

25  she gave the answer that she said that she received from

1   Mr. Benton.  On cross-examination, when Agent LoStracco was

2   questioned, she answered I don't recall or I don't remember 32

3   different times.  When asked about that, she pointed to the

4   volume of documents, which is understandable.  When asked about

5   it, she talked about the time differential, the fact that she

6   had been moved to -- moved is probably the wrong word; I believe

7   promoted is the right word -- to the Boston field office.

8          But as you are looking at the charges in Count 5 and

9   trying to consider the context of Mr. Benton giving his answers,

10  keep in mind what you've heard from the witness stand here is

11  that the number of e-mails he gets is breathtaking.  That's what

12  Tonya Hester says.  John Baeza says that he works on his phone

13  all the time, that he receives thousands of e-mails.  And keep

14  in mind this is an interview that went on in 2014, but they're

15  asking questions about events and e-mails in 2011 and 2012.

16         The agent told you she prepped by looking at

17  documents, looking over 302s, looking over notes; but on a lot

18  of the questions that were asked by me on cross-examination, she

19  had to continually refer to her notes or documents.  And, look,

20  it's not a criticism.  That should happen to all of us.

21         The question that's been posed to you is a legitimate

22  one.  And, you know, look, go back and do the experiment

23  yourself.  Pick any event, any event, loss of a sibling or a

24  friend, an exam -- matter of fact, pick an exam.  Tell us what

25  the second question was.

1          Agent LoStracco is a seasoned veteran.  She's clearly

2    a highly trained agent, and I am guessing she's testified

3    numerous times before, unlike Mr. Benton.  But on July 21st when

4    Mr. Benton couldn't recall a document, he was charged with false

5    statements.  And on July 22nd, after working with his counsel,

6    he said that it looked like he was sloppy, looked like he might

7    be trying to get Kent Sorenson paid; but he was trying, trying

8    his best to give an answer to the questions that were posed.

9          He came down here as the government continually

10   reminds you voluntarily.  He came with a proffer agreement.  He

11   said he would talk to people.  He's trying to give answers.

12   He's trying to remember.  This is the essence of him doing

13   something that is clearly not knowing, if I could use that term.

14         And keep in mind when you read these instructions --

15   I'm not going to wrestle with them, but think of whether when

16   Mr. Benton is over a document as he was on July 21st and he's

17   looking at a document, he's struggling trying to remember it.

18   And, you know, look, I've heard the testimony.  They're saying

19   that this is something he's got to remember.  That's what

20   they're saying.  But this is a man who's worked a presidential

21   campaign.  This is a man who's been at the feet of some of the

22   most well known and powerful people in this country.  And what

23   you know is he does get thousands and thousands of e-mails a

24   day.  He deals with all sorts of politically connected and

25   people who have been -- folks who want to move and change this

1    world.  Kent Sorenson isn't simply one of those.  Sorenson is

2    not a game changer.

3        But imagine, if you will, he's looking at a document,

4    and if his thought is I'm not going to tell a lie I know about

5    this, yeah, he's got a problem.  But when you listen to the

6    testimony, when you see what's happening in that interview room,

7    he's not sitting there doing that.  He is sitting there looking

8    at a document trying to give the best answers that he can.  And

9    actually, according to this table (indicating), some of those

10   answers are incriminating because they use them.

11       Again, as you try to remember key events in your life,

12   as you -- and you try to remember under stressful situations,

13   especially if you believe the FBI is out to do something to you,

14   think about how the elements of this crime fit Mr. Benton, and

15   your conclusion will be that they don't.

16       Now, what the government has done is they have given

17   you all of this information to kind of tell you, give you the

18   background of what's happening.  And so the question is, how do

19   you get to the interview room on July 21, 2014?  Without a doubt

20   the key player is Kent Sorenson, and you've met him, and as I've

21   said before, you've heard from this table and Mr. Binnall, it's

22   undeniable, the man is a liar.  As he was leaving the Bachmann

23   Campaign, he admitted to lying to Aaron Dorr, Chris Dorr, Paul

24   Dorr, Dennis Fusaro, lied to Michelle Bachmann, lied to a Fox

25   newscaster apparently, Megyn Kelly.  He lied to agents who tried

1 to serve the search warrant on his home.  But yet what the

2 government does is he's the person that they rely on to describe

3 the Tuesday, December 29th, meeting over at the Ron Paul

4 campaign headquarters.

5        Now, keep in mind what you have is, according to

6 Mr. Sorenson, you have Mr. Kesari there with the earpiece

7 cyborged into his ear I think the testimony was, wore it all the

8 time.  You have Jared Gamble, you have Jedd Coburn, you have

9 Nick Spanos, and you have Brian Gentry according to

10 Mr. Sorenson, and there's some discrepancies.  Mr. Sorenson when

11 asked to describe the room where the December 29th meeting

12 happened, he described one the area of the judge's desk, the

13 judge's bench.  Others described a much smaller area.  I think

14 Nick Spanos said it was about the size of five of these large

15 screens.

16        But one of the things that he said was that Mr. Benton

17 was at this meeting on the phone with Mr. Kesari.  Now, keep in

18 mind that Mr. Benton and Mr. Sorenson met the day before at the

19 rally for Dr. Paul.  They met on the 28th among the noise and

20 the chaos of a convention rally, and I know some of you have

21 been to them.  They have met among the noise of two people

22 shaking hands before Mr. Sorenson was to walk out on stage.  And

23 then the next day he is with Dimitri Kesari, and what he

24 testifies to, what he tells you is that over his earpiece.  With

25 a man he's only met once, he essentially is able to identify his

1   voice.

2          There are a couple of things that are remarkable about

3   that.  One is no one else -- or at least Mr. Gentry testified

4   you couldn't hear over Mr. Kesari's earpiece.  The other is that

5   you would have to believe that Nick Spanos, who you've met; Jedd

6   Coburn, who you have not met; Brian Gentry, who you met, would

7   all sit around talking with a man who has just joined their team

8   about his pay and apparently filing false FEC returns.

9          The other thing you would have to believe is that

10  somehow when they met on the 28th Mr. Benton kind of somehow

11  promised him some money.  But if you remember his testimony, if

12  you look back at your notes as you collectively talk about it,

13  he never said that.  What he said was that after meeting with

14  them, he believed he would get paid.  That was it.

15         The government also calls this a coverup, yet calling

16  it a coverup on one hand, where they have a witness saying on

17  the other that everyone knew.  If everyone knew, why is there a

18  coverup?  If there's a coverup, why does everybody knew -- know?

19         And the other thing to keep in mind is that in

20  Sorenson's very first meeting with the FBI -- and you saw

21  Mr. Sorenson go through his 302.  There is no mention of this

22  meeting, no mention of this meeting.  And Agent LoStracco when

23  asked if Mr. Sorenson was ever able to correct a 302 -- well,

24  actually she was asked if any witness was, she said no.  When

25  she was shown Mr. Sorenson's clarification 302, she said he had

1   to clear it up because he was not giving the right answers.  You

2   know, keep in mind that there is not one, not one witness in

3   this trial, not one person, not one iota of proof that says that

4   Mr. Benton knows anything about the federal election filings.

5   Nobody has said that.

6          Gentry, when you go back to the meeting on December

7   28th -- 29th, never happened.  Spanos, never happened.  Gamble,

8   passed away, we both know.  Coburn wasn't asked, but he did

9   testify that Sorenson told him when they were writing the press

10  release that he was not getting paid.

