## PROFFER AGREEMENT

The United States of America, represented by its undersigned attorney, and Dimitrios Kesari enter into this proffer agreement with respect to a proffer to be made by Dimitrios Kesari to agents and attorneys of the United States concerning Dimitrios Kesari's knowledge about matters that are the subject of the instant criminal investigation.

1. Dimitrios Kesari will answer honestly, truthfully and completely all questions posed to him/her by agents and attorneys of the United States.

2. By discussing these matters and by accepting Dimitrios Kesari's proffer, the United States does not intend in any way to agree to, or represent that it will, confer immunity upon Dimitrios Kesari for any possible federal criminal acts committed by him/her, nor has the United States made any representation or agreement about the disposition of any federal criminal charges which might be filed against him/her.

3. Should any prosecution be brought against Dimitrios Kesari by the United States, the United States will not offer in evidence in its case-in-chief against Dimitrios Kesari, or at sentencing of Dimitrios Kesari, any statements made by Dimitrios Kesari pursuant to this proffer agreement, except in a prosecution for false statements, obstruction of justice in the current investigation, or perjury, or as noted in paragraph 5.

4. The United States can use information derived from statements by Dimitrios Kesari under the proffer agreement directly or indirectly for the purpose of obtaining leads to other evidence, which evidence may be used by the United States against Dimitrios Kesari in any prosecution of him/her.

5. Should any prosecution of Dimitrios Kesari be undertaken, the United States may use

Dimitrios Kesari's statements as substantive evidence for the purpose of cross-examination of him/her should Dimitrios Kesari testify at any phase of trial or sentencing. The United States may also use Dimitrios Kesari's statements as substantive evidence to rebut any evidence, factual assertions, or arguments offered by or on behalf of Dimitrios Kesari at any phase of trial or sentencing.

6. The provisions of Rule 410 of the Federal Rules of Evidence and Rule 11(f) of the Federal Rules of Criminal Procedure do not apply to any statements made by Dimitrios Kesari or any evidence derived from those statements, and Dimitrios Kesari waives any right to challenge the admissibility of such evidence under either of these rules.

Dated: 1/8/14

FOR THE UNITED STATES

Richard C. Pilger
Director, Election Crimes Branch
Public Integrity Section
Criminal Division
U.S. Department of Justice

FOR THE WITNESS

Dimitrios Kesari

Jesse R. Binnall, Esq.
Counsel to Dimitrios Kesari