# Pilger, Richard

| | |
|---|---|
| **From:** | Pilger, Richard |
| **Sent:** | Friday, July 24, 2015 12:39 PM |
| **To:** | John Criswell |
| **Subject:** | RE: Kent Sorenson |

Mr. John Criswell
Warren County Attorney
Warren County, Iowa

Dear Mr. Criswell,

Please be advised that the proffer at issue was a brief verbal account from F. Montgomery Brown, counsel for Mr. Sorenson in the federal proceedings, to me, and there is not a written version beyond the transcript of today's proceedings (which the government has not ordered). Paraphrasing to the best of my recollection, the proffer was to the effect that Mr. Sorenson wished to be sentenced in federal court so that he could begin a term of incarceration as a means of avoiding his volatile domestic situation. This caused the government concern, and led to our detention motion. Please note that Mr. Sorenson, through counsel, changed that position today, stating in effect that Mr. Sorenson had calmed down and did not wish to be sentenced federally.

Best Regards,

Richard C. Pilger
Director, Election Crimes Branch
Public Integrity Section
Criminal Division
U.S. Department of Justice
(202) 514-1412


**From:** John Criswell [mailto:johnc███████████]
**Sent:** Friday, July 24, 2015 12:32 PM
**To:** Pilger, Richard <Richard.Pilger@CRM.USDOJ.GOV>
**Subject:** RE: Kent Sorenson

Could the government forward a copy of the Defendant's proffer to me?

Thank you for the update.

Sincerely,
John Criswell

Warren County Attorney
301 North Buxton, Suite 301
Indianola, Iowa 50125

Phone: (515) 961-1016
Fax: (515) 961-1044

1

**From:** Pilger, Richard [mailto:Richard.Pilger@usdoj.gov]
**Sent:** Friday, July 24, 2015 11:17 AM
**To:** John Criswell
**Cc:** Kravis, Jonathan (CRM); Kahl, Andrew (USAIAS)
**Subject:** RE: Kent Sorenson

Mr. John Criswell
Warren County Attorney
Warren County, Iowa

Dear Mr. Criswell,

      Please be advised that the federal district court handling Mr. Sorenson's criminal proceedings held a telephonic hearing on Mr. Sorenson's release status today. In light of a proffer by defense counsel concerning Mr. Sorenson's state of mind at the time of arrest by Warren County authorities, the government moved for detention or, in the alternative, removal from the home. Mr. Sorenson argued through counsel for removal from the home, and represented that Mr. Sorenson would stay with his mother, would not have access to alcohol, and would obtain church counseling. Judge Pratt ordered that Mr. Sorenson be removed from his home and consult a physician immediately, but specified it need not be a psychiatrist.

Best Regards,

Richard C. Pilger
Director, Election Crimes Branch
Public Integrity Section
Criminal Division
U.S. Department of Justice
(202) 514-1412

**From:** Pilger, Richard
**Sent:** Tuesday, July 21, 2015 4:46 PM
**To:** 'johnc@▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Cc:** Kravis, Jonathan (CRM) <Jonathan.Kravis@CRM.USDOJ.GOV>
**Subject:** Kent Sorenson

Mr. John Criswell
Warren County Attorney
Warren County, Iowa

Dear Mr. Criswell,

      This will confirm our conversation today concerning Kent Sorenson, who was recently arrested on State charges in Warren County, Iowa. As we discussed, Mr. Sorenson is on bond pending sentencing in a federal criminal case filed in the Southern District of Iowa. I advised that the federal government had no interest in your Office handling Mr. Sorenson's State case any differently than other such cases. You advised that you intended to proceed in Mr. Sorenson's case as you would in any other.

Best Regards,

Richard C. Pilger
Director, Election Crimes Branch
Public Integrity Section
Criminal Division
U.S. Department of Justice
(202) 514-1412