







GEX 170-E

Approx. 7:36 pm CT
(Paul speaking; at the same time, Kesari sends the e-mail requesting the $25,000 wire)





