# EXHIBIT LIST

Criminal No. __4:15-cr-103__
Caption: USA v. Jesse R. Benton et. al.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## EXHIBITS

**GOVERNMENT**

| NUMBER | DESCRIPTION | I | O | Obj | R | RSO | OS | DATE |
|--------|-------------|---|---|-----|---|-----|----|------|
| **7** | 10-29-11, Dorr memo | I | O | | R | | | 4/26/2016 |
| **10** | Oct 31 Benton to Sorenson email | I | O | | R | | | 4/26/2016 |
| **13** | Nov 3 Benton to Dorr email | I | O | | R | | | 4/26/2016 |
| **23** | Nov 21 Dorr to Benton email | I | O | | R | | | 4/26/2016 |
| **77** | Feb 8 Cortes to Pyeatt email | I | O | O | R | | | 4/27/2016 |
| **76** | Feb 8 Kesari to Cortes email | I | O | O | R | | | 4/27/2016 |
| **59** | Feb 22 Cortes to Tate & Benton email, attachment | I | O | | R | | | 4/27/2016 |
| **84b** | Apr 3 Tate to Cortes email (Feb) | I | O | O | R | | | 4/27/2016 |
| **85** | Apr 3 Tate to Cortes email (Mar) | I | O | O | R | | | 4/27/2016 |
| **88** | May 2 Kesari to Cortes email | I | O | | R | | | 4/27/2016 |
| **89** | May 2 Kesari to Cortes email | I | O | | R | | | 4/27/2016 |
| **93** | May 24 Kesari to Cortes email | I | O | | R | | | 4/27/2016 |
| **95** | May 29 John to Cortes email | I | O | | R | | | 4/27/2016 |
| **98** | June 25 Kesari to Cortes email | I | O | | R | | | 4/27/2016 |
| **100** | June 25 Tate to Cortes email | I | O | | R | | | 4/27/2016 |
| **104** | June 25 John to Cortes email | I | O | | R | | | 4/27/2016 |
| **62** | Benton reply to Cortes - "Thank you Fernando" | I | O | O | R | | | 4/27/2016 |
| **135** | Phone and Computer Property Receipt | I | | | | | | 4/27/2016 |
| **4** | 6-15-11, 8:15pm | I | O | | R | | | 4/27/2016 |
| **29** | 12-23-11, 3:51pm (unredacted) | I | O | | R | | | 4/27/2016 |
| **5** | 10-28-11, 10:57am | I | O | | R | | | 4/27/2016 |
| **6** | 10-28-11, 10:57am | I | O | | R | | | 4/27/2016 |
| **8** | 10-30-11, 11:50am | I | O | | R | | | 4/27/2016 |

I = Identified:   O = Offered:    Obj = Objection;   R = Received;    RSO = Received Subject to Objection;   OS = Objection Sustained;

