**From:** Lostracco, Karen L.
**Sent:** Thursday, January 16, 2014 11:44 AM
**To:** Pilger, Richard (CRM)
**Cc:** Sahaghian, Manik; Pollack, Jeffrey L.; Lovett, Joshua D.
**Subject:** RE: Attorney Client Communications on iPhone and Latop

Rich,

Below is the information provided by Dimitri Kesari's attorney, Jesse Binnall, with regard to email addresses and telephone numbers for use in our efforts to segregate potentially privileged information. These terms have been provided to the CART agent processing the computer/electronic evidence provided by Mr. Kesari. These terms will be run and any hits will be segregated and blocked from the view of the Case Agents prior to the Case Agents having access to the evidence. However, in the instance a potentially privileged document /communication is discovered that was not somehow captured by this process, the Case Agents will immediately stop review, "bookmark" the item in the computer review system, notify DOJ PIN and also notify the CART examiner so the potentially privileged item can be removed from the Case Agent's view.

Karen

---

**From:** Sahaghian, Manik
**Sent:** Thursday, January 16, 2014 8:24 AM
**To:** 'jbinnall@bblawonline.com'
**Cc:** Lostracco, Karen L.; Pilger, Richard (CRM)
**Subject:** Re: Attorney Client Communications on iPhone and Latop

Thank you.
Manik Sahaghian, Special Agent
FBI Washington Field Office

---

**From**: Jesse R. Binnall <jbinnall@bblawonline.com>
**To**: Sahaghian, Manik
**Sent**: Thu Jan 16 08:13:44 2014
**Subject**: Attorney Client Communications on iPhone and Latop

Agent Sahaghian,

All text messages that Mr. Kesari had with my cell phone (703) 582-7924 are protected by the attorney-client privilege. All emails with jbinnall@bblawonline.com, jesse.binnall@███████, or any other @bblawonline.com address are similarly protected. I meant to give you this information yesterday. Please verify that you received this information. Thanks.

Jesse

--
Jesse R. Binnall
Attorney at Law
Bronley & Binnall, PLLC
10387 Main Street, Suite 201
Fairfax, VA 22030
(703) 229-0335
(703) 537-0780 (Fax)

www.bblawonline.com

This electronic message transmission contains information from the law firm Bronley & Binnall, PLLC, that may be confidential or privileged.  The information is intended solely for the recipient and use by any other party is not authorized.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us immediately by telephone at (703) 229-0335 or by replying to this e-mail.  Thank you.