| 1159 | From +17036268704 To +12022466363 jesse Benton* | 9/19/2013 10:08:57 PM(UTC+0) | Sent | I think I have KS ready to resign | | |

GOVERNMENT EXHIBIT
134
PENGAD 800-631-6889