IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:15-cr-103 |
| ) | |
| JESSE R. BENTON ) | |
| JOHN M. TATE ) | |
| DIMITRIOS N. KESARI, ) | |
| ) | |
| Defendants. ) | |

## ADDENDUM TO CRIMINAL CASE NOTICE OF APPEAL SUPPLEMENT

| Dates | Docket No. | Description |
|---|---|---|
| 09/20/2016 | 646 | Motion to Release on Bond, Denied Orally |
| 06/20/2016 | 601 | Dimitrios Kesari's Objections to the Report and Recommendations of the Magistrate Judge Regarding His Motion to Dismiss for Violation of 6th Amendment and for Other Relief |
| 05/19/2016 | 584 | Motion for Judgment of Acquittal, Denial Orally |
| 05/19/2016 | 581 | Motion for New Trial, Denied Orally |
| 05/03/2016 | 545 | Motion Regarding Failure of Government to Produce Notes of Witness Interviews |
| 05/03/2016 | 544 | Motion for Judgment of Acquittal, Denied Orally |
| 04/25/2016 | 532 | Motion for Reconsideration of Motion for Judgment of Acquittal |

Dated: October 4, 2016

HARVEY & BINNALL, PLLC

/s/ Jesse R. Binnall
_____

Jesse R. Binnall
Susannah Smith
717 King Street, Suite 300
Alexandria, VA  22314
(703) 888-1943
(703) 888-1930 – Facsimile
Jbinnall@harveybinnall.com
Swright@harveybinnall.com

*Counsel for Dimitrios Kesari*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2016, I filed the foregoing using the Clerk's CM/ECF system, which will provide notice to all counsel of record.

/s/ Jesse R. Binnall
_____
Jesse R. Binnall