11         The meeting didn't happen, ladies and gentlemen.  That

12  is the most credible evidence.  That meeting never happened.

13         One piece of evidence that's really hard to

14  contradict, one piece of evidence that allows you to at least

15  hear Mr. Kent Sorenson without the glare of the public eye is

16  the Fusaro tape, and in that tape, which was made sometime after

17  January 1st, Sorenson clearly says that he has no deal.  Watch

18  the tape, look at it, look at the article that sort of targets

19  that date.  He had no deal.  And then when he is here listening

20  to the tape -- and this was on Friday.  When he's watching the

21  clip, he says he was going to give Mr. Kesari his check back.

22  And when asked about that I believe by Mr. Binnall, he said that

23  that was a lie.  That's how he was handling it.  One other lie

24  to add to the list of lies.

25         It's often said that character is what you do when no

1    one is looking.  Mr. Sorenson is a man who has pled guilty to

2    lying under oath.  And, you know, the man you saw from the stand

3    last Friday, he's broken.  It's been tough for him.  It's been a

4    long fall from grace.  I think all of us have a hard time really

5    measuring that.  He's under a lot of pressure.  The Iowa

6    investigation put him under a lot of pressure.  And keep in

7    mind, there's no doubt that this case has put him under a lot of

8    pressure because he had to sit in that witness stand.  He had to

9    raise his hand, swear he was going to tell the truth, same thing

10   he did in the Iowa Senate investigation, knowing that he hasn't

11   been sentenced and knowing that this table right here

12   (indicating) holds the key to his freedom, knowing that

13   essentially he's dancing for his supper.  He needs to tell them

14   what they need to hear.

15          Now, if you go back to Exhibit 10 and you look at the

16   October 31st e-mail that Mr. Benton sent to Mr. Sorenson, this

17   is the money that's involved.  This is it.  He offers $8,000 to

18   Sorenson for work.  He offers $5,000 to Sorenson 's assistant,

19   this is per month, for work.  There is no mention of $25,000

20   which is tied to the jewelry store check, and there is a figure

21   of $100,000 when you look at that exhibit, the $100,000 being

22   the contribution that was asked of the Paul Campaign to a PAC

23   that was being started for Mr. Sorenson.

24          One of the problems -- and I'm going to go back to the

25   interview on July 21st.  One of the problems in the interview is

1  that the questions are about money.  The questions are about

2  money to switch sides, but nobody is dividing up the money

3  saying what money are you talking about.  Keep in mind that what

4  Mr. Benton says in his e-mail is that it looks like you're

5  trying to shake us down.  That is the $100,000 figure.  But in

6  the same letter he offers fair market value for work, and that's

7  $8,000.

8          Now, what happened in the indictment and what happened

9  in these discussions and what happened in the July 21st

10 interview is when they talked about money from the government's

11 standpoint, all of that is one ball.  Nobody asked Mr. Benton

12 when he is talking about if he knew he got -- Mr. Sorenson got

13 paid, if anybody offered to get him paid.  Nobody tried to

14 divide up the $8,000 from the $25,000 or even the $100,000.  And

15 so when you're talking about shakedowns, nobody is talking about

16 any amount of salary.  When you're talking about shakedowns,

17 nobody is talking about the $25,000.  Mr. Benton didn't know

18 about it.  But the $8,000 is a job.

19         I don't care what anybody else gets up here and says.

20 What you have to remember is what comes from the stand but, more

21 importantly, look at the document.  You can ignore me.  Look at

22 the document.  That's what it tells you.

23         Now, as Mr. Sorenson was considering moving over to

24 the Paul Campaign, he started to get the cold feet, and if you

25 look at Government's Exhibit 37, Jesse Benton says, Pull the

1   deal, we can't rely on him, don't have time for this.  And

2   you've seen e-mails from Mr. Benton with, what I will just say,

3   more colorful language.  Only so many times do I think I can get

4   away with putting that up.

5              But the government has indicated -- I mean, their

6   argument is that all of these e-mails having Mr. Sorenson move

7   from the Bachmann Campaign over to the Paul Campaign, they're

8   somehow directions in a conspiracy.  Ladies and gentlemen, pull

9   those e-mails down, and for those of you who run a business,

10  tell each other, what's the difference between what they're

11  accusing and just somebody doing their job?  It's a political

12  campaign.  You want to steal votes.  You want to bring people in

13  to endorse.  That's what they do.  That's what all campaigns do,

14  and directing somebody who's a field operative on how to -- on

15  what they're going to do with a state senator, somebody whose

16  position commands the respect of the chairman of a political

17  organization, if they're going to make an allegation that this

18  is somehow directing him to hide things or to move Sorenson

19  surreptitiously, it's got to, it has to, it must come from

20  something other than their mouths.  Somebody has got to say it

21  or there's got to be some e-mail.  Right now all they've got is

22  things that you can find in any one of your businesses or mine.

23             You know, and then Sorenson shows up on the 28th,

24  remember, vacillates, moves over, comes in at night, drives into

25  the parking lot.  Sorenson couldn't remember whether he had

1  flashed his lights when he called Dimitri Kesari.  He shows up

2  at the Iowa rally.  Why was that happening?  One of the things

3  you've got to remember about Sorenson, the other really major

4  characteristic of this man is that he was broke.  He needed the

5  money.  You know, and, look, when he testified here on Friday,

6  what he said was, I was okay, you know, I was doing all right.

7  But look at Government Exhibit 153.  And before he got the wire

8  transfer from the Paul Campaign, he had $29 in his account, with

9  six kids, two homes.  I think under anybody's definition, you're

10  broke.  And what he does is he turns to a friend, and he turns

11  to Dimitri Kesari.

12         As you look at your notes, as you discuss this, you

13  will be reminded that Kesari is in constant contact with

14  Mr. Sorenson.  He's not only a frequent dinner guest.  He not

15  only worked on his campaign.  He not only cooks at his home.

16  But we all know about the $25,000 check that he gave him.  He

17  also flew Mr. Kesari (sic) to Florida for an award.  Mr. Kesari

18  is a man of grand gestures, that's just who he is; but he had a

19  friend who was struggling.  He wanted to help him to move to the

20  Ron Paul camp, and it was Kesari who made that move.

21         Again, just as you heard from the colleagues who were

22  up before us, in the Bachmann Campaign Mr. Kesari worked there

23  and he hid his payments, but he hid his payments having nothing

24  to do with the FEC, everything to do with remaining an Iowa

25  State Senator because they can't take money, they can't take

1   money from a campaign or a PAC, and that's what Sorenson does.