| 9 | 10-30-11, 5:41pm | I | O | | R | | | 4/27/2016 |
|---|---|---|---|---|---|---|---|---|
| 11 | 10-31-11, 9:23pm | I | O | | R | | | 4/27/2016 |
| 14 | 11-13-11, 9:42pm | I | O | | R | | | 4/27/2016 |
| 16 | 11-14-11, 1:14pm | I | O | | R | | | 4/27/2016 |
| 17 | 11-15-11, 5:04pm | I | O | | R | | | 4/27/2016 |
| 18 | 11-15-11, 11:11pm | I | O | | R | | | 4/27/2016 |
| 19 | 11-16-11, 20:08pm (unredacted) | I | O | | R | | | 4/27/2016 |
| 20 | 11-17-11, 11:58am | I | O | | R | | | 4/27/2016 |
| 21 | 11-21-11, 12:08pm | I | O | | R | | | 4/27/2016 |
| 24 | 12-7-11, 5:46pm | I | O | | R | | | 4/27/2016 |
| 25 | 12-7-11, 5:55pm | I | O | | R | | | 4/27/2016 |
| 26 | 12-9-11, 8:50am | I | O | | R | | | 4/27/2016 |
| 27 | 12-20-11, 6:14pm (unredacted) | I | O | | R | | | 4/27/2016 |
| 28 | 12-23-11, 8:50 | I | O | | R | | | 4/27/2016 |
| 30 | 12-24-11, 22:43 | I | O | | R | | | 4/27/2016 |
| 105 | 12-25-11, 2:34am | I | O | | R | | | 4/27/2016 |
| 106 | 12-25-11, 11:13am | I | O | | R | | | 4/27/2016 |
| 107 | 12-25-11, 11:19am | I | O | | R | | | 4/27/2016 |
| 108 | 12-25-11, 11:30am | I | O | | R | | | 4/27/2016 |
| 109 | 12-25-11, 11:30am | I | O | | R | | | 4/27/2016 |
| 110 | 12-25-11, 11:35am | I | O | | R | | | 4/27/2016 |
| 111 | 12-25-11, 11:36am | I | O | | R | | | 4/27/2016 |
| 112 | 12-25-11, 11:45am | I | O | | R | | | 4/27/2016 |
| 113 | 12-25-11, 12:08pm | I | O | | R | | | 4/27/2016 |
| 114 | 12-25-11, 12:09pm | I | O | | R | | | 4/27/2016 |
| 115 | 12-25-11, 12:20pm | I | O | | R | | | 4/27/2016 |
| 116 | 12-25-11, 12:35pm | I | O | | R | | | 4/27/2016 |
| 117 | 12-25-11, 12:40pm | I | O | | R | | | 4/27/2016 |
| 118 | 12:25-11, 12:51pm | I | O | | R | | | 4/27/2016 |
| 119 | 12-25-11, 12:52pm | I | O | | R | | | 4/27/2016 |
| 120 | 12-25-11, 1:07pm | I | O | | R | | | 4/27/2016 |

I = Identified:   O = Offered:     Obj = Objection;   R = Received;     RSO = Received Subject to Objection;   OS = Objection Sustained;

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **121** | 12-25-11, 1:08pm | I | O | | R | | | 4/27/2016 |
| **122** | 12-25-11, 1:42pm | I | O | | R | | | 4/27/2016 |
| **123** | 12-25-11, 3:42pm | I | O | | R | | | 4/27/2016 |
| **124** | 12-25-11, 4:37pm | I | O | | R | | | 4/27/2016 |
| **125** | 12-25-11, 4:51pm | I | O | | R | | | 4/27/2016 |
| **126** | 12-25-11, 5:03pm | I | O | | R | | | 4/27/2016 |
| **127** | 12-25-11, 6:06pm | I | O | | R | | | 4/27/2016 |
| **128** | 12-25-11, 6:13pm | I | O | | R | | | 4/27/2016 |
| **129** | 12-25-11, 7:00pm | I | O | | R | | | 4/27/2016 |
| **130** | 12-25-11, 7:10pm | I | O | | R | | | 4/27/2016 |
| **131** | 12-25-11, 7:23pm | I | O | | R | | | 4/27/2016 |
| **31** | 12-26-11, 12:08pm | I | O | | R | | | 4/27/2016 |
| **32** | 12-26-11, 5:05pm | I | O | | R | | | 4/27/2016 |
| **133** | DGI check | I | O | | R | | | 4/27/2016 |
| **33** | 12-26-11, 8:56pm | I | O | | R | | | 4/27/2016 |
| **34** | 12-27-11, 7:37am | I | O | | R | | | 4/27/2016 |
| **35** | 12-27-11, 10:30am | I | O | | R | | | 4/27/2016 |
| **36** | 12-27-11, 10:32am | I | O | | R | | | 4/27/2016 |
| **37** | 12-27-11, 10:38am | I | O | | R | | | 4/27/2016 |
| **38** | 12-27-11, 12:38pm | I | O | | R | | | 4/27/2016 |
| **39** | 12-27-11, 12:39pm | I | O | | R | | | 4/27/2016 |
| **40** | 12-27-11, 15:38 | I | O | | R | | | 4/27/2016 |
| **182** | Sorenson phone records | I | O | | R | | | 4/27/2016 |
| **183** | Kesari phone records | I | O | | R | | | 4/27/2016 |
| **41** | 12-27-11, 8:49pm | I | O | | R | | | 4/27/2016 |
| **42** | 12-27-11, 21:21 | I | O | | R | | | 4/27/2016 |
| **43** | 12-27-11, 10:18pm | I | O | | R | | | 4/27/2016 |
| **44** | 12-27-11, 11:11pm | I | O | | R | | | 4/27/2016 |
| **45** | 12-28-11, 12:45am | I | O | | R | | | 4/27/2016 |
| **46** | 12-28-11, 9:11am | I | O | | R | | | 4/27/2016 |
| **170I** | | I | | | | | | 4/27/2016 |