2   He works politics.  He needed to hide it.  And so when he's

3   moving over, yeah, there's friction because every e-mail you'll

4   see Jesse Benton is saying no, no, no.  And you can read the

5   e-mails, and there's a really interesting interpretation by the

6   government and, again, it's an interpretation, and my guess is

7   they'll get up and they'll say the same thing about me, and

8   that's the way the system works, but it's going to be you.  Just

9   take a look at it.  Just take a look at the e-mails, and what

10  you're going to find is the guy putting up the stop sign is

11  Jesse Benton; but the guy who is moving things, moving the

12  e-mails is Dimitri Kesari.

13          And keep in mind that -- and you heard what was going

14  on essentially from somebody outside the campaign, and that's

15  Sonny Izon, and what Sonny Izon said was Kesari needed to get

16  Sorenson paid because of internal politics at the campaign,

17  nothing about the FEC.  This is all about trying to keep

18  Sorenson's pay unknown to the Iowa Ethics Committee.  Same deal

19  he had with Michelle Bachmann, he just moved it over.  He simply

20  moved it over.  And when he shows up, at that time track the

21  e-mails, Benton thought the deal was pulled.

22          And keep in mind who Jesse Benton is, and we haven't

23  talked about him that much, but keep in mind who he is.  He is

24  in charge of messaging.  He's in charge of communication.  He's

25  in charge of making sure that when Ron Paul is seen in the world

1  that people get a nice clear, clean answer.  What he was getting

2  from Sorenson was vacillation.

3         What Dimitri Kesari does, he handled field staff.

4  That's who he looked out for.

5         So this isn't Jesse Benton directing Dimitri Kesari as

6  some kind of coverup.  It looks like what they are doing, both

7  of them are trying to do their job.  You know, you've got the

8  government arguing to you that somehow Benton was afraid of

9  Sorenson being exposed, but -- and, you know, him being exposed

10 would hurt the Ron Paul Campaign.  But, I mean, think about it.

11 Why would Jesse Benton threaten to expose Kent Sorenson if he

12 knew, if he knew that the Ron Paul Campaign had given him

13 $25,000?  Why would he do that?  Why would you make that threat?

14 And I think the answer is you wouldn't unless you make the

15 threat because you think that what you're exposing Sorenson for

16 is asking for the $100,000 as in the first e-mail from Aaron

17 Dorr.

18        Sorenson said on the 29th he was told by Kesari that

19 he couldn't cash the check, he had told too many people.  He

20 said, we all figured it out.  But, again, you're talking to

21 Kesari, you're just trying to move a friend over so he can get

22 paid, and Kesari never tells him who we is.  And we is Kesari.

23        Now, I'm going to have you -- I'm not going to talk

24 much about the invoices, but I want you to remember a couple of

25 things when you look at the invoices, and this will be hard to

1   do.  You can line them up on the table -- I assume you have a

2   table in there -- and this should be very easy for you.  Jesse

3   Benton and John Tate, clearly people who can clear invoices.

4   But look at the invoices.  Jesse Benton, John Tate are never,

5   except for two occasions, never on the same e-mail.  Dimitri

6   plays one off presumably against the other.  And there are tons

7   of e-mails where Dimitri is looking for approval, usually from

8   John Tate, and the government is right, what they have on each

9   one is Jesse approves, Jesse approves, Jesse approves, and what

10  the government argues from that is knowledge.  And I'm just

11  going to tell you folks that isn't even close.

12          If I wrote your name on an e-mail right now, sent it

13  to a friend and said, so and so approves, that doesn't mean that

14  you know.  All it means is somebody can spell your name

15  correctly.  But what I want you to look at -- and I won't put

16  these up.  I'm going to let you do this.  But when you go back,

17  look at Government Exhibit 85 and look at Government Exhibit

18  84b.  And when you do, this is what you're going to find, that

19  the chain, the very bottom e-mail is different.  It's from

20  Dimitri -- it's from Sonny to Dimitri sending an invoice.  Then

21  it goes up from Dimitri to Fernando Cortes.  And what's

22  interesting is as you look at them, they all have the same

23  typing on them, approved by Jesse, Jesse with a small j and then

24  no punctuation, and then after that it says approved, two

25  question marks.  And then the response from John Tate is

1    approved.

2           And the reason I point that out to you is this is

3    closer to an automatic signature than any occasion that Jesse

4    Benton is involved in this chain.  The subject lines are

5    different.  One is a February invoice, one is a March invoice,

6    and the times are just a couple of minutes apart.  But the one

7    thing it indicates is that this is closer to a rubber stamp than

8    any proof of Jesse Benton doing anything with this e-mail.

9           And then I want you to take a look at the Sonny Izon

10   e-mails to Dimitri Kesari.  All of those e-mails go to not

11   Dimitri's Ron Paul address but to his AOL address.  Dimitri

12   Kesari is certainly hiding trying to pay his friend.  He's

13   hiding that fact from the campaign, and he's doing it so Kent

14   Sorenson is not outed to the Iowa State -- the Iowa Senate

15   Ethics Committee.  That's why he's doing it.  That's what the

16   facts show.

17          The federal election filing is just one of those

18   fallouts from it, but it certainly isn't what Mr. Kesari is

19   trying to accomplish and it certainly doesn't show that Jesse

20   Benton knows.

21          And, you know, the fact that he doesn't know, the fact

22   that he doesn't know is highlighted in Government's Exhibit 61.

23   This is Fernando Cortes, and he sends an e-mail to Jesse Benton

24   saying that these were approved, that -- they're invoices and

25   they're invoices approved, but Fernando is certain that Jesse

1    never approved them, knows that he never approved them.

2              And if you look back at the facts, if you look back at

3    your notebooks, what you're going to see is that no one, there's

4    no witness, there's no document, no one has taken the stand to

5    say that Dimitri Kesari was carrying on instructions from Jesse

6    Benton.  That is fiction coming from that table (indicating).

7    No one -- the government wants you to make this inference, but,

8    again, as we talked, the inferences must be reasonable, they

9    must be sensible.

10             And if you look at the e-mails, again, you'll see that

11   Jesse is on an e-mail, John Tate is on an e-mail.  They're never

12   together.  What you will see is Dimitri Kesari not only limits

13   the information, he channels the information, and the flow of

14   information that does go to Jesse don't say anything close to,

15   Jesse, this is the deal that we made with Kent.  Nothing comes

16   close to that.

17             And then as you're looking at what goes on and you do

18   see this is the deal for Kent, keep in mind -- my bet is that

19   the government can't show you because they didn't check -- there

20   is a Kent at the Ron Paul Campaign, Kent Fite, F-I-T-E is his

21   name.  And, again, he's married to one of Ron Paul's

22   granddaughters.  We don't know who -- what they're talking

23   about; but, again, that's one of these inferences that they jump

24   to without doing their homework, and you find a lot of that with

25   this investigation.

1    Ladies and gentlemen, you know, the government talks

2   about all of these folks you're going to hear about who had

3   money hidden in this Sorenson-Kesari deal.  They're going to say

4   that Jesse Benton is involved.  But the only person who says

5   that, the only person who says that is Kent Sorenson.