I = Identified:   O = Offered:   Obj = Objection;   R = Received;   RSO = Received Subject to Objection;   OS = Objection Sustained;

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **170A** | Still from Ex 170 at 7:20pm Central | I | O | | R | | | 4/27/2016 |
| **170B** | Still from Ex 170 at 7:21pm Central | I | O | | R | | | 4/27/2016 |
| **170C** | Still from Ex 170 at 7:22pm Central | I | O | | R | | | 4/27/2016 |
| **170D** | Still from Ex 170 at 7:23pm Central | I | O | | R | | | 4/27/2016 |
| **170E** | Still from Ex 170 at 7:36pm Central | I | O | | R | | | 4/27/2016 |
| **170F** | Still from Ex 170 at 8:06pm Central | I | O | | R | | | 4/27/2016 |
| **170G** | Still from Ex 170 at 8:30pm Central | I | O | | R | | | 4/27/2016 |
| **170H** | Still from Ex 170 at 8:31pm Central | I | O | | R | | | 4/27/2016 |
| **47** | Sorenson Endorsement Statement | I | O | | R | | | 4/27/2016 |
| **48** | 12-28-11, 10:43pm | I | O | | R | | | 4/28/2016 |
| **49** | 12-28-11, 10:29pm | I | O | | R | | | 4/28/2016 |
| **50** | 12-29-11, 2:53pm | I | O | | R | | | 4/28/2016 |
| **51** | 12-29-11, 2:07pm | I | O | | R | | | 4/28/2016 |
| **52** | 12-29-11, 3:54pm | I | O | | R | | | 4/28/2016 |
| **53** | 12-29-11, 4:33pm | I | O | | R | | | 4/28/2016 |
| **54** | 12-29-11, 5:02pm | I | O | | R | | | 4/28/2016 |
| **55** | 12-29-11, 6:09pm | I | O | | R | | | 4/28/2016 |
| **64** | 12-29-11, 16:03pm | I | O | | R | | | 4/28/2016 |
| **65** | 12-29-11, 5:01pm | I | O | | R | | | 4/28/2016 |
| **150** | Sorenson Fox News video | I | O | | R | | | 4/28/2016 |
| **171** | Ron Paul Fox News Sunday Jan 1 | I | O | | R | | | 4/28/2016 |
| **56** | 1-16-12, 9:48am | I | O | | R | | | 4/28/2016 |
| **57** | 1-20-12, 7:22pm | I | O | | R | | | 4/28/2016 |
| **74** | 2-7-12, 7:22pm | I | O | | R | | | 4/28/2016 |
| **75** | 2-7-12, 7:36pm | I | O | | R | | | 4/28/2016 |
| **160** | Certified CD from FEC | I | O | | R | | | 4/28/2016 |
| **161** | Certified CD from FEC | I | O | | R | | | 4/28/2016 |
| **143** | Statement of Organization - Exploratory Committee | I | O | | R | | | 4/28/2016 |
| **144** | Statement of Organization - Campaign Committee | I | O | | R | | | 4/28/2016 |

I = Identified:   O = Offered:    Obj = Objection;   R = Received;    RSO = Received Subject to Objection;   OS = Objection Sustained;