6    You know, they talk about Jesse Benton wanting to win

7   at whatever cost; but other than them saying it, you've heard it

8   from nobody from that stand.  As a matter of fact, if you

9   remember the witnesses who came in from the campaign, Dr. Paul,

10  John Baeza, Tonya Hester, Brian Gentry, they painted a much

11  different picture of a very, very hardworking man.  Keep in mind

12  how he traveled.  Keep in mind what he was doing.

13    This (indicating) is just a representation of the

14  trips that he took during the time, and you're not going to have

15  this, but you're going to have the calendar and that is where

16  this is pulled from.  This is a man who traveled to 40 states in

17  40 days with the candidate.  This is a guy who worked himself to

18  exhaustion in December of 2011, pulled himself out of the

19  hospital so he could be at the Ron Paul Rally on December 29th.

20    And what you've heard from the stand about Jesse

21  Benton, from a New York City police officer who is clearly going

22  to go to the mat for him, from his wife's grandfather, concern

23  and clearly love.  Brian Gentry, Baeza, Dr. Paul, Tonya Hester,

24  they've all made time to make sure they could testify, and they

25  have.  And one of the things you heard from Dr. Paul is that he

1    trusts and supports his grandson -- grandson-in-law.  He was Ron

2    Paul's right-hand man.  Remember, Ron Paul didn't know how to

3    operate the e-mails.  Jesse Benton took care of that for him,

4    was on the e-mail from daylight to sundown and later.

5         Of course, he needed the votes.  This is all about

6    getting elected.  It's not American Idol.  This is a democratic

7    system.  The person with the most votes gets the office.  But he

8    was a family man, worked himself to exhaustion.  You heard he's

9    not a micromanager.  He wants Dimitri Kesari and anybody else in

10   the field to do their jobs, and he's going to let them.  You

11   heard that from John Baeza.  Again, he traveled constantly.  And

12   Kent Sorenson, for all of his faults, was an Iowa State Senator,

13   and so the interface with the chairman of the committee is

14   exactly the respect that office deserves.  You should read

15   nothing into that other than Jesse Benton understanding the

16   social work and the social politics of our democratic system.

17        And when you look at what he's done and you look at

18   where he is and you look at who he is, you look at where he's

19   been, at such a young age to have this kind of accomplishment

20   and one of the top families that this country knows, I mean,

21   you're going to have to believe that he wants to tarnish that,

22   tarnish Dr. Paul in the name of $8,000 a month.  It just doesn't

23   make sense.  It only makes sense in their theory, nobody else's.

24        You know, Mr. Pilger told you that Mr. Sorenson has

25   owned up to his lies, that somehow now that he's with the

1   government he has kind of figured things out; but the one thing

2   we know about Mr. Sorenson is that when things get tough, when

3   he's pushed into a corner, as he is now, his protection

4   mechanism is lying.

5           We know that Dimitri Kesari is a really dedicated

6   friend.  And we know that -- and he knows that his friend was

7   broke.  We know that Jesse Benton as the chair needed to show

8   respect to a state senator; but after he showed that respect,

9   after he did the recruiting, after he brings the guy on board,

10  he goes back to what he does, and that's being with the

11  candidate.  And then Dimitri is supposed to do what he does,

12  which is taking care of the field staff.

13          And what you have when you look at how the campaign is

14  spread out, do you remember that description, they're in

15  different states, New Hampshire, Nevada, here in Iowa, South

16  Carolina.  When they're spread out like that and Dimitri is

17  trying to help somebody, you've got one of the co-chairs in

18  Virginia, John Tate.  You've got, as you can see, Jesse Benton

19  all over the country.  You have Fernando Cortes in the State of

20  Virginia.  And what you have, if you will, is a perfect storm.

21  There's just no way for Jesse Benton to know.  It's not his job

22  to know.  His job is being with the candidate, scheduling,

23  communicating.

24          Now, I've tried as best I can to give you that

25  scenario based on the facts that have come out of that chair

1  (indicating) and are going to be sitting on that table

2  (indicating).  And if you'll remember Ms. Sinfelt giving the

3  opening, what she asked you to do is not assume what any

4  document means.  Make the government prove to you what the

5  document means.  And so this all comes back, if you will, to the

6  place I asked you to be when we first started, and that is

7  July 21st of 2014 in the interview room.

8          On July 21st the prosecutors had already made up their

9  mind.  Mr. Benton had no chance.  You heard Agent LoStracco

10 describing a tense room.  The only thing that made these

11 statements seem false is to disagree with their scenario.  They

12 don't have anything else.  I mean, they do a little -- you know,

13 his name is written on an invoice, no indication that he got it.

14 But what they want you to do is believe Agent LoStracco.  She's

15 been wrong.  She embellishes.  You've got typos all through the

16 report, and she didn't take down the whole thing.  There is no

17 recording.  There's no way for you to make an independent

18 decision about what Mr. Benton did in that room a year ago, a

19 year plus ago.

20         And what the prosecution team was doing was asking him

21 about information that had been hidden from him by a colleague

22 and supported by a man who's dancing for his liberty.  He's got

23 to please these guys.

24         The element, again, is that the government has to

25 prove that Mr. Benton made a false statement that he knew was

1  false at the time and was material to the function of the FBI.

2  The materiality element that in itself should have you enter a

3  verdict of not guilty because, clearly, whatever Mr. Benton was

4  going to do was not going to affect the FBI in investigating.

5  They were going to continue, and by the time Mr. Benton had

6  gotten there, they had made up their mind.

7          Mr. Benton clearly didn't know about Sorenson's

8  payments, and there's nothing that connects him to them.  Two

9  e-mails, one telling Mr. -- the "yo handle" telling Mr. Kesari

10  to handle his own work, and the other never got to him.  We

11  don't know where it came from, but what's really interesting is

12  neither do they.

13          In the interview he tried to answer the questions.

14  Keep in mind he walks in, hadn't seen the documents before.

15  They're sprung on him.  You'll hear that he had plenty of time

16  to work with them, but Agent LoStracco indicated that he was

17  given -- they were given to him the next morning where he worked

18  with his counsel.  Not the kind of effort that they gave to Kent

19  Sorenson, not even close.  He struggled because he hadn't seen

20  them.  He struggled because, frankly, ladies and gentlemen, he

21  had better things to do than to check on Kent Sorenson.  He is

22  trying to get someone elected President of the United States.

23  There's no higher office here, with all due respect, Your Honor.

24          The FBI was going to prosecute him no matter what he

25  did and no matter what he said, so these statements are not

1    material.  And so I'm going to ask you to do what my colleague

2    asked you to do earlier in the opening statement.  I'm going to

3    ask you to do what the evidence demands.  I'm going to ask you

4    to do what justice demands.  I'm going to ask you to do what

5    people commonly call the right thing, but, more importantly, I'm

6    going to ask you to do what your common sense should tell you,

7    enter a verdict of not guilty for Jesse Benton on Count 5.