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **145** | Pg. 5858 FEC Form 3P | I | O | | R | | | 4/28/2016 |
| **146** | Pg. 4317 FEC Form 3P | I | O | | R | | | 4/28/2016 |
| **147** | Pg. 2459 FEC Form 3P | I | O | | R | | | 4/28/2016 |
| **148** | Pg. 232 FEC Form 3P | I | O | | R | | | 4/28/2016 |
| **68** | 1-24-12, 9:19pm | I | O | | R | | | 4/28/2016 |
| **69** | 1-24-12, 9:30pm | I | O | | R | | | 4/28/2016 |
| **70** | 1-26-12, 11:39pm | I | O | | R | | | 4/28/2016 |
| **71** | 1-27-12, 12:19am | I | O | | R | | | 4/28/2016 |
| **78** | 3-4-12, 11:23pm | I | O | | R | | | 4/28/2016 |
| **79** | 3-18-12, 9:46am (redacted) | I | O | | R | | | 4/28/2016 |
| **80** | 3-18-12, 12:38pm | I | O | | R | | | 4/28/2016 |
| **81** | 3-21-12, 19:35 | I | O | | R | | | 4/28/2016 |
| **82** | 3-26-12, 12:38am | I | O | | R | | | 4/28/2016 |
| **83** | 3-26-12, 17:12 | I | O | | R | | | 4/28/2016 |
| **86** | 5-2-12, 1:55am | I | O | | R | | | 4/28/2016 |
| **87a** | 5-2-12, 12:43pm | I | O | | R | | | 4/28/2016 |
| **87b** | 5-2-12, 9:42pm | I | O | | R | | | 4/28/2016 |
| **90** | 5-17-12, 10:25pm | I | O | | R | | | 4/28/2016 |
| **92** | 5-24-12, 6:02pm | I | O | | R | | | 4/28/2016 |
| **91** | 5-21-12, 2:26pm | I | O | | R | | | 4/28/2016 |
| **94** | 5-29-12, 9:38am | I | O | | R | | | 4/28/2016 |
| **97** | 6-25-12, 17:05 | I | O | | R | | | 4/28/2016 |
| **99** | 6-25-12, 5:49pm | I | O | | R | | | 4/28/2016 |
| **101** | 6-25-12, 6:00pm | I | O | | R | | | 4/28/2016 |
| **102** | 6-25-12, 18:22 | I | O | Ob | R | | | 4/28/2016 |
| **103** | 6-25-12, 6:24pm | I | O | | R | | | 4/28/2016 |
| **159** | 6-25-12 emails Kesari to Tate w/ metadata | I | O | | R | | | 4/28/2016 |
| **72** | 2-2-12, 14:55 | I | O | | R | | | 4/28/2016 |
| **84c** | 4-3-12, 11:00am | I | O | | R | | | 4/28/2016 |
| **85a** | 4-3-12, 11:00am | I | O | | R | | | 4/28/2016 |

I = Identified;   O = Offered;    Obj = Objection;   R = Received;    RSO = Received Subject to Objection;   OS = Objection Sustained;

| | | I | O | Obj | R | RSO | OS | Date |
|---|---|---|---|---|---|---|---|---|
| **187** | Log of Benton emails | I | | | | | | 4/29/2016 |
| **187a** | Notes - Benton emails | I | | | | | | 4/29/2016 |
| **176** | Two photos of Designer Goldsmiths, Inc. | I | O | | R | | | 4/29/2016 |
| **173** | Photo of Kent Sorenson and Ron Paul | I | O | | R | | | 4/29/2016 |
| **172** | Photo of Kent Sorenson and Dimitri Kesari | I | O | | R | | | 4/29/2016 |
| **153** | Grassroots Strategy Bank Records | I | O | | R | | | 4/29/2016 |
| **60** | 8-7-13, 2:56pm | I | O | | R | | | 4/29/2016 |
| **22** | 11-21-11, 12:19pm | I | O | | R | | | 5/2/2016 |
| **73** | 2-5-12, 1:15pm | I | O | | R | | | 5/2/2016 |
| **96** | 6-18-12, 16:57 | I | O | | R | | | 5/2/2016 |
| **190** | Grand Jury Subpoena, pg 1 | I | O | | R | | | 5/2/2016 |
| **191** | Production Email - Warrington July 2 2013 | I | | | | | | 5/2/2016 |
| **180** | | I | | | | | | 5/2/2016 |
| **169** | TECS Records Kesari Aug 2013 (redacted) | I | O | | R | | | 5/2/2016 |
| **184** | Tate Telephone Records | I | O | | R | | | 5/2/2016 |
| **188** | AT&T Records - Benton | I | O | | R | | | 5/2/2016 |
| **167** | Aug 2013 Flight Booking - Kesari | I | O | | R | | | 5/2/2016 |
| **168** | Aug 2013 Flight Record - Kesari | I | O | | R | | | 5/2/2016 |
| **132** | 12-25-11, 8:25pm email | I | O | | R | | | 5/2/2016 |
| **199** | Spanos Linkedin page | I | | | | | | 5/3/2016 |