8              Thank you, Your Honor.

9              THE COURT:  Members of the jury, we've probably got 25

10   minutes left.  Raise your hand if you want a break, otherwise

11   we'll go on through.

12             Counsel for the government, you may make the

13   government's rebuttal argument.

14             MR. PILGER:  May it please the court.

15             Ladies and gentlemen, thank you for your service.  My

16   time is brief, so I'll get right back to work.

17             Mr. Binnall talked about our burden.  Again, hold us

18   to every last bit of our burden.  Give these defendants the fair

19   trial you promised to give them, and in that fair trial, you

20   will have seen that we have proven that they are guilty.

21             Mr. Howard just said that Mr. Sorenson was hired to do

22   work.  No, he wasn't.

23             Could we have Government's Exhibit 60, please?

24             When Mr. Benton was asked about Mr. Sorenson going

25   down to South Carolina, you can see on Government's Exhibit 60

1    (sic) when it loads that Mr. Benton's response was, what would

2    he do?

3              If we can zero in on that.

4              Mr. Benton is the boss.  Mr. Benton decides on what

5    people do and why.  He decides things like whether or not to put

6    a fork into a United States Representative running for the

7    office of President of the United States.  That's the kind of

8    thing that Mr. Benton does.  That's his job.

9              What's Mr. Sorenson's job on this campaign?  It's to

10   endorse Ron Paul, and that's it.  He described for you what it

11   was like to work on real campaigns, including his own and

12   Michelle Bachmann's, to have a full-time job where he needed a

13   salary.  It had nothing to do with what he was doing for these

14   guys.  He was just taking money for his endorsement.  That's not

15   the crime.  The coverup is the crime, but it was a completely

16   different thing he was doing over here.

17             Now, Mr. Binnall says the $25,000 wire that comes at

18   the time of the switch, at first he says, well, this shows that

19   Dimitri Kesari knows about the FEC filings.  Later he says,

20   Dimitri Kesari doesn't know anything about the FEC.  I don't

21   know which argument he is making; but you know from these

22   e-mails that he is very aware of the quarterly FEC filings, and

23   you know from Fernando Cortes that that's exactly how

24   Mr. Kesari's e-mails about the filings were understood in the

25   campaign.

1          And because that $25,000 wire came up, because it

2     would have shown up on the FEC filings, what happened?  The

3     campaign through Mr. Tate had to step in and wipe it off the

4     books.  They had to get rid of that evidence that Mr. Binnall

5     acknowledged.  Mr. Binnall says Dimitri Kesari doesn't know

6     about the coding inside this campaign.  Who cares?  He's

7     tricking Fernando Cortes with the ICT invoices.  It doesn't

8     matter what code gets put on there, whether it's any of the

9     codes that were mentioned with Mr. Cortes, printing, copying,

10    whatever.  It's all false because what's Mr. Sorenson doing?

11    Nothing.  He was paid for his endorsement.

12          Mr. Binnall says that Mr. Kesari had other reasons

13    than the FEC and the FBI to hide what they were doing.  Yes, we

14    told you that.  All the way through the fall from Halloween,

15    they had other reasons to hide what they're doing.  People don't

16    like it.  They don't want it getting out.  It would offend the

17    candidate.  But by the time of the switch, by the time of the

18    Bachmann accusation, by the time of the media inquiries to

19    Mr. Benton that he lied in response to, now they have another

20    reason.  Now they know they have to hide it from the public

21    through the FEC.  Now they have the FEC and the FBI to worry

22    about.

23          Ladies and gentlemen, this is a simple false

24    statements case as to the FEC.  You heard testimony about how

25    complicated FEC matters are.  You will see in the court's

1  instructions to you, it is defined, the statute that you're

2  applying, for false statements to the FEC is less than half a

3  page, less than half a page, not the book of densely packed

4  whatevers that might be out there about other FEC matters.  This

5  one you have to decide, the judge -- he's already done.  He's

6  read it to you.  He explained it in half a page.  It's that easy

7  to understand.  Don't lie to the FEC about who you're paying and

8  what you're paying them for.

9           And you didn't hear one bit of evidence that anyone

10  ever told Kesari or Benton that this was legal, not even

11  Kesari's own expert would agree that you can call money for

12  political support an audiovisual expense.  Of course, you can't.

13           Now, for sure that expert wanted to talk about how

14  other things are okay, like using a legitimate contractor to pay

15  a legitimate subcontractor for things they actually do.  Nothing

16  actually got done for ICT.  No audiovisual production services

17  happened.

18           And Mr. Binnall talks about getting the full story on

19  some things, especially Government's Exhibit 69.  Can we have

20  that on the screen?

21           In Government's Exhibit 69, if we can zero in on the

22  text at the bottom, Mr. Binnall would have you believe that the

23  whole story is this has something to do with audiovisual

24  services.  But what does it actually have to do with?  It has to

25  do with $33,000.  Where did you see that number before?  Follow

1   the money.  You saw that number on the invoice from Grassroots

2   Strategy.  That $33,000, the only number in that text, is all

3   about paying Kent Sorenson.  It has nothing to do with any real

4   video work, and Dimitri Kesari knows that.

5           Dimitri Kesari created a graphic designer in Iowa out

6   of thin air.  That graphic designer does not exist.  Kent

7   Sorenson exists, and we'll talk about him.  He's not a graphic

8   designer.  We all know that.

9           And by doing that, he fooled his brother, he fooled

10  Fernando Cortes, he fooled Lori Pyeatt, he fooled Deana Watts,

11  he fooled the FEC, he fooled the people of Iowa right before

12  their caucuses, and it was easy because the family and the

13  campaign staff and the FEC all trusted him.  Garbage in, garbage

14  out.  He didn't mind throwing garbage in to all of those people.

15  You have no reason to be fooled by that garbage.

16          There is not a fancy expert in the world, let alone

17  one that came into this courtroom, that can change the fact that

18  Kesari lied and Kesari fooled people.  Nothing Mr. Binnall has

19  said changes how clearly, how clearly it's been shown Mr. Kesari

20  intended to violate the law.  There isn't a fancy expert in the

21  world who can make the simple law the judge read to you in less

22  than half a page into something complicated.  And there surely

23  isn't a fancy expert in the world who can turn a paid

24  endorsement by a state senator into a video or a production

25  service.  You know, as they say, you can put lipstick on a pig,

1   but it's still a pig.

2         How do we know Mr. Kesari knew this was illegal?  I

3   think Mr. Kravis covered that at length, so I'm just going to

4   hit the highlights.  He lied to his brother.  He lied to

5   Fernando Cortes.  He tried to get the Kent Sorenson check back.

6   He tried to alter the Kent Sorenson check.  And he was using the

7   FEC as a weapon just as Mr. Kravis said.  There was no confusion

8   in his mind about whether the FEC was involved here.  There was

9   no confusion about whether these filings might be tax filings.

10  You can use your common sense.  You know tax filings are

11  confidential with the government.  You all know that.  He was

12  using something that was going to be public.  You saw that in

13  the press releases.  This was a weapon to bolster Kent

14  Sorenson's lie about not being paid.

15        And you noticed, Mr. Binnall said also Dimitri Kesari

16  is not a finance guy.  That's right.  He's not a finance guy.