**DEFENDANT TATE**

| LETTER | DESCRIPTION | I | O | Obj | R | RSO | OS | Date |
|---|---|---|---|---|---|---|---|---|
| **63** | 12-29-11, 1:38am | I | O | | R | | | 4/27/2016 |
| **64** | 12-29-11, 16:03 | I | O | | R | | | 4/27/2016 |
| **58** | 12-29-11, 12:47pm | I | O | | R | | | 4/27/2016 |
| **67** | 12-29-11, 5:01pm | I | O | | R | | | 4/27/2016 |
| **T14** | DGI Payment Information | I | O | | R | | | 4/27/2016 |
| **T18** | 2-22-12, 8:21pm | I | O | | R | | | 4/27/2016 |

I = Identified:   O = Offered:    Obj = Objection;   R = Received;    RSO = Received Subject to Objection;   OS = Objection Sustained;

| T16 | 2-8-12, 11:08am | I | O | | R | | | 4/27/2016 |
|---|---|---|---|---|---|---|---|---|
| 145 | 4/20/12 FEC Report | I | O | | R | | | 4/27/2016 |
| T1 | Statement of Policy - Purpose of Disbursement | I | | | | | | 4/28/2016 |
| T2 | FEC Examples of Adequate Purposes | I | O | | R | | | 4/28/2016 |
| T12 | 1-17-12, 8:39pm | I | O | | R | | | 5/2/2016 |
| T38 | Robo-call scripts | I | O | | R | | | 5/2/2016 |
| T39 | Email blasts | I | O | | R | | | 5/2/2016 |
| T3 | Guy Short Invoice | I | O | | R | | | 5/2/2016 |
| T4 | 7-5-11 email (redacted) | I | O | | R | | | 5/2/2016 |
| T9 | Transcript of Fusaro Recording | I | | | | | | 5/2/2016 |
| T10 | Fusaro Recording | I | | | | | | 5/2/2016 |
| T40 | DeMarco CV | I | O | | R | | | 5/2/2016 |
| T34 | Bachmann certificate of incorporation | I | O | | R | | | 5/3/2016 |
| 28 | 7-5-11, 3:17pm | I | | | | | | 5/3/2016 |

**DEFENDANT BENTON**

| LETTER | DESCRIPTION | I | O | Obj | R | RSO | OS | Date |
|---|---|---|---|---|---|---|---|---|
| 87C | 5-2-12, 1:55am | I | O | | R | | | 4/27/2016 |
| 170 | Sorenson endorsement video | I | O | | R | | | 4/28/2016 |
| B27 | Inadequate purposes list | I | O | | R | | | 4/28/2016 |
| 3 | 2-10-11, 10:23am | I | O | | R | | | 4/29/2016 |
| B28 | "Public Appeal" FEC report selection (redacted) | I | O | | R | | | 4/29/2016 |
| B29 | "Ben Eastman" emails | I | O | O | | | OS | 4/29/2016 |
| B30 | Kelly Interview Screenshots | I | O | | R | | | 5/2/2016 |
| B10 | 8-6-2013, 8:08pm | I | | | | | | 5/3/2016 |
| B1 | Benton Travel Calendar Notes | I | O | | R | | | 5/3/2016 |
| B20 | iPhone | I | | | | | | 5/3/2016 |
| | | | | | | | | |

**DEFENDANT KESARI**

I = Identified:  O = Offered:    Obj = Objection;  R = Received;    RSO = Received Subject to Objection;   OS = Objection Sustained;

**LETTER    DESCRIPTION**                    **I    O   Obj   R RSO OS   Date**

| **D4** | 6-21-13, 6:54pm email | I | O | | R | | | 5/3/2016 |
|--------|----------------------|---|---|---|---|---|---|----------|
|        |                      |   |   |   |   |   |   |          |
|        |                      |   |   |   |   |   |   |          |

I = Identified;   O = Offered;    Obj = Objection;   R = Received;    RSO = Received Subject to Objection;   OS = Objection Sustained;