17  He's not a tax guy.  He's a political guy.  He's a guy who's

18  thinking about FEC filings and the effect on the political

19  operation.

20        If we can switch to the Elmo.

21        Mr. Kesari wanted to talk about some transcript.  He

22  wanted to talk about the transcript that was highlighted.  But

23  just like with the tape he put in, there's some stuff he didn't

24  want to talk about.  So you have in Mr. Sorenson's testimony

25  what he highlighted.

1          "In fact, you actually told Mr. Kesari that the

2   Bachmann Campaign people had checked and that it was legal to do

3   it that way, didn't you?"

4          There's an objection.

5          The answer is:  "I don't recall telling Mr. Kesari

6   that."

7          He says, "At some point, that was discussed."

8          He doesn't say with who.  He doesn't say with who at

9   all.

10         And if you actually go on to what Mr. Binnall didn't

11  show you, the question is:  "With Mr. Kesari?"

12         And he says:  "I don't recall having that

13  conversation."

14         And Mr. Binnall didn't show you what went before.  The

15  question:  "And it's because of that that you asked Mr. Kesari

16  to pay through an intermediary, right?"

17         Answer:  "I don't remember asking him to pay through a

18  third party."

19         There's no evidence that this was Mr. Sorenson's idea.

20         Turning to venue, you'll see it in the court's

21  instructions, in addition to the instruction you were just read

22  talks about the crime occurring in the Southern District of Iowa

23  and elsewhere, when a crime is done, continued or completed in a

24  district, it can be brought there.

25         Element No. 1 of the offense requires the campaign to

1   make a false report.  Dimitri Kesari is part of the campaign.

2   What made the report false was the course of conduct that

3   included payments right here in Polk County, specifically the

4   payments to Sorenson, which if you check Government's Exhibit

5   153 landed at a bank in Indianola, which is in Polk County.

6            Mr. Binnall relies on a typo.  There is a typo in the

7   charges and there are typos in the 302.  There are typos in lots

8   of peoples' work.  This is one of the reasons that lawyers to be

9   careful put in the phrase "in or about," and that is in the

10  charge, the judge has explained it to you, and that is to make

11  sure that if there's a typo, things can go forward.  And things

12  can and should go forward when there's no surprise.

13           Was Mr. Binnall surprised?  He was gleeful to find a

14  typo.  Well, fine, good for him, he found a typo; but he was

15  prepared.  He didn't have any trouble defending the charges

16  knowing what was going on.  It's just a typo.

17           Both counsel spent a lot of time talking about Kent

18  Sorenson's credibility.  Of course, he has credibility problems.

19  He's a criminal.  He's part of the conspiracy.  He's part of the

20  conspiracy of lies.  He spent a lot of time lying.  The

21  difference is he has pled guilty to lying.  We did that.  We

22  made him accountable and made him plead guilty to the lying that

23  he had done.  And because he's a liar, of course, he lies to

24  Coburn, of course, he lies to Fusaro, these low level guys.

25  He's a liar at that time.  He hasn't signed up to cooperate with

1   the government then.  He doesn't have the government and a judge

2   looking over to see if he's being truthful at that time.

3          But, remember, Mr. Sorenson is backed by other

4   evidence on crucial things, the things that matter.  He tells

5   you he never met Sonny Izon, never did any work for him.  Sonny

6   Izon sat there and told you the same thing.  You don't have to

7   take Mr. Sorenson's word for it.  You heard from Mr. Izon

8   himself.

9          Dimitri Kesari told you about the $25,000 wire, and

10  then you see the e-mail he's not on there, wouldn't know about,

11  that proves that he's telling the truth.  He says there was a

12  quiet place back stage to meet Jesse Benton and hear Jesse

13  Benton say, you bled for us, we'll take care of you.  Well, Ron

14  Paul's own security chief told you that's true.  He created that

15  quiet space.

16         On the backtracking trip, Mr. Binnall says there's no

17  corroboration of it.  Yes, there is.  There's e-mail showing

18  they're still in contact.  There's an e-mail that shows what

19  upsets Mr. Kesari, the draft press release, which you can all

20  understand is about to out Mr. Kesari, the political operative,

21  who was behind the check.  That scares Mr. Kesari.  That

22  explains why he goes to Iowa through Nebraska.  That

23  corroborates what Mr. Sorenson says.

24         Mr. Binnall says all there is to worry about, I guess

25  forever during this entire time, was the Iowa ethics

1  investigation.  You know that's not true.  The FBI and the FEC

2  have jurisdiction here, and you know when Kent Sorenson realized

3  he was in real trouble and was facing the FBI and serious

4  consequences was when Dimitri Kesari came and lifted his shirt

5  and made Sorenson do the same thing.  Sorenson wanted to laugh

6  it off, wanted to think it was just an Iowa ethics thing he

7  could handle, but that moment made him realize.

8          Mr. Binnall talks about, well, he's worried about

9  Fusaro, Fusaro was taping people.  Ladies and gentlemen,

10  Mr. Fusaro wasn't there.  What is there to worry about

11  Mr. Fusaro?  It's a total red herring.  It has nothing to do

12  with this.  It's just kicking up dust.  And if Kent Sorenson

13  wanted to lie about that encounter, he could have made it a much

14  better lie.  He could have made it be a meeting in the middle of

15  the night in the woods with no moon.  He could have had it be

16  somewhere where they didn't have dinner together at

17  Mr. Sorenson's home.  If he wanted to lie to you about a

18  mysterious encounter with obstructive conduct, he could have

19  done a lot better job than that.

20          And let me talk about Mr. Howard and Mr. Benton.

21  Mr. Howard talks about Special Agent LoStracco and times that

22  she looked at documents to remember things.  Look what she did.

23  We all would.  And Mr. Benton had that opportunity for two days

24  with his lawyer.  And Agent LoStracco -- I'm not going to go on

25  at length about Agent LoStracco except to tell you that the

1   judge told you to evaluate the witnesses.  You get to evaluate

2   them, and what you think of them matters.  You saw her testimony

3   for hours.  You evaluate how careful was she, how intelligent

4   was she, how methodical was she, and you stack that up against

5   the pile of accusations coming out of Mr. Howard's mouth and you

6   make your own determination about who you have faith in here and

7   who you trust.

8            Agent LoStracco, like every other witness who was up

9   there, everyone that I saw -- and your recollection controls --

10   when they couldn't remember something and they could see a

11   document, they could usually remember.  And if they couldn't,

12   they told you they couldn't.  Contrast that with Mr. Benton who

13   over two days, with every opportunity to look at the documents,

14   with his lawyer there, with a night to think about it, with time

15   to meet alone, continued over and over again to lie about what

16   had happened, to lie about how the payments to Kent Sorenson

17   were not known to him.  Of course, he knew.  He's in on the

18   first approval.  He's in on the last approval.

19            I'm not going to belabor this.  Mr. Howard would have

20   you believe that Mr. Kesari just said Benton approved and that's

21   all that Benton had to do with this.  Just focus on the one.

22            Government's Exhibit 87, if we could have that from

23   Sanctions.

24            You've got Dimitri Kesari inquiring about payment, and

25   if we could focus in on Mr. Benton's final response.

1          Mr. Benton, no one else, no rubber stamp.  There's no

2    auto signature nonsense created out of thin air to distract you.

3    It says, "Yes - last time."  Mr. Kravis explained that at

4    length.  I'm not going to belabor it.  Last time tells you he

5    knows about the other times.  You don't say last time if you

6    don't know there were other times.

7          So when Mr. Howard stands up here and says, how do we

8    know he knew anything about this?  There it is in black and

9    white.  You don't need Mr. Sorenson for that.  Mr. Benton knew,

10   he knew at the time, and he lied about it.

11         If you could put up Exhibit 102.

12         We have an e-mail that you heard deposition testimony

13   from the FBI expert about.  It's an e-mail that was only found

14   on Dimitri Kesari's computer when the FBI obtained it and did

15   its forensic review with its forensic experts.  And Mr. Howard

16   says, well, why is that?  I'm not sure what he's getting at, but

17   let's ask why is that.  Is there some reason that Dimitri Kesari

18   would just make up that e-mail and put it on his computer and

19   sit there for the FBI to find?  Does that make sense?  No.

20         Is there any reason to believe -- is there any reason

21   not to believe the testimony of Special Agent Yoo?  No.

22         Is there a reason to believe that Mr. Benton might be

23   motivated to delete the e-mail from other places -- or I'm

24   sorry; that other people like Tate would be motivated to delete

25   the e-mail?  When you have e-mail that's incriminating, anyone

1   it went to has a motive to delete it.  And when you find it on

2   the sender's computer, just because you don't find it on the

3   recipient's computer doesn't mean it didn't happen.  There's no

4   alternative explanation that makes sense.  Of course, it

5   happened, and the expert testimony was from the metadata it

6   went, it was sent.

7          Mr. Benton went on about how documents were only

8   presented to Mr. Benton at the end of the day one day.  Well, I

9   think you might recall this.  And we've got the e-mails up.  If

10  we could focus in on the top e-mail.

11         I don't know if you can all read that.  It's pretty

12  far from you, but this is the e-mail that says, "The deal Jesse

13  agreed to with Kent."  It's from Dimitri Kesari, the defendant

14  on trial here, to Mr. Tate explaining when Mr. Tate had

15  forgotten how the ICT mechanism worked, reminding Mr. Tate that

16  this is the deal that Jesse agreed to.

17         And you remember what happened next, right?

18  Immediately Mr. Tate, now reminded of how the thing works, goes

19  back to Fernando Cortes and says approved.  The three of them

20  working together.  Why do we have it on Mr. Benton's computer --

21  or Mr. Tate's computer?  He would delete it.  Does that make

22  sense?  Yes.

23         Mr. Howard talks about materiality and that is an

24  element.  Let me discuss it briefly.  When Mr. Benton came in

25  and lied to the FBI for two days, despite every opportunity to

1   correct it, despite Agent LoStracco's best efforts to show him

2   every document she had to give him the opportunity at that time,

3   he wouldn't stop lying.  So then what happened?  The

4   investigation continues.  Mr. Benton, as you heard, did not go

5   into the grand jury.  The FBI has to go and do more work.  Just

6   not answering the question truthfully in a case that's about the

7   payments is clearly material.  It influences what the FBI then

8   has to do.  They have to do more work and they can't do the work

9   they intended to do.

10          Could we have 61, please?

11          THE COURT:  You've just got a couple of minutes left.

12          MR. PILGER:  Yes, Your Honor.

13          Remember 61.  This happens in 2013.  This shows

14   Fernando Cortes making sure that Jesse Benton knows about the

15   documents that came to Fernando Cortes from Dimitri Kesari

16   saying Benton approved.  Remember, Fernando Cortes checked with

17   Tate as things went along, but Fernando Cortes told you when it

18   blew up in the media, he wanted to make sure Mr. Benton was

19   aware just in case something was fishy, and he sent him these

20   documents to make sure that he was aware of it, to remind him of

21   it if he knew, to tell him if he didn't.  You know that he knew

22   because he approved the whole scheme.  He approved the last

23   payment referencing all the prior ones.  He knew.  And then

24   Fernando Cortes reminded him in 2013.

25          So he did it in 2012.  There's a scandal about it all

1   over the place, is Sorenson getting paid, as Mr. Kravis said.

2   Fernando Cortes reminds him, and then he has the interview where

3   he lies over and over again and says, I am not splitting hairs,

4   I'm not trying to divide up the ball of money, I am not

5   splitting hairs, I didn't know he was getting paid directly or

6   through a third party, over and over again.

7          Suddenly there's this Kent Fite figure that comes in

8   at the end of Mr. Howard's argument.  I don't know what

9   testimony we've heard about Kent Fite, but I do know you can

10  look at those e-mails, and there's no confusion about who Kent

11  is.  You look at them yourself.  They're talking about Kent

12  Sorenson, and they're not talking about some relative.  They're

13  talking about a money deal to get somebody, and they're talking

14  about F'ing him, and they're talking about all kinds of things

15  you're not saying anything about your family in-law, whatever it

16  is.

17         A couple more points.

18         When Fernando Cortes reminded Mr. Benton in the midst

19  of the investigation about these documents, sent the invoices to

20  him, remember what Mr. Benton didn't say.  He didn't say, I

21  don't know what these are.  He didn't say, what's this?  He

22  didn't say, Dimitri did it, I don't know.  All he said was,

23  thanks, Fernando.  And then went on into the FBI and lied to

24  Agent LoStracco again and again and again.

25         Finally, ladies and gentlemen, it's time for the

1    verdict.  Verdict is an ancient word.  It means to speak the

2    truth.  As Mr. Kravis told you, now is the time for the lies to

3    end.  Now is the time to speak the truth of this case, and that

4    truth is these defendants are both guilty as charged.

5            Thank you.

6            THE COURT:  Members of the jury, if you would --

7            MR. BINNALL:  May we approach briefly, Your Honor?

8    Very, very briefly.

9            THE COURT:  Okay.  With the court reporter.

10           (Side-bar conference, out of the hearing of the jury.)

11           MR. BINNALL:  I'm moving for mistrial with prejudice

12   because of the insinuation that there was a typo in the jury

13   instructions when there is no typo in the jury instructions

14   appropriately, reference Count 6 of the indictment, and now the

15   jury has the incorrect view that there's a typo in the jury

16   instructions, and there is not.  Mr. Kesari has been directly

17   charged for something that happened on August 2014.  The only

18   evidence is August 2013.

19           THE COURT:  I specifically told the jury that the 2014

20   was in the indictment, though.

21           MR. BINNALL:  And just so there's no confusion, at the

22   very least we would ask the court to remind them that it is in

23   the indictment.  It is not a typo in the jury instructions.

24           THE COURT:  I did it.

25           MS. SINFELT:  Could I make a quick record here as

1  well?  We didn't object because we didn't feel it was proper to

2  object during rebuttal; but Mr. Pilger offered evidence not

3  admitted in the trial, and that is that the FBI had to work more

4  and work harder due to Mr. Benton's statements, and no FBI agent

5  ever testified about that.  I just wanted that on the record.

6       THE COURT:  I think it's a reasonable inference from

7  the fact of alleged misstatements.

8       Thanks.

9       MR. BINNALL:  Thank you.

10      (In open court, in the presence of the jury.)

11      THE COURT:  So if you would pick up your instructions

12  and turn to instruction No. 9 on page 17.

13      (Jury instruction 9 was read by the court.)

14      THE COURT:  Attached to it is a copy of the verdict

15  form.  That's self-explanatory.  And then appended to it as I

16  said earlier in the instructions are a copy of the alleged overt

17  acts associated with the conspiracy charge, Count 1.

18      In just a moment here, you're going to begin your

19  deliberations.  Shortly after you begin a copy of each of the

20  exhibits that was admitted into evidence will be sent back for

21  use in your deliberations as well as an index to the exhibits.

22  The original copy of the jury instructions is in this black

23  notebook.  It will come back with the exhibits.  The verdict

24  form in this book is the one that you should use to record your

25  verdicts.

1    When you deliberate, all 12 of you must remain

2  together.  I don't know if any of you are smokers, but sometimes

3  our court security officers will take somebody to the back

4  loading dock to have a cigarette or somebody goes to the

5  bathroom or the like.  Whenever those events happen,

6  deliberations stop.  All 12 must be together all the time that

7  you are deliberating.

8    You will set your own hours of deliberations, and you

9  can stay in the evening until 5:00 or even 5:30 if that's

10  helpful to you.  All we ask is that if you leave on any given

11  evening that you tell the court security officer what time

12  you're coming back in the morning.  You can start as early as

13  8:00, but as I told you, you set your hours for deliberations.

14  And so we just want to know so that way we'll be available to

15  address a question or if you arrive at a verdict or whatever.

16    So when you're on jury duty, we want you to be

17  comfortable.  We want you to be in communication with work and

18  family and friends, and so we permit you to have cell phones

19  where very few people get to bring a cell phone into the

20  courthouse.  But I told you at the beginning of the trial that

21  one of the only things that can be used to impeach a jury's

22  verdict to discredit it is if outside influences are brought to

23  bear on the jurors.  That's particularly important -- well, it's

24  equally important all the time, but it's something that

25  heightened attention is paid to during your deliberations.

1   And so once you begin deliberating, you'll be

2   separated from your cell phones.  So what I might suggest to you

3   is that before you begin deliberating, just tell them you're

4   going to be out of the pocket until 5:00 or 5:30 today, and if

5   there's somebody that is close to you that needs to get a

6   message to you for any reason, just have them call our federal

7   clerk of court in Des Moines.  We can get a message to you

8   immediately.  It's happened before.  People have called, it's

9   the federal clerk of court, and we've gotten messages to them in

10  seconds after we get the message.

11  All right.  Here is my least favorite part of the

12  trial, and that's excusing the alternate jurors because you know

13  we absolutely have to have alternate jurors.  God forbid, if

14  something happens to one of you during the course of this trial,

15  we have to continue.  We can't stop.  So in this case, given the

16  projected length, we selected two alternate jurors in this case,

17  and your job is almost done.  It's Ms. Rubel and Mr. Dutcher,

18  you're the alternate jurors in this case.  So as the jurors

19  leave the courtroom, your jury service is, as I said, almost

20  done.  It's common for people to say goodbye to friends they've

21  met and worked with for the last week.  I ask, though, that you

22  not tell them though what your verdict might have been.

23  And then here is the second thing when I say your work

24  is almost done, I'm going to ask you to do this, I'm going to

25  instruct you to do this, not to discuss this case with anyone.

1   Keep the same rules that you've kept throughout the entire trial

2   until we notify you that a verdict has been reached.  If during

3   deliberations something happens to one of the other jurors, we

4   would bring you back and we would start the deliberations all

5   over from the start.  And so we will call you when there's a

6   verdict in this case, and until then I ask you not to discuss

7   this case amongst yourselves or remain within earshot of anyone

8   discussing it.  You're not to read any newspaper account, listen

9   to any radio or TV broadcast that might be published about this

10  case.  And we'll get back to you as soon as there is a verdict.

11  But we want to preserve that ability for you to deliberate

12  should there be a problem during the deliberations, which there

13  never is.

14          So, as I said to the other jurors, I won't see you if

15  you leave tonight without a verdict, but I would just ask that

16  you tell the court security officer when you leave what time

17  you're coming back in the morning and that you heed that

18  admonition that I've given you and that I just gave the other

19  jurors all along about not discussing this case, not listening

20  to any outside sources about it until the verdict has been

21  returned.

22          So the alternates, when you go, take your notes and

23  your copy of the instructions with you and preserve them and

24  don't show them to anyone.

25          The rest of you, you're excused as well.  It's time to

1  begin your deliberations.  So take your notes, your copies of

2  the instructions, anything you've got there, and you can retire

3  to begin your deliberations.

4            (Jury out to deliberate at 3:30 p.m.)

5            (In open court, out of the presence of the jury.)

6            THE COURT:  Please be seated.

7            I understand earlier today that you satisfied each

8  other and the courtroom deputy here that she has all of the

9  appropriate exhibits to be sent back to the jury.  We do have a

10  laptop computer that is dedicated just for the jury.  That means

11  it doesn't have access to the Internet.  It has no other

12  programs on it.  It can just run DVDs and display things that

13  you've submitted on CD's.  So that will be provided as well.

14            My expectation is that you be back in the courtroom

15  within ten minutes after receiving a call.  Mr. Benton and

16  Mr. Kesari are constitutionally entitled to hear and be present

17  even when a question is asked by the jury, so we would ask that

18  everybody return within ten minutes of being notified that

19  there's a question or a verdict.  If for some reason we can't

20  get ahold of you, we'll have to answer the question without you,

21  and we don't want to do that.

22            We will answer -- the only questions that we'll answer

23  without your input is a request for more papers and pens and

24  very ministerial things like that.  Anything of any significance

25  will be told to you.  So don't leave without giving Ms. Archer

1  your cell phone numbers at which you can be reached.

2          Is there anything further that you want to make a

3  record of?

4          Counsel for the government?

5          MR. PILGER:  Your Honor, I need to put the original of

6  133 on the table, and there's nothing further.

7          THE COURT:  Okay.  I understand that you're concerned

8  about the jury having that.  I've got a great story for you

9  about a juror stealing an exhibit once in a trial.  It wasn't a

10  criminal case.

11          Mr. Binnall, do you have anything else?

12          MR. BINNALL:  No, Your Honor.

13          THE COURT:  Mr. Howard?

14          MR. HOWARD:  No, Your Honor.

15          THE COURT:  Thanks.

16          We're in recess.

17          (Recess at 3:34 p.m.)

18

19

20

21

22

23

24

25